# EXHIBIT A

## EARNEST SHIELDS v. ILLINOIS DEPARTMENT OF CORRECTIONS, et al.

### 2010-cv-3746

### Medical Records

1) Illinois Department of Corrections Medical Records (1-54)

2) Dr. David Olysav, Southern Illinois University-School of Medicine (55-64)

3) Dr. Benjamin A. Goldberg, University of Illinois Medical Center at Chicago (65-66)

4) Galesburg Orthopedic Services (67-78)

5) Galesburg Cottage Hospital (79-112)

6) Dr. Gregory A. Schierer, M.D., Galesburg Orthopedic Services (113-115)

7) Cottage Rehabilitation & Sports Medicine (116-133)

### Medical Bills

8) University of Illinois Medical Center at Chicago (1)

9) Galesburg Cottage Hospital (2)

10) Cottage Rehabilitation & Sports Medicine (3)

FILE COPY

## Offender Injury Report

Offender Name: _Shurllo Ernest_   ID#: _R66161_

Age: _34_   Date of Birth: _8\19\71_   Sex: _m_   Race: _Blk_

Date of Injury: _6/16/08_   Time of Injury: _1315_   ☐ am ☒ pm   Location: _yard_

How did the injury occur? _Lifting 180 345 lbs_

_____

_____

_____

Was it witnessed by staff? ☒ No.   ☐ Yes (If yes, please list names)

_____

**Location in facility:**

☐ LTA (gym, basketball, football, etc.)

☐ Group (therapy)

☐ Housing Unit (cell, dayroom, tv room, etc.)

☐ School (classroom, library)

☐ Kitchen

☒ Other _yard_

**Type of Injury:**

☐ Sports

☐ Assault

☐ Job Related

☐ Non-Job Related

☐ Self-Inflicted

☐ Fight

_Sima Cwilub_   _RN_   _6/16/06_
Signature        Title        Date

(Medical Report on Reverse Side)

Side 1

Offender Name: Shields Ernest ID#: R66161

Date of medical examination: 6/16/08 Time: 1320 ☐ am ☑ pm Physician Contacted: ☑ Yes ☐ No

S (Subjective Findings): I'm in good condition, hit his head, something pop
90 Severe pain ® shoulder

O (Objective Findings):

Vitals: T 98° P 72 R 20 BP 102/78 SPO2 98 Tetanus
noted ® shoulder, complains pain "8-10" H-scale noted ® shoulder
not in alignment, pulses + strong, capilly refill <3sec
unable to raise ® shoulder or arm. Dr Di see now.

A (Evaluation of Injury): R/O dislocation R4
Soft tissue injury

P (Treatment and Follow-up): ① Toradol 60 mg IM ④ Benadryl w/o Phenergan
② Ice x20 min
③ Sling
④ X-ray ® Shoulder Chest

Disposition of patient:
☐ Return to assignment ☐ Housing Unit ☐ Lay in ☐ Infirmary ☐ Segregation
☐ Off-site referral for treatment (Destination) _____

Tina Crawford RN
Print Name of Person Completing Form

Jenn Crawford
Signature

R.N.
Title

6/16/08
Date

To Be Completed By Physician

I have reviewed this report and would like to see this offender: ☐ Immediately ☐ Next Sick Call ☐ PRN

M. Elloria
Print Physician Name

R.M.Elloria
Physician's Signature

6/16/08
Date

Side 2

Distribution: Offender Medical File

DOC 0313 (Eff. 07/2005)
(Replaces DCA7111-1A1)

2

WEXFORD HEALTH SOURCES, INC.

## EMERGENCY / HOSPITALIZATION NOTIFICATION FORM

CORRECTIONAL FACILITY: Hill Cr.

DATE: 6/16/08                    REFERENCE NUMBER: B66161

INMATE NAME: Shield Earnest          SSN:

INMATE NUMBER: B66161                DOB: 2-19-71

ADVANCE DIRECTIVES: ☐ YES  ☒ NO

REFERRING PHYSICIAN:

TYPE OF SERVICE:
☒ ER                ☐ ADMIT THROUGH ER          ☐ ER TO OBSERVATION
☐ DIRECT ADMIT      ☐ HOSPITAL-TO-HOSPITAL       ☐ SCHEDULED ADMISSION
                       TRANSFER
☐ STAT LAB          ☐ URGENT OFFICE              ☐ URGENT RADIOLOGY/X-RAY
☐ OTHER

FACILITY/PLACE OF SERVICE: Cottage Hospital

ADDRESS: Galesburg ___ 6461

TELEPHONE: 343-8131

TREATING PHYSICIAN:

TRANSPORTATION: ☐ AMBULANCE  ☒ STATE VEHICLE  ☐ OTHER

## SPECIFIC REASON FOR EMERGENCY TREATMENT OR ADMISSION

DIAGNOSIS:

R/O (L) Shoulder Dislocation

DATE OUT: 6/16/08                TIME: 1415

RETURN DATE:                     TIME:

ADMISSION DATE:                  TIME:

TRANSMITTAL DATE:                TIME:

BY:

AFTER HOURS NOTIFIED: ☐ YES  ☐ NO

3

## ILLINOIS
### MEDICAL DIRECTOR QA EMERGENCY REPORTING FORM

FACILITY: _Hill_   PHYSICIAN NAME: _Mi Gliozio_

INMATE NAME: _Shields, Earnest_   PHYSICIAN SIGNATURE: _RML_

DOC #: _B66161_   DOB: _2/19/7_

DATE: _6/16/08_   **TIME OF EMERGENCY EVENT**

TIME OF DAY: _132_

### PATIENT INFORMATION

1) Medical History: _Lifting weights, head + delt pop n shoulder list_
_GSW (L) ftt + ankle_

2) Current Medications: _None_

3) Psych History (if applicable) ☐ Yes ☑ No
    a) When was the patient last seen by Mental Health _____
    b) Is the patient compliant with his/her psychotropic medications: _____

4) Emergency Medical History _same_

5) Emergency Physical Findings (pertinent PE and lab findings):
T _98_ P _72_ BP _107/78_ R _20_ Physical Exam _____

### PROVISION OF ONSITE EMERGENCY MEDICAL CARE

1) If the emergency occurred after hours, was the on-call physician notified? _N/A_
    ) Name of on-call physician? _____

2) What emergency medical care was rendered? _Sling, Ice, Analgesia_

3) Did the patient respond to emergency treatment? _____

4) Why was the patient transferred to the ER? _Possible shoulder dislocation_

5) Is this medical condition a result of:
☑ Sports Injury   ☐ Result of an altercation

### DISPOSITION

1) Name of ER physician spoken to: _____
2) Was the patient returned to the facility? _____
3) Was the patient admitted to the hospital? _____
4) What services necessitated hospital admission? _____
5) Type of Transportation ___ Ambulance ___ State Vehicle ___ Air Ambulance
6) Other _____

Appropriateness (Completed by Wexford UM Physician):
ER Referral: Yes _____ No _____
Was referral preventable? Yes _____ No _____

**This form must be submitted to Dr. Funk**
**no later than 12 Noon EST on the next working day**
**Fax: 312-948-3622**

4

Number: 5290082
Name    : SHIELDS EARNEST S
Rm/Bed: O/P  /  EOP
Admit : 6/16/08
DX    : SHOULDER INJURY
Sx/Rca: M-B
DOB   : 2/19/71
Age   : 37
Ht/Wt :
Chart#:    418894

Ordering Dpt: RAD
Order Dt/Tm : 6/16/08 17:04
Order Status: ROUTINE
Start Dt/Tm : 6/16/08 17:04
Keyed By    : CSTHOMPS

Order Phys  : BONNIAKAMY VEERASIKK
Admit Phys  : BONNIAKAMY VEERASIKK
Primary Phys:
Jacket #    :

TRANSPORT? WALK
IV/O2?      NONE
LMP?        NA
ES?   B/C? EE

000418894

Last Exam Date:

2CD MR-UPPER EXTREMITY

SIDE?    LEFT    ISOLATION NONE

COMPLETE MR SAFETY FORM
Pain

*[handwritten:]* Inmate weight lifting today
heard pop. ROM
Limited
severe pain in joint.

---

*[handwritten:]*

MRI (L) sholder — moderate tendinosis
            or partial tear supraspinatous tendon

otherwise ∅

*[signature]* Calmer, MD

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

## Offender Outpatient Progress Notes

| Offender Inf | SHIELDS, EARNEST B66161 | | | |
|---|---|---|---|---|
| | Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/30/08 | D/ Note: Post discussion w/ HCUA re Pt _____ | D/C Low Gallery, May continue low bunk x 90 days _____ |
| 6/16/08 1320 | Rn note See B Shailer on ___ | _____ |
| 10-16-08 1:55 pm | Radiology Note X-Ray taken of L Shoulder + PA Chest per Doc M. | routine Still ___ R |
| 6/16/08 1410 | S: L Shoulder ___ while ___ ___ ___ pain ___ ___ ___ A: ___ L Shoulder | P: Toradol ___ ___ now X-Ray L Shoulder ___ ___ ___ to ER. ___ |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

6

SHIELDS, EARNEST
B66161

Offender Inf

| Last Name | First Name | MI | ID# |
|---|---|---|---|

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/16/08 | R/n notes | O. ① Transfer Inm cottage |
| 9:15 pm | Inm Health Status | to final ETH |
| | Completed for transport | ② medical records notify ① |
| | to cottage. ER ③ Stable | ③ fax medical unit paper |
| | any security notify ① | to Lawford |
| | medical records notify ① | ④ consent signed |
| | | Dr. iified |
| 6/17/08 8:10 | ① Dr. Schwein's P/C T/C Report ORTHO F/U | |
| 10:15 | Notes MRI ... discussed w/ Dr. Funk ... | |
| ... lesion or partial H... Approved, ... for work | |
| tear of SE tendon ... not ... giving appt ... Friday. Inm w... | |
| Request Ortho F/u | |
| PMJ M. | PMJ M. |
| | ...t 6/17/08 |
| 6/18/08 | Med. Record Note | |
| 2:15 pm | Sched Ortho Eval w/ Dr. Scheier for ① | |
| | shoulder injury for Monday, June 23, 2008 at 7:50 am | |
| | LT 7:50am Bring x-ray film to appt and | |
| | fax x-ray report. R.B. & S.C. notified. N.Uhl ... |

| Offender In | SHIELDS, EARNEST B66161 | |
|---|---|---|
| Last Name | First Name | MI | ID# |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/18/0? pro note | | P: CPM |
| 3³⁰ A | S/O Voices c/o ® upper | |
| | inner aspect of arm ◯ gives | |
| | deep reddish purple ecchymosis | |
| | & openness noted. NAD x3 | |
| | Skin alt. color uroc. | |
| | A: Daz visit | 3. Taetaninia |
| /19/08 PN Note | | P: CPM meds |
| 8A | S: "I have a lot of redness | re order |
| | in my ®arm they say it | |
| | was bleeding under th | |
| | skin" | |
| | O: ® upper reddish | |
| | purple good cm to | |
| | ® arm. Lungs clear | |
| | Skin w/D | |
| | A: nj visit | Graham CN |

Offender Information:

_Shields_ _Ernest_ MI: _ID#: B16161_
Last Name          First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/19/08 11:15 | S: _Awaits Ortho s/p inj_ O: _11/M w/t weight slip_ Hairline minor aspect @am A: _S/p Tendons & Rt Toe_ | P: _No sports/lifting_ Discharge to unit Motrin 800 y T.I.D. PRN x 30 day NOTED 6/19/08 |
| 6/19/08 1210p | RN Note Discharge to Housing Unit | |
| 6/14/08 8pm LATE Entry | RN note Sent back to O.H.P. being not seen per Dr. Highsmith Naprofin 600mg q12 and Ultram 50mg q10 x30. | — |

Offender Information:

_Shields_ _Earnest_ ID# _B6606_
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/20/08 1400 | (field notes by nursing staff) Responded to inmates question about new shoulder pain. He had an emergency room visit and was diagnosed c rotator cuff injury to R shoulder on motrin & ultram - Asst S.Wright aware of above ___V.C.Hauer | Rx 7 pain meds & has upcoming appt c MD — V.C.Hauer |
| 4/08 | RN note | |
| 755 | health status completed med furlough 6/3/08 c Dr Weiser for R shoulder eval — | ✓ |
| 23/08 d0/14 | RN note Inmate left for med furlough consent signed ___ L. Fartanian | |
| 3/08 30 am | RN Note I/M Returned from ortho. referred to shoulder specialist - will place on Collegial review - R Brown RN/ N.N.N. | |

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

(Facility)

Offender's Name: _Shields, Ernest_     ID# _B66161_

Reason for Referral:
☐ Consult        ☐ Non-Formulary Medications   ☐ Medical Equipment
☑ Evaluation     ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes   ☐ No

Referred to: _Dr. Scherer_

Rationale for Referral: _Left Shoulder Injury Eval._

---

Print Referring Practitioner's Name        Referring Practitioner's Signature            Date

**Report of Referral** (Use Reverse Side, if necessary)

Findings: _Ruptured (L) pectoralis tendon_

Assessment: _Ruptured (L) pectoralis tendon_

Recommendations/Plans: _Needs to see shoulder specialist. Report to follow_

_Scherer_                    _[signature]_                    _6/23/08_
Print Practitioner's Name        Practitioner's Signature            Date

Facility Medical Director Use Only

I have reviewed the recommendations and:

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

_MCGLORN_               _[signature]_                    _6/23/08_
Print Facility Medical Director's Name    Facility Medical Director's Signature        Date

_6-23-08_
_noted_
_Pfannkuch_

I/3

OneRadiology

Normal, Illinois 61761

June 24, 2008

Patient Name: Shields, Ernest

Patient No# B66161

DOB:  2/19/71

Dr.  Migliorino

Hill Correctional Center

LEFT SHOULDER TWO VIEWS  6/16/08

INDICATION: Pain.

FINDINGS: The views of left shoulder show no bony or soft tissue abnormality.

IMPRESSION: Normal left shoulder.

CHEST ONE VIEW  6/16/08

INDICATION: Pain.

FINDINGS: Lungs are clear. Heart is normal. Bony thorax is unremarkable.

IMPRESSION: Normal chest.

Signed_____

C. Lee, M.D.

CL:eg                                         DATE: 6/25/08

DIC: 6/24/08 Films from Hill Correctional Center    TIME REC: 1:00 pm

INITIAL DATE:

DATE  6/25/08
CH. T
M.D.

12

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

## Offender Outpatient Progress Notes

Offender Information:

Last Name: Shields
First Name: Earnest
MI:
ID#: B66164

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/25/08 10:20A | lpn note I/m c/o chest pain Code 3 was called S: my chest hurts the (L) side where it's torn sharp pain like someone standing on or poking me c something sharp the motrin isn't working O: 98² - 76 - 18 - 104/90 Area of c/o (L) pec area chair new shows (inj to (L) shoulder) causing pain - saw outside MD c F/U appts | O/ Reassurance et education dont |

Offender Information:

Last Name: _Shields_    First Name: _Earnest_    MI: ___    ID#: _B66161_

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 2/26/08 | cont. LPN note explained to Im that he will have pain to take his meds as ordered. Attempt made to explain to Im that he needed to tell the C.O. that he had pain in the chest muscle from his shoulder, so he could come to HCU. ∫ a code 3 being called Im did not since understanding | |

Offender's Medical Record

**Offender Information:**

| Last Name | First Name | MI | ID# |
|-----------|-----------|-----|-----|
| Shields | Earnest | | B66169 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 6/25/08 | LPN note cont et was *(illegible)* released to HCU | Bauaridge RN |
| 6/27/08 10⁵⁵ | MD Int'l Colly of *Brown* not held due to lack of participation. JCM pro | |
| 6/27/08 1:30pm | M.D. VISIT  WT 195  BP 130/8  T 98⁶  P 84  R 19  97% | |
| 6/27/08 1340 | Ruptured ® pectoralis F/u med furlough. PBrown  S: Ruptured ® pectoralis  O: Continuing edema  Pain w/ elevation. Grip/hdl  ROM w/ Pain ® pectoral area. No N/C apparent  A: Ruptured ® pectoralis | P: No sports or activity  *(illegible)* arm & shoulder  F/u MD prn  chest shoulder *(illegible)*  Bottom bunk X 30 day  PMD 08  6-27-08  *(illegible)* PBrown |

15

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

Offender Outpatient Progress Notes

Offender Information:

Last Name: _Shields_  First Name: _Earnest_  MI: ___  ID#: _B6d/6/_

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7/3/08 1/15 | MD Nst Ollr w/ *Enl* *illegible* Ottext *illegible* *illegible* *illegible* | *illegible* 2/6/08 *illegible* |
| 7/4/08 9:00a | RPN Note: Ruptured ® Left Pectoralis Pain Scale: #10 Awaiting to obtain Shoulder Specialist for repair. T 98⁴ P 82 R 20 BP 130/84 Arm is in sling Reminded inmate no sport or activity involving the arm. Inmate is on low cuff. A) L Pectoralis Ruptured | ① Gave relief on Motrin order script good until 7-19-08 ② WMP daily x 2wks A. Damm LPN |

16

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

## Offender Outpatient Progress Notes

Offender Information:

| Shields | Earnest | MI | ID#: B66K1 |
|---|---|---|---|
| Last Name | First Name | | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-18-08 3pm | Medical Records Ntd Sched Ortho Eval w/ specialist for Thursday, Aug. 7th, 2008 at 9:30 am w/ D. Clark at Pekin Orthopedic Center 21+ Fam Burg x-ray flms to apt and x-ray reports faxed to visit at (309) 353-4531. R.O. & SC notified. | |
| 7-18-08 8:10a | DENTAL NOTE S. E Line appt O. Sometimes this hurts upper their pointing + re #1 discomfort A. Supra erupted | n. Will St P. RX for Assist Request ___ T. Rose |
| -1-08 5:00p | RN Note Health Status Complete for Med furlough | ___ |

# ILLINOIS DEPARTMENT OF CORRECTIONS

## Hill Correctional Center

### Offender Outpatient Progress Notes

Offender Information:

| Last Name | First Name | MI | ID# |
|-----------|-----------|-----|-----|
| Shields | Earnest | | B56161 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 8-05-08 10:36 am | Dr. Clark's office called from Pekin Ortho and Dr. Clark needed to reschedule this appt – Scheduled for Friday 8-08-08 @ 9:30 am. Leave time 8:15 am. Notified Records office – Angie and Shift Commander's office – H. Shaw | K. Henry Hill Med Rec Staff Asst |
| 3/8/08 3:30 am | RN Note – IM left on med furlough | R. Brown |
| 2:05 pm | IM returned from Med furlough | R. Brown |
| 11-08 | 11:45 Nurs Note: phone call from sister mother relates to Morris pain + swelling, what is they are... Advised consult practitioner for orders on ... D Monson | |
| 11/12 1:30 | MD Note: Current report Re: Paper for options per Pekin Ortho. Call Rios Migliorino | |
| -11-08 1pm | Medical Record Note. Called Pekin Orthopedic Center, Lisa gave me Dr. | |

18

## Consent for Medical Treatment

Hill _____ Center

Date: 8 / 8 / 08

Time: 8:30   ☑ a.m.   ☐ p.m.

Patient Information:

Shields _____ Earnest _____ ID#: B66161
Last Name _____ First Name _____ MI

☐ I authorize the performance upon _____ (Myself or Name of Patient) _____ of the following treatment:

Ortho evaluation for ① pectoris rupture
state the nature and extent of treatment

to be performed by Dr. _____ Miglioris _____ or whomever he or she may designate
Name of Physician

as his or her assistants.

☑ The nature and extent of the intended treatment has been explained to me in detail, including its risk, possible complications, and
probable consequences by Dr. _____ Miglioris _____
Name of Physician

I acknowledge that no guarantee or assurance has been made as to the results that may be obtained.

☑ I certify that I have read and fully understand the above Consent to Treatment, that the EXPLANATIONS therein referred to were
made, and that all blanks or statements requiring insertion or completion were filled in.

Ernest Shields _____ X Ernest Shields _____ 8/8/08
Print Name of Patient _____ Signature of Patient _____ Date

When patient is a Minor or Incompetent to give consent:

_____ _____ / / 
Print Name of Person Authorized to Consent _____ Signature of Person Authorized to Consent _____ Date

Ruth A Brown RN _____ Ruth Ann Brown RN _____ 8, 8, 08
Print Name of Witness _____ Signature of Witness _____ Date

19

Offender's Name: Shields, Earnest ___ # B6161

Reason for Referral:
☐ Consult   ☐ Non-Formulary Medications   ☐ Medical Equipment
☑ Evaluation   ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes   ☐ No

Referred to: Dr. Clark / Peters Orthopedic Center
Ortho Eval (Pectoral tear)

Rationale for Referral: _____ Date _____

_____    _____
Print Referring Practitioner's Name     Referring Practitioner's Signature

**Report of Referral (Use Reverse Side, if necessary)**

Findings: Clinically has ruptured pectoralis
muscle

Assessment: As above

Recommendations/Plans: Referral to Dr. Gibbons
Peoria - shoulder specialist

Steven Clark                            _____   8-8-08
Print Practitioner's Name        Practitioner's Signature        Date

**Facility Medical Director Use Only**

I have reviewed the recommendations and:

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

M. GILLIAM                  _____        8/11/08
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Clarke
Su 18

Offender Information:

Last Name: Shields   First Name: Earnest   MI: ___   ID#: B66161

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-11-08 1pm | Gibbons telephone number as referred by Dr. Clark. Telephone # is (309) 691-19?? | N. Will. ST |
| 8-11-08 2:15pm | Medical Records Note Faxed all paperwork to U.R. (Robin) re: referral to Dr. Gibbons who is a shoulder specialist. | N. Will. ST |
| 8-14-08 11:07am | Medical Records Note Left message for Pam at Dr. Gibbon's office for nurse to call me back | N. Will. ST |
| 8-14-08 11:23am | Medical Records Note Received call from Cindy at Dr. Gibbons office (nurse) who requested that I fax all information pertaining to patient and she will call me back with response whether Dr. Gibbon will evaluate patient. Fax #(309) 689-7982. | N. Will. ST |

21

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

## Offender Outpatient Progress Notes

Offender Information:

Last Name: _Shields_   First Name: _Earnest_   MI: ___   ID#: _B66161_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-14-08 12:30pm | Medical Records Note. Faxed all information to Dr. Gibbon's Office re inmate's medical issues as requested by Cindy, Dr. Gibbon's nurse. | N. Will. St |
| 8-14-08 2:45p | Medical Records Note. Received call from Cindy (Dr. Gibbons nurse) who informed me that Dr. Gibbon doesn't feel comfortable doing his surgery | N. Will. St |
| 8-15-08 10:15am | Medical Records Note. Spoke w/ Jen at Wexford in Contracting who will do a case specific plan at SIU re inmate | N. Will. St |
| 8-19-08 7:50am | Medical Records Note. Sched Ortho Eval at SIU in Springfield/Dr. Olyaei for Tuesday, August 26, 2008 at 2pm |  |

ution: Offender's Medical Record

22

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

Offender Outpatient Progress Notes

Offender Information:

Last Name: _Shields_  First Name: _Ernest_  MI: ___  ID#: _B6061_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-1-08 | L7-11am. R.O & S.C. | |
| 8:50a | notified. Bring all reports | |
| | and X-ray films to appt. | N Wilbur SA |
| 8-19-08 | Medical Records Note | |
| 2:40p | Recieved call from ST John's | |
| | appt time to 9:30am | |
| 6:15am | R.O & S.C. notified | N Wilbur SA |
| 8-21-08 | RN Note | |
| 9a | H&S completed for appt to Dr Pleasant on 8-26-08 | |
| | | D Miller RN |
| 8-26-08 | RN note | |
| 5:30a | Left on med furlough. | |
| | Consent read and signed | |
| | for 8th | |
| /08 | RN Note | |
| pm | Pm Returned from med furlough - Dr. Recommends | |
| | P.T. for ROM - strengthing | R Brown RN |
| /08 | MD Note | |
| /0 | Rehab recommed. Call awaiting approval from Dr Office | |
| | Dr Funk | or other issues | RN |

Offender's Name: _Shields, Earnest_     ID# _B66161_

Reason for Referral: ☑ Consult    ☐ Non-Formulary Medications   ☐ Medical Equipment
                 ☐ Evaluation    ☐ Management
                 ☐ Procedure/service (specify) _____
                 ☐ Other (specify) _____

Urgent: ☐ Yes   ☐ No

Referred to: _Dr. Olparts IV_     _Left Shoulder_

Rationale for Referral: _Ortho. Eval. (Pectorilis Tendon Rupture)_

_MIGLIORINO_         _R. Miglb. MD_         _8/21/08_
Print Referring Practitioner's Name    Referring Practitioner's Signature     Date

---

Report of Referral (Use Reverse Side, if necessary)

Findings: _Pectoralis By Hist. (L)_

Assessment: _Neg. A. — 7 wks._
_Needs P.T. for ROM & Strengthening_

Recommendations/Plans: _P.T. (L) Shoulder_
_ROM & Strengthening_

_D. Olysav_         _D. Olysa_         _26 Aug 08_
Print Practitioner's Name     Practitioner's Signature       Date

---

Facility Medical Director Use Only

I have reviewed the recommendations and:

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

_R. Miglio MD_         _R. MIGLIORINO_         _8/21/08_
Print Facility Medical Director's Name    Facility Medical Director's Signature     Date

| Date: 8-27-08 | Offender: (Please Print) ERNEST Shields 09-0641 2 | ID#: B66161 |
|---|---|---|

| Present Facility: Hill C.C. | Facility where grievance (issue) occur: Hill C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report _____
      Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration Good Time
- [x] Medical Treatment
- [x] Disability
- [x] HIPAA
- [ ] Other (specify): _____

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On June 16, 2008 I severely injured my left shoulder and chest while participating in recreational activities. Since then I have seen several medical specialists outside of Hill C.C. on two different occasions and was told that it would take reconstructive surgery to repair the damage muscles and tissues. It have been close to one month since my last visit to an outside medical personnel and doing that time the injury to my left shoulder and chest have deteriorated to the point where I am experiencing numbness and needle like pain in my shoulder, arm and fingers.

Also is a listing of the doctors I have seen since the injury.

**Relief Requested:** Surgery to repair injury to my shoulder and chest.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Ernest Shields | B66161 | 8/27/08 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 9/2/08 | [x] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** The HCUA responds that M. seen by 3 different specialists. Because the first two were unable to possibly do the procedure. The third specialist was a shoulder specialist who determined that surgery was unnecessary and prescribed that I.M. needs to rehab for range of motion and strengthening. Unable to resolve at this level.

| Johnston | Johnston | 9/11/08 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance |
|---|---|---|
| | | [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

25

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

## Offender Outpatient Progress Notes

Offender Information:

Last Name: *Shields*  First Name: *Earnest*  MI: ___  ID#: B66161

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/4/08 1530 | MD Note: Grievance Referral Doc. DML PD | |
| 9-4-08 3:40pm | Medical Records Note: Spoke w/ Debbie at Dr. Olyan's office who will call me and fax Dr. Olyan's notes requested. P.T. | R. Willi. RN |
| 9-5-08 10:20A 50A | **DENTAL NOTE** Amal. Appt. | P. Lido 1:100 x 2 #18 B Amal #19 DB #20 O |
| 9/5/08 1110 | RN note: S/O: I/m presented to HCU c dry/itchy scalp; visible flakes noted A: Alteration in skin integrity | P: Selsun Lotion E Instructions on use provided per protocol K. Sedwick RN |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

## Offender Outpatient Progress Notes

Offender Information:

_Shields_     _Earnest_     ID#: _B66161_
Last Name        First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/19/08 1/15 | MD Note Re: w/DeFint' 1/approval for Presty DMf-a | |
| 9er 10-1-08 1345 | cont problems Rest pectus — pectoralis | |
| 9/6 B.P. W3/f 132/84 9:22 P 72 R 16 | | |
| 10/1/08 1905 | S: q c shoulder pain numbness + dyspnea | P: √ rr P.J. schedule |
| | O: H/o rupture of DR. | RMf—a |
| | O: y S+V, | |
| | A: Pectoral Muscle tendon Rupture | Noted 08 10/1/08 |
| 1/2/08 8:55 | CHt Note | |
| | S/o declared hunger strike @ 4:45 pm on 10-2-08. Ref. v/s acting very rude + disrespectful. ⟵ | S. Rangel rn |

ution: Offender's Medical Record

Facility: Hell

Inmate's Name: Shields

Inmate's Number: B66161

Treatment Protocol – Fractures, Dislocations, and Sprains

| Date/Time | SOA | PLANS |
|---|---|---|
| 9/30/01 1230 | S. When did injury occur? July | P. M.D. referral: |
| | How did it happen? wts | (any deformity, severe pain or swelling, discoloration, limited motion, cool to touch, |
| | arm (L) — when to Hospital | pulses diminished or absent) |
| | Did it swell immediately? Ⓨ N | M.D. IN |
| | Pain? Ⓨ N. | A. $2 copay implemented due to inmate's request |
| | If yes, describe (1-10 most severe): 11↑ | for non-emergency medical services. |
| | Any previous injury to same site? Y Ⓝ | No. M.D. referral (check as applicable): |
| | | 1. Cold applications 15-20 min. Q 2 hrs x 48 hrs then heat x 72 hrs. |
| | If yes, when: | 2. Tylenol 325 mg 2-3 tabs OR Ibuprofen 200 mg Q 4 hrs PRN x 3 days for pain and swelling. |
| | Did patient walk to unit? Ⓨ N | 3. Splint and elevate extremity. |
| | O. T 99° P AO R 16 BP 140/80 | 4. If not necessary to retain in infirmary, have patient return to nurse screening in 48 hrs. |
| | Deformity: Y Ⓝ | for re-evaluation. |
| | Alteration in ROM? cuffed Y N | |
| | Swelling: Y Ⓝ | Patient teaching (check as applicable) |
| | Discoloration: Y Ⓝ | 1. Medications usage. |
| | Numbness: Ⓨ N | 2. Cold and hot application. — used |
| | Temperature: Warm, dry intact | 3. No weight bearing and keep area immobilized |
| | Check for loss of function: cuffed | and elevated. |
| | Check pertinent pulses: present | 4. Crutch or cane walking. |
| | Ankle: OTTAWA = | 5. If injury preventable, safety measures to prevent recurrence. |
| | Ⓛ arm – muscle tight | 6. Return PRN if pain not relieved by analgesic, |
| | Knee: OTTAWA = | swelling increases, and/or numbness develops. |
| | ↑ pain to Ⓛ chest when rolling shoulder | 7. Complete Resident Injury Report Form. |
| | | Motrin PRN |
| | A. cold comfort R/K | |

DC 7147 (3-84)
IL 426-0017

28

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

## Offender Outpatient Progress Notes

Offender Information:

_Shields_     _Earnest_     ___   ID#: _B66161_
Last Name         First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-6-08 | Medical Records Note | |
| 9:50am | Scheduled P.T. at Cottage | |
| | Detail + P.T. services for Thursday | |
| | October 9, 2008 at 8:00am | |
| | L.T. 8:30am Must be at | |
| | hospital by 9am R.O. FSC | |
| | notified L.T. 8:30am | R. Will RN |
| x-x-08 | R. Hurt | |
| 8P | I.T.S. completed for Med | |
| | furlough on 10-9-08 | |
| | to - Cottage/wheelchair DCW | |
| x-9-08 | RN Note | |
| x:00am | I/M left on med furlough — P.T. eval — R.Brown RN | |
| x:00am | Returned from med furlough — P.T. exercises | |
| | given to I/M        R.Brown RN | |

Offender's Name: _Shields, Earnest_   ID# _B64161_

Reason for Referral:
- [ ] Consult
- [ ] Evaluation
- [x] Procedure/service (specify) ____
- [x] Other (specify) ____
- [ ] Non-Formulary Medications
- [ ] Management
- [ ] Medical Equipment

Urgent: [ ] Yes   [ ] No

Referred to: _Cottey Rehab & PT_

Rationale for Referral: _1st visit for PT for left Pectoralis Tear_

Print Referring Practitioner's Name ____   Referring Practitioner's Signature ____   Date ____

### Report of Referral (Use Reverse Side, if necessary)

Findings: _Atrophy and deformity of pec muscle (L) weakness c/o pain, limited A/PROM (L) shoulder c guarding noted, obviously visible per deformity_

Assessment: _As above pain, weakness, limited ROM, limited strength._

Recommendations/Plans: _Cont PT per the MD order x 3 more visit to address pain related and ROM effts. The pt votes concern per need for surgical intervention and per the overall length of PT._

_Jason Grandons_   Print Practitioner's Name   _____ Grandon MSPT_ Practitioner's Signature   _10/9/08_ Date

---

Facility Medical Director Use Only

I have reviewed the recommendations and:

- [x] Approve.

- [ ] Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

_Noclar_____ Print Facility Medical Director's Name   _H. LOCHARD M.D._ Facility Medical Director's Signature   _10/11/08_ Date

_10-11-08_
_noted approved_

Offender Information:

Last Name: _Shields_  First Name: _Ernest_  MI: ___  ID#: _B3d6161_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/11/08 13:00 | WT 194.8  B/P 130/88 | |
| | T 98.0  P 100  R 16 | No ldrui velpee |
| | ① chest wall pain | |
| | S. Tried to bench | |
| | 305 lbs on 7/16/08 | |
| | and felt a | |
| | pop. Starts flat | |
| | He has had pain | |
| | since that | |
| | time. needs pa | |
| | ① shoulder and | |
| | can't lift ① | |
| | arm above | |
| | head. | |
| | O. ① shoulder | |
| | tender anteriorly | |
| | ① chest crep | |
| | vel Rect'd do | |
| | | |

O.W. ___ D.

Offender Information:

_Shields_     _Earnest_     ID#: _B____
Last Name        First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | *(handwritten clinical notes, largely illegible)* | |

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Shields | Garrot | | B06161 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/16/8 2:00 pm | untreat. A/C Pectoralis Tendon rup ture | will investigate further ortho pedic options H.A. Schafer M.D. |
| 10:58 | Medical Records Notd | |
| 10:16 | 2nd visit Physical Therapy for Tuesday October 21, 2008 at 8:40am. LT 8:10am and 3rd visit for Physical Therapy is scheduled for Tuesday, October 28, 2008 at 8:40am LT 8:10am at Cottey Rehab & P.T. RO &SC notified of appt. | N. Ubb. 81 |
| 1:00 | Medical Record Notd | |
| 1:45 | Nppt for P.T. is scheduled until Wednesday October 2, 2008 at 8:20 | |

33

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: October 20, 2008     Date of Review: October 21, 2008     Grievance # (optional): 090641

Offender: Shields            ID#: B66161

Nature of Grievance: Medical Treatment

Facts Reviewed: Offender Shields claims he hurt his left shoulder and chest participating in recreational activities. He reports he was told by outside medical authorities he would need medical reconstruction. He states he is having numbness and pain. No relief is listed but appears the inmate wants the surgery. Inmate's counselor states that per the HCUA the offender was seen by 3 different specialists because the first two were unable to possibly do the procedure. The third specialist was a shoulder specialist who determined that surgery was unnecessary and prescribed that inmate needs to do rehab for range of motion and strengthening.

RECEIVED
OCT 2008
GRIEVANCE
OFFICE

Recommendation: GRIEVANCE DENIED. Specialist prescribed rehab instead of surgery.

Gary L. Pampel

Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 10-24-08    [X] I concur    [ ] I do not concur    [ ] Remand

Comments:

Chief Administrative Officer's Signature        10-26-08
                Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Health Status Transfer Summary

No. 2943 RP 24-08
LP-8:40am

**Transferring Facility:** Hill CC Center

**Offender Information:** Shells Last Name  Earnest First Name  MI  ID#: B64141

**Date:** 10.22.08  **Time:** 605/A  ☐ a.m. ☐ p.m.

### Transfer Screening (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKA  **Food Handler Approved:** _____

**Current / Acute Conditions / Problems:** Lt Shoulder pretibial ThO___ reg____

**Chronic Conditions / Problems:** _____

**Current Medications** (name, dosage, frequency, and duration):

  **Acute Short-term:** _____

  **Chronic Long-term:** _____

  **Chronic Psychotropic:** _____

**Current Treatments:** ∅

**Therapeutic Diets:** none

**Follow-Up Care:** per Med July____R

  **onic Clinics:** ∅

**Specialty Referrals:** PT Collage Rehab.

**Significant Medical History:** ASW 01' Lt foot/ankle fracta____

**Physical Disabilities / Limitations:** ∅

**Assistive Devices / Prosthetics:** ∅

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___/___/___   ☑ Hx Psych Med ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol ☐ Drugs   ☑ Glasses ☐ Dentures

S. Fae____der Print Name and Title   S. Factani__ R Signature   10.22.08 Date

### Reception Screening (completed by receiving facility health care staff):

**Facility:** _____  **Date:** ___/___/___  **Time:** _____ ☐ a.m. ☐ p.m.

**Subjective:**  **Assessment:**

  **Current Complaint:** _____

  **Current Medications/Treatment:** _____

**Objective:**

  **Physical Appearance/Behavior:** _____

  **Deformities: Acute/Chronic:** _____

**T:** ____ **P:** ____ **R:** ____ **B/P:** ____/____

**Plan: Disposition:**
☐ Health Information Given  ☐ Emergency Referral
☐ Sick Call: Urgent / Routine
  ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
  ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ____
☐ Infirmary Placement:
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): _____

Printed Name and Title   Signature   ___/___/___ Date

### For Adult Transition Center transfers only:

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature   Date   Time   ☐ a.m. ☐ p.m.

DOC 0090 (Rev. 1/2008)

35



**Cottage**
Rehabilitation & Sports Medicine

765 North Kellogg Street
Galesburg, IL 61401
Phone: (309) 343-3434
Fax: (309) 343-3456

## PHYSICAL THERAPY INITIAL EVALUATION

Name: _Ernest Shields_          Physician: _Dr. Migliorino_
Diagnosis: _tear of (L) Pectoralis_   Onset Date: _7/16/08_
D.O.B.: _2/19/1973_             Medications: _Pain med, FB_
Physician Orders: _PT Eval and Treat x 3 visits_

### SUBJECTIVE INFORMATION:

History:   Medical: _No other PMH noted._

Previous Functional Level: _Full functional level pre-injury_

Mechanism / History of Injury: _The pt reports that he tore his (L) pectoralis muscle_
_while attempting to bench 365#. He feels that therapy is not going to help_
Vocational Considerations: _and he needs surgery._

Current Complaints: _pain to chest, numbness (R) side of chest + to entire arm from_
Functional Limitations: _overhead, weakness c ADLs, pain at night_          _movement_
Pain Level (0-10 Scale): _0/10 Worst_          Location: _(L) pec_
Previous Treatments: _N/A per pt report_
Test Results: _Prior dr. + x-ray confirmed diagnosis_
Patient Goals: _The pt wants surgery to fix the pec muscle and respectfully does_
### OBJECTIVE INFORMATION: _not feel that PT will benefit him significantly_

Appearance: _Obvious atrophy of (L) pec mm near the shoulder/insertion_
Palpation: _Elicits tenderness (L) pec mm mid belly c significant tightness._
AROM: _Sh Flexion (L) 132° (R) 164° Sh ABD (L) 152° (R) 164°_
PROM: _Sh Flexion (L) ~100° guarding Sh ABD (L) 100° guarding Sh IR (L) 78° Sh ER (L) 86°_
Strength: _Sh Flexion (L) 4+/5 Sh ABD (L) 4+/5  Sh ER (L) 4+/5  Sh IR (L) 4+/5 Pec (L) 3+/5_
          _(R) 5/5      (R) 5/5      (R) 5/5      (R) 5/5    (R) 5/5_

Gait: _WFL_
Posture: _Abducted, downwardly rotated scapula (L); forward (L) + (R) shoulder_
Sensation: _Not formally assessed._
Special Tests:
_N/A_

**Cottage**
Rehabilitation & Sports Medicine

765 North Kellogg Street
Galesburg, IL 61401
Phone: (309) 343-3434
Fax: (309) 343-3456

## PHYSICAL THERAPY INITIAL EVALUATION (CONTINUED)

Name: Ernest Shields

**ASSESSMENT:**

35 y.o. ♂ c̄ diagnosis of ® Pectoralis tear demonstrating an obvious deformity in the ® pec muscle, pain/clicical tenderness as noted, limited ⊘↑AROM, ↓'d strength and ↓'d functional activity tolerance. The pt would benefit from cont'd PT x 2 more visits per MD order to address the above noted deficits and below stated goals.

**TREATMENT PLAN:**

Goals:

STG: 1-2 ~~visits~~

1. ® c̄ HEP as appropriate.
2. ↓ pain at worst to ≤ 5/10 at worst

LTG: 3 visits

1. Demo L=R Shoulder AROM
2. Demo ≥ 4/5 strength ® pec and ≥ 4/5 Sh flexion
3. Demonstrate functional movement of the ®
4. ≤ 3/10 ® chest/pec pain c̄ @ worst

Rehab Potential:
☐ Excellent    ☐ Good    ☒ Fair (for Above Goals)    ☐ Poor

Treatment Orders: Therex, MT, Modalities Prn

Today's Treatment: MT including AROM & Flex, ABD, Ed and STM to tolerance TES, HEP issued per 10/9/08 HEP c̄ pt performance.

Procedure/Mins: TEx 17                Total Treatment Mins: 17

Treatment Frequency: 1x (every 2 weeks)   Expected Duration: 3 visits (6 weeks)
Certification Period (Medicare): N/A
Discharge Plan: When PT goals are met
Therapist's Signature: _[signature]_ MS PT    Date: 10/9/08

- Medicare recipients require signature of physician. Non-Medicare recipients require print of physician's name.

Physician: _____    Date: _____