ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

## Offender Outpatient Progress Notes

Offender Information:

Last Name: *Shields*

First Name: *Earnest*

MI:

ID#: *B66161*

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/17/08 | New leave time is now 7.45m. | |
| 1:45p | DO & SC notified of chang. | N Will S4 |
| 10/28/08 | RN note | |
| 10:10a | Are oth status completed for | |
| | med furlough today | S Kalanini? |
| 10/31/08 | RN Note | |
| 7:45am | I/M left on med furlough | R Brown |
| 11:05am | Notified that returned from med furlough | R Brown |
| 10:00am | Informed by Kay Henry SA - that P.T. was | |
| | refused - I/M thought that he was having surgery | |
| | for repair of pect. tear. To follow up c Staff MD | R Brown |
| 11-26-08 | MD visit | |
| 3:40p | wt - 193.6  BP - 108/78 | ? |
| | P - 78   R - 18   T - 97.8 | ½ ① Explained ( ... |
| | S, 38 years old | to Mr. Shield that |
| | Mr. Shield with Hx - | it is important |
| | ① Pectoralis ... tendon | that he get the |
| | Rupture of 16/08. | Physical therapy |
| | informed pt ... that | as advised by |
| | this will be done for | M.D. |
| | Continued ... | ... |

migliorino

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

## Offender Outpatient Progress Notes

Offender Information:

Last Name: Shields  First Name: Earnest  MI: _____  ID#: B66161

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/26/08 3:45 P | Carla L. MD VCN 3rd visit for Physical Therapy, patient repeatedly saying that he not is and will Refuse for Physical therapy and he won't saying O: - Alert & CR3 - CVS Nond - CTA Nond - Abdme B9 - EH LEQ Nodes - N (D) C Rectroff Second visit | P, (D) Nursing staff if Mr. Shields Refuse Refuse for Physical therapy, please have him Sign the refusal form and submit to me for Review rct low |
| 3:08 5:15A | LPN NOTE I/M DECLARED HUNGER STRIKE AT APPROX 03:30 V/S TAKEN BP 100/70 P60 R16 & O AT THIS TIME | May Rescheduled low ? Refusal not found |

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Health Status Transfer Summary

LT-8:10am

**Transferring Facility:** MITI CC _____ Center

**Offender Information:**

Last Name: _Shields_     First Name: _Earnest_     MI: ___     ID#: B66161

Date: 10/27/08     Time: 6:45    ☐ a.m. ☒ p.m.

### Transfer Screening (completed by transferring facility health care staff)  ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKA     Food Handler Approved: ok

Current / Acute Conditions / Problems: ① shoulder pectoral tendon rupture

Chronic Conditions / Problems: ⊖

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: Motrin 800mg PO T10 X 7days

Chronic Long-term: ⊖

Chronic Psychotropic: ⊖

Current Treatments: ⊖

Therapeutic Diets: ⊖

Follow-Up Care: RTC

onic Clinics: ⊖

Specialty Referrals: Physical therapy Cottage Rehab.

Significant Medical History: GSW of ① foot and Ankle, depression

Physical Disabilities / Limitations: ←

Assistive Devices / Prosthetics: ⊖

Mental Health Issues:  ☐ Hx Suicide Attempt: Date: __/__/__    ☒ Hx Psych Med  ☐ Hx MPC/STC  Substance Abuse: ☐ Alcohol  ☐ Drugs      ☐ Glasses   ☐ Dentures

C. Mortensen, RN _____ C. Mortensen, RN _____ 10/27/08

Print Name and Title          Signature          Date

### Reception Screening (completed by receiving facility health care staff)

Facility: _____     Date: __/__/__     Time: _____  ☐ a.m. ☐ p.m.

bjective:     Assessment:

Current Complaint: _____

Current Medications/Treatment: _____

Objective:     Plan: Disposition:
Physical Appearance/Behavior: _____
☐ Health Information Given       ☐ Emergency Referral: _____
☐ Sick Call:  Urgent / Routine
☐ Medication Evaluation    ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
Deformities: Acute/Chronic: _____
☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
☐ Infirmary Placement:
T: _____  P: _____  R: _____  B/P: __/__
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): _____

Printed Name and Title _____     Signature _____     Date _____

### For Adult Transition Center transfers only:

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature _____     Date _____     Time _____  ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Rev. 1/2005)

## Medical Special Services Referral and Report

_____ C. C. _____ (Facility)

Offender's Name _Webb, Ernest_  ID# _B66161_

Reason for Referral:
☐ Consult  ☐ Non-Formulary Medications  ☐ Medical Equipment
☐ Evaluation  ☐ Management
☐ Procedure/service (specify) _____
☑ Other (specify) _____

Urgent: ☐ Yes  ☐ No

Referred to: _Cottage Rehab & P.T._

Rationale for Referral: _3rd Visit for Physical Therapy_

Print Referring Practitioner's Name     Referring Practitioner's Signature     Date

---

### Report of Referral (Use Reverse Side, If necessary)

Findings: _A continues to demonstrate obvious injury to the ⓡ pec_
_m̄ c̄ consistent atrophy and elicited tenderness/tightness in the ⓡ_
_pec and muscle belly._

Assessment: _The pts PROM is unchanged compared to the_
_initial evaluation. AROM is not decreased compared to the_
_initial evaluation c̄ the pt continuing to c̄/o significant_
_pain c̄ AROM. Strength testing was deferred today 2° pt's pain/limited_
_AROM_

Recommendations/Plans: _The pt has not benefited from PT and has_
_been unable to progress toward pain relief and rest goals._
_D/C PT at this time c̄ further course of action per pec injury_
_per the MD. The pt might benefit from avl by orthopedic MD (if this_
_has not been done already)._

_Jason Crawlone_   _(signature) PT_   _10/28/08_
Print Practitioner's Name     Practitioner's Signature     Date

---

Facility Medical Director Use Only

I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

Print Facility Medical Director's Name     Facility Medical Director's Signature     Date

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ HILL _____ Center

**Offender Information:**

| | |
|---|---|
| Last Name: *Shields* | First Name: *Earnest* AN: _____ ID#: *B66161* |

OR-37
Se7

### TREATMENT PROTOCOL — MUSCLE PAIN/SPRAIN

3.6  Plans M.S.A

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/19/08 2:45 | S. What caused pain? *Hx: Pectoral muscle tear ①* | P. MD referral: |
| | Pain duration: *Constant* | (If any suspected fracture, difficulty walking, numbness, severe pain, swelling, deformity and/or fever). |
| | Location: *① Pectoris* | |
| | Pain (1-10 most severe): *10/10* | 1. $2 copay implemented due to inmate's request for non-emergency medical services. |
| | What precipitates pain? *"When I lay down"* | *Motrin 800mg PO TID x10days* |
| | Alleviates pain? *"Nothing"* | No MD referral: (check as applicable): |
| | O. T ___ P *82* R *20* BP *110/88* SPO₂ *100* | 1. Ibuprofen 200 mg 2 tabs p.o. QID PRN x 3 days. 2. Cold compresses x 48 hours; then warm moist packs PRN. |
| | Appearance at rest: *holds left pect* | 3. Elevate affected part. 4. Lay-in x 24 hours. |
| | Appearance with movement: *full ROM, but pain exists* | Patient teaching (check as applicable): |
| | Swelling: Y  N Ⓝ  Ecchymosis: Y N  Redness: Y Ⓝ  Bruising:  Tenderness on touch: Ⓨ N  Limited ROM: Y Ⓝ | 1. Medication usage. 2. Use of cold/hot application. 3. Avoid weight lifting, sports or strenuous activity until area has healed and is free of pain (approx. 2 wks). 4. Importance of body mechanics to avoid injury. |
| | Ankle Ottawa Rules | 5. Instruction regarding safety measures if injury preventable. (warm-up exercises, etc.) 6. Return if symptoms fail to resolve within 3 days or if symptoms worsen. |
| | Knee Ottawa Rules | 7. Complete Resident Injury Report form, if applicable. |

A. *I/m c/o ① arm numbness, but all sensation present upon palpation*

42

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

Offender Outpatient Progress Notes

Offender Information:

Last Name: Shields    First Name: Ernest    MI: ___    ID#: B06161

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-15-08 1:10p | LPN note – NSC. On NSC requesting to be taken off medical hold. Inmate did not want to be seen for NSC. | P – Refusal signed for refusing NSC @ this time. RTC PRN |
| 12/17/08 2:30p | MD note. This pt has been evaluated by ortho + no surgery has been recommended for now. He has had PT to the extent that it will benefit him + the current state is his baseline. No further medical deficits is placed | P – D/C MEDICAL HOLD  Roberson Schafer, MD |

43

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

Transferring Facility: _Pnkcc_ Center

**Offender Information:**
Last Name: _Shields_  First Name: _Earnest_  MI: ___  ID#: _B 66161_

Date: _1,12,09_  Time: _1700_  ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):  ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: _NKDA_                                    Food Handler Approved: _2/26/08  yes_
Current / Acute Conditions / Problems: _∅_
Chronic Conditions / Problems:

Current Medications (name, dosage, frequency, and duration):
Acute Short-term: _∅_
Chronic Long-term: _∅_
Chronic Psychotropic: _∅_

Current Treatments:

Therapeutic Diets: _Regular_

Follow-Up Care: _RTC_

Chronic Clinics:

Specialty Referrals:

Significant Medical History: _h/o gsw ⊕ Foot/Ankle  n/o depression - ∅ meds_

Physical Disabilities / Limitations:

Assistive Devices / Prosthetics:                                    ☐ Glasses    ☐ Dentures
Mental Health Issues:  ☐ Hx Suicide Attempt: Date: __/__/__   ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol  ☐ Drugs
R & C Use Only:  ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: _____  ☐ Packet Complete

| H Roth RN | H Roth RN | 1,12,09 |
|---|---|---|
| Print Name and Title | Signature | Date |

**Reception Screening** (completed by receiving facility health care staff):
Facility: _SHCC_                          Date: _1,14,9_   Time: _1630_  ☐ a.m. ☐ p.m.
Subjective:
Current Complaint: _Low muscle in arm_
Current Medications/Treatment: _∅_

Assessment: ① Open Sores (arm + lower)
② Chronic arthritis
F H approved

Objective:
Physical Appearance/Behavior: _AEOx3_

Plan/Disposition:
☒ Health Information Given    ☐ Emergency Referral: _____
☒ Sick Call:  Urgent / Routine
☐ Medication Evaluation    ☐ Therapeutic Diet    ☐ Special Housing    ☐ Chronic Clinics
☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
☐ Infirmary Placement
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): _____

Deformities: Acute/Chronic: _∅_

T: _Not Medically Mated_

| Sharal Burell RN | Burell RN | 1,14,9 |
|---|---|---|
| Printed Name and Title | Signature | Date |

**For Adult Transition Center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

| _____ | _____ | _____ |
|---|---|---|
| Offender's Signature | Date | Time  ☐ a.m. ☐ p.m. |

44

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Stateville Correctional Center

Offender Information:

Shields                 Earnest                  ID#: B66161
_____         _____                   _____
Last Name               First Name              MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/6/09 1:45p | LPN note: Per security, IM refused to be brought up to HCU. ___ LPN 1/6/09 | |

istribution: Offender's Medica

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

PINCKNEYVILLE CORRECTIONAL Center

*Stateville*
*Joliet*

**Offender Information:**

| Shields | Earnest | | ID#: B0606161 |
|---|---|---|---|
| Last Name | First Name | M.I. | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-3 pm 9:00 | ~~CMT Note~~ ~~positive~~ positive for | |
| | MOSC will be reschdule. S. Thom | |
| | | |
| 4/17/9 | CMT NOTE | |
| 11:30 A | S-I'm in pain all the time, they were | P. F/U PRN. |
| | suppos to do surgery | Spoke to Dr Ghosh |
| | on my sholder (L) | motrin 800 mg only |
| | and they transfer mes | |
| | O. A&O ×3 ○ signs of distress | |
| | Evaluated 12/17/8 | |
| | ○ Surgery recomended | |
| | refused 1/2 P.t for | |
| | Sholder. requested | |
| | medical Hold lifted | |
| | last Inst so could transfer | ○ Taylor CMT |

46

| Offender Information: | | | |
|---|---|---|---|
| SHIELDS | ERNEST | | ID#: B66161 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/28/09 | PA NOTE | 1. Riobaxin 750mg |
| 11:40 pm | 36 y/o Afm my shoulder | BID × 30 |
| | is torn bad, my chest is | 2. Cont motrin 800mg |
| | really torn up, I can't | as directed (has) |
| | hardly do anything, they | 3. Cont arm sling |
| | told me I need surgery | (has) |
| | my (L) side goes numb | 4. refer to medical |
| | hard to sleep, I really tore | director for severe |
| | up something, I might | evaluation |
| | have a blood clot | 5. pt education/ |
| | O = gen = wnl | reassurence |
| | HL = wnl | [signature] |
| | Ext = (L) ant chest | [signature] |
| | pect 2 noted | |
| | atrophy prox to underarm | |
| | clear to palp, ROM c discomfort | |

47

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

PINCKNEYVILLE CORRECTIONAL Center

| Offender Information: | | |
|---|---|---|
| Shields | Ernest | 136616 |
| Last Name | First Name | MI / ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/1/9 2-50P. | NDNKS. | |
| | S- c/o injury to front of (L) chest in 7/2008 while lifting wt. H/M had tear of pectoralis muscle (L) | P. Orthoped. comm+ Low bunk permit after until 8-31-9 |
| | O- BP 114/70 P 67 T 97. WT 200 lbs. | Front cuffing permit until 8-31-9 |
| | O- BP 114/71 P 67 T 97 R 18 T 97.0 (L) pectoralis muscle WNTA Movement of (L) shoulder WNL in all direction. | Sling permit until 8/31/9 |
| | A - (L) pectoral tear | P 6/7 |

2-19-73 M/b

## Medical Special Services Referral and Report

Stateville Correctional Center
(Facility)

Offender's Name: _Shields Earnest_          ID# _1366161_

Reason for Referral: ☐ Consult  ☐ Non-Formulary Medications  ☐ Medical Equipment
☐ Evaluation  ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes  ☐ No

Referred to: _UIC orthopedics_          7/31/09

Rationale for Referral: (R) _pectoralis to' muscle rupture on 7/2008._

_PGWNSN_                    _PGV_                         _5/7/9_
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date

Report of Referral (Use Reverse Side, if necessary)

Findings: (L) _pectoralis tear_

_no anterior muscle flap_

Assessment: (L) _pectoralis tear_
_chronic > 1yr_

Recommendations/Plans: _Pt is too far out for surgical intervention; he will need pain management and physical therapy. Return as needed._

_George Ozonde_            _George Ozonde_              7/31/09
Print Practitioner's Name      Practitioner's Signature      Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

_PGHOSN_                   _PGV_                       _8/3/9_
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

OneRadiology

Normal, Illinois 61761

June 24, 2008

Patient Name: Shields, Ernest

Patient No# B66161

DOB:  2/19/71

Dr. Migliorino

Hill Correctional Center

LEFT SHOULDER TWO VIEWS  6/16/08

INDICATION: Pain.

FINDINGS: The views of left shoulder show no bony or soft tissue abnormality.

IMPRESSION: Normal left shoulder.

CHEST ONE VIEW  6/16/08

INDICATION: Pain.

FINDINGS: Lungs are clear.  Heart is normal. Bony thorax is unremarkable.

IMPRESSION: Normal chest.


Signed_____

                                        C. Lee, M.D.  DATE: 6/25/08
                                                      TIME REC: 1:00 pm
                                                      INITIAL DATE:

CL:eg

DIC: 6/24/08 Films from Hill Correctional Center

                                          6/25/08

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Transferring Facility:**

Stateville Correctional Center

**Offender Information:**

Last Name: Shields   First Name: Earnest   MI:   ID#: B66616

Date: 7.31.09   Time: ____  ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):

Allergies: NKA

Current / Acute Conditions / Problems:          Food Handler Approved:

Chronic Conditions / Problems:

Current Medications (name, dosage, frequency, and duration):

  Acute Short-term:

  Chronic Long-term:

  Chronic Psychotropic:

Current Treatments:

Therapeutic Diets: Reg

Follow-Up Care: RHC

Chronic Clinics:

Specialty Referrals: U of I

Significant Medical History: GSW ② foot & ankle

Physical Disabilities / Limitations:

Assistive Devices / Prosthetics: ✔ bunk & gallery

Mental Health Issues: ☐ Hx Suicide Attempt: Date: __/__/__   ☐ Hx Psych Med  ☐ Hx MPC/STC   ☐ Glasses  ☐ Dentures

R&O Use Only: ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other:   Substance Abuse: ☐ Alcohol ☐ Drugs   ☐ Packet Complete

Janet Stegall CMTS   Janet Stegall CMTS   7.31.09

**Reception Screening** (completed by receiving facility health care staff):

Facility:   Date: __/__/__  Time: ___  ☐ a.m. ☐ p.m.
Subjective:   Assessment:
Current Complaint:

Current Medications/Treatment:

Objective:   Plan: Disposition:
Physical Appearance/Behavior:   ☐ Health Information Given  ☐ Emergency Referral:
  ☐ Sick Call: Urgent/Routine
  ☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics
Deformities: Acute/Chronic:   ☐ Work/Program Limitation ☐ Specialty Referrals ☐ Other (specify):
T: ___ P: ___ R: ___ B/P: ___   ☐ Infirmary Placement
  ☐ Other (specify):

Printed Name and Title   Signature   Date

**For adult transition center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature   Date   Time   ☐ a.m. ☐ p.m.

51

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Strickla | Earnest | | B66161 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 08-03-09 11-35A | MD not. | P |
| | I/m was evaluated in the orthopedic clinic in the orthopedic clinic | No further F/u |
| | | No medical hold / can trans fer |
| | Impression Tooth R pictorials msstl Not amenable to surgical repair | R6y |
| 8/29/9 9A | Pt c/o continued pain shoulder + chest. Not a surgical candidate. Wants permits Renewed in note | Spoke to Med Dir - permit Renewal & consult suggestions |
| 12/11/9 | | |
| 1/41/93 HR 88 T 97 | S: my R Elbow "popped" 10 days ago. it is out of place stick out on and off O: UX > AA R Elbow no bruise seen. A: R Elbow injury | P: Stat x-ray R Elbow. |

DOC 0094
(Rev.
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Shields

Last Name _____ First Name _____ MI ____    ID#: _____

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/1/9 | MD note | |
| 12:50 pm | S/O ® Elbow x-ray shows ? avulsion Fx of olecranon process. radiology report pending | Pl. case discussed with medical director. Permit |
| | Elbow No red No marked edema. no bruise. | for low bunk, front cuffing. No gym yard. Elbow brace on |
| | ROM guarded | left arm slg given |
| | tender olecranon process | by medical director |
| | A ® Elbow injury | R. may take tylenol or motrin for pain |
| | MD Note | [signature] |
| 12/3/9 | S/O radiology report of ® Elbow | |
| 2:30 pm | No Fracture. Small bone spur of olecranon process of proximal ulna. | |
| | A ® Elbow injury, patient not seen. | Pl. F/u as |
| | Fx ruled out by radiologist | pt request if symptoms [signature] |

STATEVILLE CORRECTIONAL CENTER

FOR X-RAY TECH ONLY

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

X-RAY REPORT

Inmate's Name: Shields, Gornest    Number: B66161    Date: 12/1/9

Age: 36

Reason for X-Ray: (R) Elbow stat-

S/R dislocation or strain 10 days ago

Dr Zhang
Ordering Physician

Findings:

No fracture;
Small bone spur of olecranon process
of proximal ulna.

Date: _____                                       M.D.
                                                     12/3/09

FOR CORRECTIONAL CENTER HEALTH CARE UNIT PERSONNEL ONLY

☑ I have reviewed the recommendations contained in this report.

Date: 12/3/9                        P.O.
                                    Signature and Title

IL 426-18393   DCA 42066

54

vider:    OLYSAV,DAVID MD          EARNES,  DO340

Name:    SHIELDS              ERNEST T          Medrec Number:  820246
Address:  600 LINWOOD RD                        Date Of Birth:  02/19/1971    37
          C/O' HENRY HILL CORR CTR                    Sex:  M
          GALESBURG          IL    61401        Work Phone:  309-343-4212    373
Phone:    309-343-4212


Case:    O    OUTPATIENT
Where:    SG          SURGERY CLINIC 747-501
When:    08/26/08  at  09:00
Reason:   00 PECTORALIS RUPTURE
Comments:  R/S D/T PER,DEB T FLG              PT.FLMS/PER EMAIL
Rpt To:


Ref Dr.:


INSTRUCTIONS
MMC OR STJ FILMS  BRING OUTSIDE FILM  BRING INSURANCE CARDS AND COPAYS AT TIME
OF VISIT

Provider:  OLYSAV, DAVID MD                    DO340

Name:      SHIELDS            ERNEST           Medrec Number:
Address:   600 LINWOOD RD                      Date Of Birth:  02/19/1971   37
           C/O HENRY HILL CORR CTR                     Sex:  M
           GALESBURG          IL    61401      Work Phone:  309-343-4212    373
Phone:     309-343-4212

Case:      O    OUTPATIENT
Where:     SG              SURGERY CLINIC 747-501
When:      08/26/08  at  14:00
Reason:    00 PECTORALIS RUPTURE                       TO BG FILMS
Comments:  PER EMAIL
Rpt To:

Ref Dr.:

INSTRUCTIONS
MMC OR STJ FILMS   BRING OUTSIDE FILM   BRING INSURANCE CARDS AND COPAYS AT TIME
OF VISIT

56

MRH#
820024

SIU SCHOOL OF MEDICINE
DIVISION OF ORTHOPEDICS

TO: NAME _Natalie_

LOCATION _____

FAX # _309 344 - 8547_

IMMEDIATE ACTION: ____ YES ____ NO

FROM: Nurses:
I I spoke with Dr. Oyisau, he said it
was O.K. to send pt for instructions
for 2-3 visits then he can do P.T.
on his own — call Kathy me with any
questions

SIU School of Medicine          Clinic Operator: (217) 545-5878
Department of Surgery           Clinic Fax: (217) 545-1159
PO Box 19679
Springfield, IL 62794-9679

COMMENTS:

**SIU Physicians & Surgeons**

Date: _____

Name: _Ernest Shields_

Diagnosis: _® pectoralis
major rupture_

____ Times per week for ____ weeks

____ Evaluate & treat

Physical Therapy Program:

☐ Trunk flexibility and strengthening (McKenzie)

☐ ROM to _____

☒ Strengthening to _aggressive ®
pectoralis._

☐ Aerobic conditioning

☐ Gait training

☐ Evaluation for: _____

☐ Cervical spine isometric strengthening

☒ Other _may instruct
for 2-3 visits
for home P.T._

Next clinic appointment _____

_D. Oyisau_ M.D.
Physician Signature

TRANSMISS[

# PAGES SE[

Including this page

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and/or privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original to us at the address shown.

SIU Physicians & Surgeons, Inc.
Department of Surgery
Outpatient Consult/New Outpatient Visit
David J. Olysav, M.D.

ENC: 30025035 FC: SG
PV: DO340 PS: SM
   OLYSAV, DAVID MD
REF
PT: EARNEST
    SHIELDS
MR# 820246   37  08/26/08
DOB 02/19/1971   09:00
CS: 0   15041570019
INS W25   GUR
                    SOF: 08

| Attending Physician | Resource Code |
| --- | --- |
| Referring Physician | Referring Service |

CC: Pectoralis Rupture

NEW    RETURN    NEW PROBLEM

**HISTORY PRESENT ILLNESS (HPI)** | Brief 1-3 | ※ Ext ≥ 4 | Location, Quality, Severity, Duration, Timing, Context, Modifying factors, Asso. signs & Sx

HPI (required)

Injury in Colosburg

Denver Kelsey Co 18 1888
300 Bench Press
⊕ Numbness, Night Pain
⊕ Pr Non-Descript

| ROS | Prob Focus none | Exp Prob 1 | Detailed | 2-9 | ※ | Comp > 10 or some with "all others negative" |
| --- | --- | --- | --- | --- | --- | --- |
| Constitutional | neg abn | | GI | neg abn | | Psychiatric | neg abn |
| Eyes | neg abn | | GU | neg abn | | Endocrine | neg abn |
| ENT | neg abn | | Musculoskeletal | neg abn | | Hematol./Lymph | neg abn |
| Cardiovascular | neg abn | | Skin | neg abn | | Allergic/Immun | neg abn |
| Respiratory | neg abn | | Neurologic | neg abn | | ROS unobtainable | |
| Other systems negative | | | | | | | |

FF 90 / 160°          Ext Subraspinatous
AD 95 / 110°          5/5 Int Strength
Ext 25°   5/5

**※ Past, Family, & Social History (PFSH)** | Pertinent = 1 from any 3, | Complete = all 3

| PAST MEDICAL HX: | FAMILY HX: | SOCIAL HX: | Occupation: Prismar |
| --- | --- | --- | --- |
| Unobtainable | Unobtainable | Unobtainable | |
| Non-contributory | Non-contributory | Non-contributory | |
| All Negatives | | | |

| | | |
| --- | --- | --- |
| | Marital Status | M   S   D |
| | Children | Y   N |
| | Tobacco | Y   (N)   Quit   Y   N |
| | ETOH | Y   N   Drug Use   Y   N |

MEDICATIONS:
Ø

Allergies: (Medication(s), Food, Metals, Other)
✓ NKDA

PastSurgHx: Ankle (L) GSW
He & Sewal Taps

Needs P.T.
for ROM & Strengthening

① (L) Pect Mom Tear
PT / OT Rom

Ⓓ



**Illinois**
Department of
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL 61401 / Telephone: (309) 343-4212 / TDD: (800) 526-0844

## MEMORANDUM

**DATE:** August 19, 2008

**TO:** Infirmary Staff

**FROM:** Lois Mathes, RN/HCUA

Medical Furlough has been scheduled as delineated below:

**NAME:** Shields, Earnest    **IDOC#:** B66161    **D.O.B:** 2-19-71
**DATE:** 8-26-08    **LEAVE TIME:** 6:15 a.m.

**REFERRING PHYSICIAN:** Dr. Miglorino/Dr. Funk
**REASON FOR FURLOUGH:** Ortho. Eval. (Pectoralis Tandon Rupture Left Shoulder).

**LOCATION:** Dr. Olysav's Office
**STREET:** 747 N. Rutledge/Baylis Building 5th Floor
**CITY/STATE/ZIP:** Springfield, IL 62703
**TELEPHONE NUMBER:** (217) 545-5878

**SAME DAY RETURN:** X    **ADMISSION:**    **EMERGENCY:**
**AMBULANCE:**

1. Complete HS Report – Given to SA
2. MAR'S to Infirmary
3. Sign consent for TX/Operation Form
4. T.P./Admit to Infirmary

**Prep Needed:** Bring copies of all reports and x-ray film to appt. that is pertaining to problem.

Cc:    Records Office
       7/3 Shift Commanders
       Medical File
       X-Ray
       File

Offender's Name: Shields, Earnest          ID#: B66161

Reason for Referral: [✓] Consult     [ ] Non-Formulary Medications     [ ] Medical Equipment
                     [ ] Evaluation      [ ] Management
                     [ ] Procedure/service (specify) _____
                     [ ] Other (specify) _____

Urgent: [ ] Yes     [ ] No.

Referred to: _Dr. Olson/SIU_     _left shoulder_

Rationale for Referral: _Ortho Eval. (Pectoralis Tendon Rupture)_

_____     _DWiggins_          _3/6/08_
M. GUIPAGN                         Referring Practitioner's Signature    Date
Print Referring Practitioner's Name

**Report of Referral** (Use Reverse Side, if necessary)

Findings: _Activates by Hist (?)_

Assessment: _Tight — 7 wks_
            _Needs P.T. for ROM & Strengthening_

Recommendations/Plans: _P.T. @ Shoulder_
                       _ROM & Strengthening_

_D. Olson_          _DOlson_              _26 Aug 08_
Print Practitioner's Name    Practitioner's Signature    Date

**Facility Medical Director Use Only**

I have reviewed the recommendations and:

   [ ] Approve.

   [ ] Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
       DOC 0255.

_____     _____     _____
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender, Offender's Medical File, and          Page 1 of 1          DOC 0254 (Eff. 4/2007)
If denied/revised Health Care Unit Administrator                                   (Replaces DC 7105)

60

[Wexford Health Sources]]

Subject: [Fwd: [Fwd: Wexford Health Sources]]
From: Lynn Singleton <lsingleton@siumed.edu>
Date: Fri, 22 Aug 2008 10:45:37 -0500
To: Janice Herman <jherman@siumed.edu>

 REF #:
DOS: 08/26/08    PV: DO340
MR#: 820246
PT:   EARNEST
      SHIELDS
DOB: 02/19/1971

-------- Original Message --------
Subject:    [Fwd: Wexford Health Sources]
Date:       Tue, 19 Aug 2008 09:22:37 -0500
From:       Judie Riech <jriech@siumed.edu>
To:         Lynn Singleton <lsingleton@siumed.edu>

Lynn -- Forwarding e-mail sent to you last Friday.  Just received a
call from the Call Center saying they did not have authorization to make
this appointment and transferred the call to me.  Can you rectify?
I have confirmed approval with correctional center for EARNEST SHIELDS,
#B-66161 and asked them to call the CALL CENTER back in 30 minutes.
Thank you,

-------- Original Message --------
Subject:    Wexford Health Sources
Date:       Fri, 15 Aug 2008 15:53:20 -0500
From:       Judie Riech <jriech@siumed.edu>
To:         Lynn Singleton <lsingleton@siumed.edu>, Cheryl McGill
<cmcgill@siumed.edu>

SIU P&S has signed an agreement to provide medically necessary and
authorized evaluation, treatment, and follow up care for the following:

Earnest Shields -- #B-66161 -- by Orthopaedic Surgery  -- for Pectoralis
Rupture

Original agreement is being forwarded to Patient Billing Services

Thank you,
Judie Riech
SIU P&S Admin. Office
545-8850

8/22/2008 10:50 AM

1 of 1

61

| EARNEST SHIELDS | MRN #: 820246 | Home: (309)999-9999 | Office: (309)343- |
|---|---|---|---|
| 4212373 | | | |
| 39 Years Old Male (DOB: 02/19/1971) | 452216-2155001 | Ins: WEXFORD (W25) | |

09/12/2008 - Phone Note
Provider: David J Olysav, MD
Location of Care: SIU HealthCare

Ok for PT to instruct 2-3 times for home PT per Dr. Olysav

Rx and note faxed to Natalia.

---- Converted from flag ----
---- 09/05/2008 4:25 PM, Katherine McMullin wrote:
Returned call and they had left already will return call again  Monday am

---- 09/04/2008 2:08 PM, Katherine McMullin wrote:

---- 09/04/2008 1:55 PM, Beth Ann Peters wrote:
is it for one time or does he have to go 2 to 3 times a week.  Please call back by tomorrow.  they need to know because he
has collegial.  Please call Natalie w/ Henry Hill Correction Center at 309-343-4212 ext 373 and she leaves at 4.  Thanks

## Clinical Lists Changes

Signed by Katherine McMullin on 09/12/2008 at 4:37 PM
Signed by David J Olysav, MD on 09/16/2008 at 7:57 AM

| EARNEST SHIELDS | MRN #: 820246 | Home: (309)999-9999 Office: (309)343- |
| 4212373 | 452216-2155001 | Ins: WEXFORD (W25) |
| 39 Years Old Male (DOB: 02/19/1971) | | |

08/26/2008 - Transcription: EMDAT Clinic Note
Provider: John Froelich, M.D.
Location of Care: SIU HealthCare

EMDAT Clinic Note

CHIEF COMPLAINT: Left pectoralis major rupture.

HISTORY OF PRESENT ILLNESS: This is a 37-year-old gentleman who is a member of the Corrections Institution who was bench pressing on June 18, 2008, felt a sudden pain in his left arm and had an audible popping sound. Noted some numbness in his arm. He was evaluated in the local emergency room. Then MRI of the shoulder showed no significant injury other than a mild supraspinatus tear per a written documentation as the MRI is not here. He states that he continues to have numbness and night pain as well as discomfort. He had seen orthopedic surgeons who said they would not treat this injury on him. The patient is here for another opinion. He has not been doing any physical therapy or activity. He has been using a sling for sometime.

PAST MEDICAL HISTORY: History of meningitis as a child.

PAST SURGICAL HISTORY:
1. Repair of the left ankle after GSW.
2. History of multiple spinal taps.

MEDICATIONS: None.

ALLERGIES: NO KNOWN DRUG ALLERGIES.

SOCIAL HISTORY: He is currently under the correctional system. Denies use of tobacco.

PHYSICAL EXAMINATION:
General: The patient is in no acute distress. Answers questions appropriately. Alert and oriented and appears stated age.
HEENT: Normocephalic, atraumatic. Gross extraocular movements are intact.
Cardiovascular: Regular.
Pulmonary: Unlabored.
Abdomen: Soft.
Musculoskeletal: Examination of the left shoulder shows no tenderness to palpation of the AC joint, the distal acromion, or the anterior biceps. He has forward flexion of 90 degrees active, passive 130 degrees, abduction active 75 degrees, passive 110 degrees, external 25 degrees active with 5-/5 strength. He has 5/5 strength to the supraspinatus and 5-/5 internal rotation. He is unable to get his arm to the back pocket position.
Digital examination of the shoulder shows palpable and visual defect in the pectoralis distribution. He is tender to palpation over the anterior chest with retraction of the pectoralis. When the patient does internally rotate the pectoralis does fire on his chest but in view there is a obvious palpable and visual defect and it does not insert on to the humerus at this time. There is no excessive swelling on that

| EARNEST SHIELDS | MRN #: 820246 | Home: (309)999-9999 | Office: (309)343- |
| --- | --- | --- | --- |
| 4212373 | | | |
| 39 Years Old Male (DOB: 02/19/1971) | 452216-2155001 | Ins: WEXFORD  (W25) | |

side versus the right.

IMAGING: MRI is not obtainable in the office today.  The patient has plain films of the arm.  Two views of the shoulder AP and oblique which show no fracture noted.

ASSESSMENT AND PLAN:   This is a 37-year-old gentleman with a ruptured left pectoralis major.  At this time, we will encourage the patient to do aggressive PT with strengthening as he has deconditioned the area as well as has lost range of motion in that arm.

Electronically Signed By:
John M. Froelich, M.D.

Resident

The following text was appended to the transcription:
I saw and personally examined the patient and discussed the case with the resident. I have reviewed the resident's note and agree with the content and plan as written except as follows: none.

Electronically Signed By:
David J. Olysav, M.D.

Associate Professor of Clinical Surgery

Signed before import by John Froelich, M.D.
Filed automatically on 09/02/2008 at 12:08 PM

* Final Report *

Result Type:       Orthopedic Consult
Result Date:       July 31, 2009 12:00 AM
Result Status:     Modified
Result Title:      Letter/Consultation- ATTENDING:.Benjamin A Goldberg, MD
Performed By:      Ozoude MD, George on July 31, 2009 7:52 PM
Verified By:       Ozoude MD, George on August 03, 2009 6:26 AM

## * Final Report *
## Document Contains Addenda

**Letter/Consultation- ATTENDING:.Benjamin A Goldberg, MD (Verified)**
University of Illinois Medical Center at Chicago

LETTER/CONSULT                          PATIENT:  SHIELDS, EARNEST

DICT:   GEORGE OZOUDE, MD               MRN:  080621578
ATTNG:  BENJAMIN A GOLDBERG, MD         DATE OF SERVICE:  07/31/2009

July 31, 2009

RE:  SHIELDS, EARNEST
  MR#  080621578

SUBJECTIVE:  This is a 36-year-old male who has had a longstanding left chest deformity from a torn pectoralis muscle.  He injured it while lifting 375 pounds of a bench press bar.  The patient has worsening pain that has not improved with medications for the past year.  He has decreased function of the arm due to weakness.

OBJECTIVE:  Decreased anterior axillary fold seen on exam.  Weakness with internal rotation of the hand and arm compared to the right side.  Gross deformity of the inferior aspect of the breast tissue.

ASSESSMENT AND PLAN:  This is a 36-year-old male with a chronic torn pectoralis muscle.  The patient was seen by several different orthopedic surgeons in the past year, all of which have determined that they do not do that type of surgery.  The patient presented to us on this day with chronic tear that is not amenable to surgical repair.  The patient was upset with the decision making.  He was explained that his condition was not amenable to

repair, however, he could explore the option of cosmetic intervention. We further explained that there would be no further function gained if we were to go ahead and repair the pectoralis muscle. The patient verbalized understanding of the assessment and plan. The patient was seen and discussed with Dr. Goldberg who agrees with assessment and plan.


Benjamin A Goldberg, MD


George Ozoude, MD


DD:  07/31/2009 19:52:58
DT:  08/02/2009 21:37:06
GO/MedQ
JOB:  819147/382047969

**Addendum by Goldberg MD, Benjamin on August 07, 2009 12:44 PM (Verified)**
I was present with resident during the history and exam. I discussed the case with the resident and agree with the findings and plan as documented in the resident's note


**Completed Action List:**
* Perform by Ozoude MD, George on July 31, 2009 7:52 PM
* Transcribe by  on August 02, 2009 9:37 PM
* Sign by Ozoude MD, George on August 03, 2009 6:26 AM Requested on July 31, 2009 7:52 PM
* VERIFY by Ozoude MD, George on August 03, 2009 6:26 AM
* Sign by Goldberg MD, Benjamin on August 07, 2009 12:44 PM  Requested by Ozoude MD, George on August 03, 2009 6:26 AM
* Modify by Goldberg MD, Benjamin on August 07, 2009 12:44 PM

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

_R.W.C.C._
(Facility)

Offender's Name: _Shields, Ernest_ ID# _B66161_

Reason for Referral: ☐ Consult ☐ Non-Formulary Medications ☐ Medical Equipment
☑ Evaluation ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes ☐ No

Referred to: _Dr Scherer_

Rationale for Referral: _Left Shoulder Injury Eval._

---

Print Referring Practitioner's Name      Referring Practitioner's Signature      Date

---

Report of Referral (Use Reverse Side, if necessary)

Findings: _Ruptured (L) pectoralis tendon_

Assessment: _Ruptured (L) pectoralis tendon_

Recommendations/Plans: _Needs to see shoulder_
_specialist. Report to follow_

_Scherer_ _[signature]_ _6/23/08_
Print Practitioner's Name      Practitioner's Signature      Date

Facility Medical Director Use Only

I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

---

Print Facility Medical Director's Name      Facility Medical Director's Signature      Date

June 23, 2008

Henry Hill Correctional Center

Dr. Shute

600 Linwood Road

Galesburg, IL 61401

REF: EARNEST SHIELDS

Dear Dr. Shute:

Enclosed are my office notes of 06/23/08 concerning Earnest Shields. He has a pectoralis tendon rupture of the left chest and shoulder. He needs to see a shoulder specialist for surgery. I have not performed this surgery in the past.

If you have any questions, please contact me.

Sincerely,

Gregory A. Schierer, M.D.

GAS/jlh

Enclosure

06/23/08 EARNEST SHIELDS 111453.0

This 34 year old is a prisoner at Henry Hill Correctional Center. He was lifting weights on 06/18/08 when a weight dropped and he injured his left chest. He felt something snap. He has had ecchymosis of the left proximal humeral area and lateral chest near the axilla on the left side. He is complaining of constant pain, worse with activity.

Past Medical History: The patient has had a gunshot wound in the past.

Medications: Motrin.

Allergies: None.

Family History: Not contributory to this problem.

Social History: Habits: tobacco and alcohol - none. The patient is a prisoner.

Review of Systems: No other complaints voiced.

Physical Examination: The patient is 5'8' and weighs 185 pounds. The left shoulder shows ecchymosis of the proximal humerus and the axilla. There is tenderness of the pectoralis insertion. There is an obvious rupture of the pectoralis tendon. The patient has weakness of adduction of the left shoulder. He has pain with passive abduction.

Assessment: Pectoralis tendon rupture left shoulder.

Plan: This injury requires treatment by a shoulder specialist. I do not

have the expertise to perform the surgery necessary to treat this problem.

Gregory A. Schierer, M.D./jlh

# ORTHOPEDIC INITIAL HISTORY    ☐ WC    ☐ INS    ☐ LIAB    ☐ IME

Date __6/23/08__ Patient __EARNEST SHIELDS__ Acct # _____ Phone __343-4212__

Age __34__ ☒ M ☐ F Height __5 8__ Weight __185__ B/P __/__ Pulse _____

Did you bring : X-RAYS ☐ MRI ☐ ESI ☐ CT ☐ EMG ☐ BONESCAN ☐ Other _____

Who requested you visit this office ? Doctor __SHUTE + FUNK__ Attorney _____ Self-Referral ☐

What is the main reason for this visit? Pain ☐ Numbness ☐ Weakness ☐ Other ☐ _____

| Neck | | Shoulder | L ☐ R ☒ | Elbow | L ☐ R ☐ | Hand | L ☐ R ☐ | Pelvis | L ☐ R ☐ | Knee | L ☐ R ☐ | Foot | L ☐ R ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Back | Mid ☐ Low ☐ | Arm | L ☐ R ☐ | Wrist | L ☐ R ☐ | Finger | L ☐ R ☐ | Hip | L ☐ R ☐ | Ankle | L ☐ R ☐ | Toe | L ☐ R ☐ |

How long has this problem been present? _____ Occupation _____ Emplyr _____ Status _____

How did your problem start:

| | | Please describe | Date of occurrence |
|---|---|---|---|
| No Injury | ☐ | | |
| Gradual or sudden | | LIFTING AND DROPPED WEIGHTS | 6/18/08 |
| Injury - Other | ☒ | | |
| Where and how | | | |
| injury at work | ☐ | | |
| Where and how | | | |
| Work Related but no injury | ☐ | | |
| How did job cause problem | | | |
| Auto Accident | ☐ | | |
| Where and how | | | |

The pain is ☒ Constant ☐ Comes and goes _____

**Severity** of pain ☐ Mild ☐ Moderate ☒ Severe ☐ Extremely Severe

**Quality** of pain ☒ Sharp ☐ Dull ☒ Stabbing ☐ Throbbing ☐ Aching ☐ Burning
☐ Other

**Associated Symptoms** ☐ Swelling ☐ Numbness ☐ Weakness ☐ Other
☒ Popping ☐ Grinding ☐ Catching

Since the problem started ☐ Better ☐ Worse ☒ Unchanged   Does the pain wake you from sleep ☒ Y ☐ N

What makes the symptoms worse? ☒ Activity ☐ Exercise ☐ Work ☐ Stairs ☐ Other _____

Which make you feel better? ☒ Rest ☐ Heat ☐ Ice ☐ Elevation ☐ Other _____

What medications have you taken or been prescribed for this condition? __MOTRIN__

What Treatments have you tried? ☐ Injections ☒ Brace ☐ Therapy ☐ Cane/Crutch ☐ Other

What Pharmacy do you use? Name: _____ Phone: _____

Address _____ Zip _____

Place of Service: GOS ____ MONMOUTH ____ ALEDO ____ MACOMB ____    70

**REVIEW OF SYMPTOMS:** Do you have now, or have you ever had, any of the following health problems?

1) M/S    Have you had a prior problem with this same Orthopedic condition in the past   Y   (N)    (explain below)

     · Have you had any prior ☐ back pain    ☐ joint swelling   ☐ fracture   ☐ arthritis

2) ARE YOU ALLERGIC TO ANY MEDICATIONS   Y   (N)    If yes please list

3) ARE YOU A DIABETIC?    Y   (N)      TREATMENT:   ☐ Insulin    ☐ Oral meds    ☐ Diet    ☐ None

| | | | NONE | YEAR | EXPLAIN DETAIL |
|---|---|---|---|---|---|
| 4) CON | weight loss   loss of appetite   fever   cancer | | ☒ | | |
| 5) EYE | (glasses)   Contacts   Double vision   Cataract | | ☐ | | |
| 6) ENT | hearing loss   Hoarseness   Ringing in ears | | ☒ | | |
| 7) CV | high blood pressure   Heart attack   blood clots | | ☒ | | |
| 8) RS | asthma   cough   pneumonia   SOB   TB | | ☒ | | |
| 9) GI | stomach ulcer   hepatitis   blood in stool | | ☒ | | |
| 10) GU | pain w/ urination   blood in urine   kidney disease | | ☒ | | |
| 11) SK | skin ulcers   rash   lumps | | ☒ | | |
| 12) NEU | seizures   stroke   balance prob   headaches | | ☒ | | |
| 13) PSY | depression   nervousness   sleep disorder | | ☒ | | |
| 14) HEM | easy bleeding   easy bruising   anemia | | ☒ | | |

**PAST MEDICAL HISTORY**

What medications do you take?   ☐ None   Please list w/dosage   MOTRIN + PAIN PILLS

Are you taking or have you ever taken blood thinners?   Y   (N)    If yes, what type _____

Past surgical history: What operations have you had? ANKLE + LOWER BACK - GUN SHOT

     When: _____

Have you ever had a reaction to anesthesia?   Y   N

**FAMILY HISTORY:** Have any direct relatives had any of the following disorders? If so, which relative _____

   Any direct relative with the same Orthopedic condition you are being seen for today   Y   N _____

   Diabetes Y   N    High blood pressure   Y   N    Heart disease   Y   N    Arthritis Y   N    Cancer Y   N

**SOCIAL HISTORY:**

Do you use tobacco?   Y   N    Alcohol use?   Y   N    How often?   ☐ Daily _____ ☐ Weekly

Marital History:   ☐ M   ☐ S ☐ D ☐ W    How many people live with you ? _____

**ASSESSMENT**

*Shure shoulder type*

**PLAN**

Nurse _____ / date _____    Doctor _____ 6/25/08 date

71

## Galesburg Cottage Hospital
### 695 N. Kellogg St.
### Galesburg, IL 61401

| | | | |
|---|---|---|---|
| **Patient Name:** | SHIELDS, EARNEST D | **Room Number:** | EOP |
| **Medical Record #:** | 418894 | **Patient Number:** | 5290082 |
| **Date of Service:** | 06/16/2008 | **DOB/SEX:** | 2/19/1971  / M |
| **Ordering Physician:** | BOMMIASAMY VEERASIKKU MD | **Admitting Physician:** | BOMMIASAMY VEERASIKKU MD |

### RADIOLOGY REPORT
### MAGNETIC RESONANCE IMAGING OF THE LEFT SHOULDER

HISTORY: The patient was weight-lifting today and heard a "pop" resulting in limited range of motion and pain in the shoulder joint.

TECHNIQUE: Sequences as listed.

FINDINGS: There is moderate increase in signal intensity within the distal supraspinatus - rotator cuff tendon, compatible with moderate tendinosis and/or partial tear. There was no abnormal fluid within the glenohumeral joint or subacromial - subdeltoid bursa. The glenoid labrum appears intact. Marrow space signal intensity of the visualized humeral head and glenoid process appear within normal limits. The bicipital tendon appeared within the bicipital groove.

### SUMMARY:

MODERATE TENDINOSIS AND/OR PARTIAL THICKNESS TEAR SUPRASPINATUS - ROTATOR CUFF TENDON. MILD DEGENERATIVE CHANGES LEFT ACROMIOCLAVICULAR JOINT WITH MINIMAL INDENTATION ON THE ROTATOR CUFF MUSCULOTENDINOUS STRUCTURES.

STEPHEN LEHNERT MD

**Electronically Signed on 6/17/2008 1:40 PM by Stephen Lehnert, MD**

RADIOLOGY REPORT

DD: 6/17/2008     11:02          TT: 6/17/2008     11:38          Printed At:  6/20/2008     11:08
      SL /  639                              Page 1  Of 1                          Job #:  2754135
                                    MANUALLY PRINTED BY USER                                      72

Number: 5290082
Name  : SHIELDS EARNEST D
Rm/Bed: O/P  /  KOP
Admit : 6/26/08
DX    : SHOULDER INJURY
Sx/Acc: M-B
DOB   : 2/19/71
Age   : 37
Ht/Wt :
Chart#:  418894

Ordering Dpt : RAD
Order Dt/Tm  : 6/16/08 17:04
Order Status : ROUTINE
Start Dt/Tm  : 6/16/08 17:04
Keyed By     : CSTMORPH

Order Phys   : BOMMIASAMY VEERASIKK
Admit Phys   : BOMMIASAMY VEERASIKK
Primary Phys :
Jacket #     :

TRANSPORT? WALK
IV/O2?     NONE
LMP?       NA
BE?  B/C7 EE

000418894

Last Exam Date:

200 MR-UPPER EXTREMITY

SIDE?     LEFT        ISOLATION  NONE

COMPLETE MR SAFETY FORM
pain

*Inmate weight lifting today*
*heard "pop" —*
*Limited Rom —*
*Severe pain in joint.*

MRI Ⓛ shoulder — moderate tendinosis
           or partial tear supraspinatus tendon

otherwise Ⓝ

S. Lehnert, MD

**Galesbu    Cottage Hospital**
695 N. Kellog   eet • Galesburg, IL 61401 • 309-343-8131

| O.P. NUMBER | | DATE | |
|---|---|---|---|

## FOLLOW-UP INSTRUCTIONS
- [ ] Follow-up & Re-evaluation in _____ Hours, _____ days, _____ weeks.
- [ ] Call for appointment.
- [ ] Appointment has been made for ___ for _____
  PHYSICIAN _____
  ADDRESS _____
  PHONE _____
- [ ] OP Tests _____

- [ ] Call your MD's office in 72 hours for your final culture report.
- [ ] X-rays do not always show injury or disease, and fractures may not be revealed on the initial x-rays. If the problem persists or worsens, additional x-rays or tests may be required. If this occurs, you should contact your physician or return to the ER. Your initial x-ray reading is a preliminary report. The radiologist will make a final reading. You will be informed if there is any significant difference from the preliminary reading.
- [ ] For Workman's Compensation patients see company MD within 24 hours for follow-up.
- [x] The physician services in the Galesburg Cottage Hospital Emergency Department are provided by Advanced Emergency Specialists, an independent contractor. The physicians comprising this group are not agents or employees of Cottage Hospital. The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only, and is not intended to be a substitute for, nor an effort to provide complete medical care. Because it is impossible to recognize and treat all elements of an injury or illness in a single emergency visit, it is important that you follow-up with your physician or the referral physician for your safety. Follow the instructions outlined below. If your present condition persists or worsens please contact the physician listed below. If unable to contact this physician you may return to the Emergency Department at any time.

## PROVISIONAL DIAGNOSIS
Rotator cuff injury

## OTHER SPECIFIC INSTRUCTIONS:
Sling
Ice pack
keep follow with

IT IS VERY IMPORTANT FOR YOU TO FOLLOW-UP AS DIRECTED, ESPECIALLY IF YOUR CONDITION PERSISTS, OR WORSENS, OR YOU DEVELOP NEW SYMPTOMS.

I HEREBY ACKNOWLEDGE RECEIPT OF AND UNDERSTAND THE PRINTED AND VERBAL INSTRUCTIONS.

X Ernest Shield          SIGNATURE OF PATIENT OR RESPONSIBLE PERSON

SIGNATURE OF NURSE

## GENERAL INSTRUCTIONS
Persistent pain or disability for more than 72 hours are caution signs; notify your physician for further evaluation.
- [ ] Your eye has been patched. Please remove the patch in _____ hours. DO NOT DRIVE, as your ability to perceive depth will be impaired and your field of vision restricted.
- [ ] Ace/Splint
- [ ] Keep injured part at rest and elevated as much as possible.
- [ ] Ice intermittently to injured area for 24 hours. (On for 20 minutes then off for 20 minutes, etc.) Place cloth between ice bag to protect skin.
- [ ] Use heat.
- [ ] No weight bearing until okayed by your own physician, use crutches as directed.

## MEDICATIONS
- [ ] Medications per reconciliation process.
- [ ] Due to medication you have been given in the emergency department, your alertness may be impaired and you may be drowsy. Do not drive, operate potentially dangerous machinery, or climb heights for 8 hours.
- [ ] Ibuprofen (Motrin, Advil) Adults: _____ milligrams, # _____ every _____ hours. Please stop ibuprofen if you should develop abdominal pain, blood in your stools or black stools. DO NOT USE IF ALLERGIC.
- [ ] Acetaminophen (Tylenol) Adults: _____ milligrams, # _____ every _____ hours.  DO NOT USE IF ALLERGIC.
- [ ] _____
- [ ] _____

## WOUND CARE INSTRUCTIONS
Follow-up with your own MD within 1 to 2 days for wound check. Call for appointment.
- [x] Keep dressing clean and dry.
- [x] Observe for signs of possible infection which include:
  Redness, swelling, heat, red streaks, pus and/or drainage, increased pain, unexplained fever. CONTACT YOUR DOCTOR IMMEDIATELY IF THESE OCCUR.
- [ ] Arrange for suture removal in _____ days.

## SPECIAL CARE INSTRUCTIONS
- [ ] Drink lots of cool fluids, water and juices etc.  # Ounces _____ Per _____
- [ ] Take temperature every 2 - 4 hours.
- [ ] Extra rest.
- [ ] Call physician immediately if seizures or convulsions occur or if a rash develops.

## OTHER FOLLOW-UP
- [ ] Colds/flu, sore throat, cough
- [x] Orthopedic injury care
- [ ] STD instructions
- [ ] Burn care
- [ ] Respiratory care, croup, asthma
- [ ] Fever care instructions
- [ ] Head Injury Sheet
- [ ] Antibiotics
- [ ] Post Nosebleed Information
- [ ] Vomiting
- [ ] Back pain
- [ ] Heartburn
- [ ] Heat and Cold emergencies
- [ ] Vomiting/diarrhea in adults
- [ ] Urinary tract infection
- [ ] Bites
- [ ] General pediatric instructions
- [ ] Fever/Med Sheet
- [ ] Otitus Media Sheet
- [ ] Animal Bite Sheet
- [ ] Immunization Card Given
- [ ] _____
- [ ] _____

Form # 8600173  (Rev. 5/00)

---

**Galesburg Cottage Hospital**
309-343-8131

695 N. Kellogg St.
Galesburg, IL 61401

FOR SHIELDS, ERNEST _____ DATE _____
ADDRESS _____
Rx

- [ ] May Substitute
- [ ] May Not Substitute  DEA NO. _____
- [ ] May Be Refilled ☐ 3  ☐ 2  ☐ NR

---

**Galesburg Cottage Hospital**
309-343-8131

695 N. Kellogg St.
Galesburg, IL 61401

FOR _____ DATE _____
The above was seen, treated, and released from our Emergency Department. I recommend:

- [ ] Release from usual/all employment responsibilities for _____ days.
- [ ] Release from participation in school classes/physical education / athletics for _____ days.
- [ ] Immediate return to work/school.
- [ ] Restrictions: _____

_____ M.D.

74

# Offender Health Status Transfer Summary

*Med. Junk.*
*6-23-08*
*L7-7:15am*

**Transferring Facility:** _HHC_ Center

**Offender Information:**
Last Name: _Shields_  First Name: _Earnest_  MI: ___  ID#: _B66161_

Date: _6 / 11 / 08_   Time: _1425_   ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: _NKA_   Food Handler Approved: _2-16-C'O yes A_

Current / Acute Conditions / Problems: _evol of ® shoulder injury_

Chronic Conditions / Problems: ___

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: _Motrin 800mg TID PRV til 7/15/08_

Chronic Long-term: _∅_

Chronic Psychotropic: _∅_

Current Treatments: _∅_

Therapeutic Diets: _Gen_

Follow-Up Care: _per ortho_

Chronic Clinics: _∅_

Specialty Referrals: _ortho_

Significant Medical History: _2001 GSW ® for 7 on Klee_

Physical Disabilities / Limitations: _∅_

Assistive Devices / Prosthetics: _∅_   ☐ Glasses   ☐ Dentures

Mental Health Issues: ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ M/H ☐ Other: ___   Packet Complete:

Print Name and Title: _Leda Parish RN_   Signature: _(signature)_   Date: _6.29.08_

---

**Reception Screening** (completed by receiving facility health care staff):

Facility: ___   Date: ___/___/___   Time: ___   ☐ a.m. ☐ p.m.

Subjective:
Current Complaint: ___

Current Medications/Treatment: ___

Assessment: ___

Objective:
Physical Appearance/Behavior: ___

Deformities: Acute/Chronic: ___

T: ___  P: ___  R: ___  B/P: ___/___

Plan: Disposition:
☐ Health Information Given   ☐ Emergency Referral: ___
☐ Sick Call: Urgent / Routine
  ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
  ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): ___
☐ Infirmary Placement: ___
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): ___

Printed Name and Title: ___   Signature: ___   Date: ___/___/___

---

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature: ___   Date: ___   Time: ___   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility;
Receiving Facility

DOC 0090 (Rev. 1/2006)

# NEW PATIENT INFORMATION GALESBURG ORTHOPEDIC SERVICES, LTD

Date __6/23/08__
Patient Name __Ernest Shields__  Driver's License # _____
Street __600 Lenwood__  City __Galesburg__
State __IL__  Zip __61401__  Employer _____
_____  Work Phone _____
Home Phone __343-4212__ SS# _____  Date of Birth __2-19-72__
Emergency Contact __Mother JoAnn Shields__
Relationship __Mother__  Phone # __(773) 464-2971__
Spouse's Name __Shields__  SS # _____  Employer _____
Family Physician _____
Were you referred by a physician? Who? __Dr. Shute / Dr. Funk__

**If Minor,** responsible party and address _____

## INSURANCE INFORMATION

| PRIMARY INSURANCE | SECONDARY INSURANCE |
|---|---|
| Medicare/Public Aid #_____ | Medicare/Public Aid #_____ |
| Name of Commercial Group Ins:___ | Name of Commercial Secondary Ins: |
| | |
| Address_____ | Address _____ |
| | |
| Ins Co Phone # _____ | Ins Co Phone # _____ |
| Insured's Name_____ | Insured's Name _____ |
| Insured's SS # _____ | Insured's SS #_____ |
| Insured's Date of Birth:_____ | Insured's Date of Birth:_____ |
| Group Number: _____ | Group Number:_____ |
| Effective Date _____ | Effective Date:_____ |
| Insured's Employer Name and Address: | Insured's Employer Name and Address: |

**WORK INJURY ONLY:** (please answer all questions)
Date of Workcomp injury or first symptoms occurred _____
How accident happened _____
Have you ever had same or similar condition? __Y / N__ If yes, state when and
Describe_____
Currently Working? __Y / N__ If No, date first disabled _____
Have you filed a claim with your employer? __Y / N__ Claim Number _____
Name and address of Workers comp insurance to be billed_____

**LIABILITY OR AUTO INJURY ONLY:**
Date of injury or first symptom occurred _____
How did accident happen_____
Are you currently working __Y / N__ Name and address of party involved _____

Name and address of insurance to be billed _____
Policy and Claim Numbers _____

**ATTORNEY INFORMATION,** if any _____
*Welcome and Thank you for choosing Galesburg Orthopedics*

76

# Galesburg Orthopedic Services, Ltd.

## FINANCIAL POLICY

Thank you for choosing Galesburg Orthopedic Services, Ltd. for your healthcare needs. The following information describes our financial policy and information about our billing and insurance services. This form must be read and signed prior to treatment.

**Private Insurance / Medicare-Medicaid / Managed Care:** As a courtesy to our patients your charges will be filed with your insurance company. All co-pay and deductible amounts must be paid at the time of service. You must provide a current and valid insurance card and all applicable information pertaining to your claim. We accept Medicare Assignment and will file with Medicare and your secondary insurance on your behalf. If you are a member of a managed care plan, it is your responsibility to verify our participation in your network and that any necessary referrals and precertifications are completed. Balances over 60 days past due will become the responsibility of the patient and you will be billed directly. We reserve the right to accept or deny assignment of insurance benefits. We accept cash, check, Visa and MasterCard.

**Workers Compensation / Accidents / Personal Injury:** If you are being seen due to a work related injury, an accident or injury where another party is liable, your claims will be filed with the applicable insurance carrier. You must provide all pertinent insurance information including employer, claim number and the claim adjusters contact information. We will also ask you to provide your health insurance information. In the event your claim is denied or delayed, your claim will be filed with your group health insurance. If your injury becomes a legal matter and payment is further delayed you will be billed directly and responsible for payment of all unpaid balances.

**Returned Check Fee / Collection Costs:** You agree to pay a $25.00 service charge on all return checks. You also acknowledge that you are fully responsible for the payment of all services provided. If your account is assigned to an attorney or collection agency for failure to pay, you will be responsible for the cost of collection, court costs and any reasonable attorney fees.

By signing below you affirm that you have read and understand our **Financial Policy** and that you agree to its contents.

_Ernest Shields_                  _6/23/08_
Signature of patient or responsible party          Date

## ASSIGNMENT OF BENEFITS

In consideration of these medical services, I hereby assign, transfer and set over to Galesburg Orthopedic Services, Ltd. all my rights, title and interest to medical reimbursement benefits under my insurance policy(s). A photocopy of this Assignment is to be considered as valid as an original. This Assignment will remain in effect until revoked by me in writing.

_Ernest Shields_                  _6/23/08_
Signature of patient or responsible party          Date

## CONSENT FOR RELEASE AND USE OF INFORMATION AND RECEIPT OF PRIVACY NOTICE

I, hereby give my consent to Galesburg Orthopedic Services, Ltd. to use or disclose, for the purpose of carrying out treatment, payment or health care operations, all information contained in the patient record of _Ernest Shields_
                                                    (Patient's Name)

I acknowledge receipt of the physician's Notice of Privacy Practices. The Notice of Privacy Practice provides detailed information about how the practice may use and disclose my confidential information. I understand that the physician has reserved a right to change his or her privacy practices that are described in this Notice. I also understand that a copy of any Revised Notice will be provided to me or made available.

I understand that this consent is valid until it is revoked by me by giving written notice to the physician. I also understand that I will not be able to revoke this consent in cases where the physician has already relied on it to use or disclose my health information.

_Ernest Shields_                  _6/23/08_
Signature of patient or responsible party          Date

DATE:

TO:    Participating Hospitals: Chief Executive Officers, Chief Financial Officers, and Patient Accounts
       Managers; and Physicians

RE:    Medical Services Provided to IDOC Inmates.

Effective Dec. 17, 2005, hospital providers should direct bill HFS for certain hospital services provided to inmates at IDOC
facilities. These services include all Categories of service 20, 22, 24 and 29. It is the intent of HFS and IDOC to allow
hospital providers to submit bills in accordance with current billing practices as outlined in the hospital handbook. Until
such time as system changes are in place we are requesting that hospital providers submit bills for services rendered to
IDOC inmates via the hardcopy (UB-92) method outlined in the hospital handbook.

We are requesting that when a bill is prepared, the bottom portion of this document accompanies the bill to allow HFS staff
to identify and handle these claims appropriately. In the event that an HFS RIN not available at the time of billing, please
submit the fully completed hardcopy (UB-92) without the RIN and HFS will assist in assigning a correct RIN to the claim in
order to process it. As soon as system changes are in place to electronically process IDOC claims all providers will be
notified and the hardcopy claim process will end. Hospital providers will then use their current system of billing.

It is the intent of HFS and IDOC to expedite payment for services rendered to IDOC inmates. It is the intent to cycle for
payment once a month, all clean claims received during the month for IDOC inmates. This should allow for an average
payment cycle of approximately 30 days.

Your patience and participation with this interim process is greatly appreciated.

Please mail your completed bills to (and direct any questions to):

Healthcare and Family Services
Attn: Don Jenkins
Bureau of Rate Development and Analysis
201 South Grand Ave. East, 2nd Fl.
Springfield, Illinois 62763-C001

PH# 217-785-0710

RETURN WHEN SUBMITTING BILL TO HFS FOR PAYMENT
(To be completed by IDOC prior to arrival)

Date of Service:  6-23-08        [handwritten signature]

Inmate Name (As provided by IDOC Staff):  Shells, Earnest  B6606

SSN (if known):  N/A

78

Number: 5253542
Name : ⸻
Ba/Bed: O/P / 204
Admit : 4/16/08
DX : SHOULDER INJURY
Series: M-R
Dob : 2/19/71
Age : 37
Rm/Wk. :
Charg : CLERK

Ordering Dpt: RED
Order Dt/Tm : 4/16/08 17:06
Order Status: ROUTINE
Start Dt/Tm : 4/16/08 17:06
Reqed By :

Order Phys :
Admit Phys :
Primary Phys:
Jacket # :

TRANSPORT MLS:
IV/O2?         NONE
LMO?           NO
ESI            B/OUT SB

Last Exam Date:

000438474

RT MR-UPPER EXTREMITY

SIDE: ⸻ LEFT

COMPLETE MR SAFETY FORM
MOLN

ISOLATION: NONE

*handwritten notes partially legible*

MR1 (L) shoulder — moderate tendinosis
a partial tear supraspinatus tendon

otherwise ∅

*signature*

Faxed + called
to ER 8:08
4-16-08

Mo p.c

79

Galesburg Cottage Hospital
695 North Kellogg Street
Galesburg, IL 61401

## CONFIDENTIAL PATIENT

MRSA:                                                                     Advanced Directives: (Y/N)   N

### PATIENT DEMOGRAPHICS

Name:    SHIELDS EARNEST D                DOB: 02/19/1971          Age:  37        MR#: 000418894
Address: PO BOX 1327                      SSN:  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        Sex:  M         Race:  B
         GALESBURG          IL 61401      Religion:  N                             Marital Status:  S
                                          County: KNOX
Home Phone: (309)343-4212                 Employer:
Former Name:                              Work Phone:                             Occupation: INMATE B66161
Birth Place -- State:    IL
Parent/Spouse Name:                       Employer:
Parent/Spouse SSN:                        DOB:
Emergency Contact:  HENRY HILL            Home Phone: (309)343-4212    Work Phone:  (000)    -
Emergency Contact:                        Home Phone:                  Work Phone:  (000)    -

### GUARANTOR

Name:    HENRY HILL                       DOB:                        Age:              Relation:  G8
Address: PO BOX 1327                      SSN:                        Sex:  M
         GALESBURG          IL 61401      County:
                                          Employer:
Home Phone: (309)343-4212                 Work Phone:                 Occupation:  INMATE B66161

### INSURANCE

Plan #:  415  2                           Plan Name: WEXFORD HEALTH SOURCES      Financial Class: G
Plan ID: INMATE B66161                    Plan Address: PO BOX 16471             Verified Ins. Plans:
Group #:                                  PITTSBURGH          PA 15242
Group Name:  OP                                                Plan Phone:  (412)937-8590   COB:  Y
Subscriber Name:  SHIELDS EARNEST D       PT Rel:SELF                            DOB: 02/19/1971
Employer Name:                            Employ Status:   INMATE B66            SSN:
                                          Treatment #:

Plan #:  0    0                           Plan Name:
Plan ID:                                  Plan Address:
Group #:
Group Name:                               Plan Phone:                            COB:
Subscriber Name:                          PT Rel:                                DOB:
Employer Name:                            Employ Status:                         SSN:
                                          Treatment #:

Plan #:  0    0                           Plan Name:
Plan ID:                                  Plan Address:
Group #:
Group Name:                               Plan Phone:                            COB:
Subscriber Name:                          PT Rel:                                DOB:
Employer Name:                            Employ Status:                         SSN:
                                          Treatment #:

### REGISTRATION

Admitting Physician: 817     BOMMIASAMY VEERASIKKU MD
Attending Physician: 817     BOMMIASAMY VEERASIKKU MD
Primary Care Physician:  0
Diagnosis 1:
Diagnosis 2:       SHOULDER INJURY
Procedure:
Complaint:                                       Order Exp. Date:
Accident Onset Code:
Accident Place:                                  Accident Onset Date/Time:
Comments: DCNDT

Med/Champus Imp. Msg:            MSP Quest:
Adm. Priority:                   Pt. Accom Type:                                  Private Room Arrangement:
Adm. Source:  7                  Pt. Service  EOP        ABN:                     Valuables:
                                                         SMH Status:              Envelope #:

Patient Room:                    Arrival Date:   06/16/08   15:00    Last D/C Date:  06/16/08
Patient Unit or Station:         Registrar:      MLD                 Patient Number: 5290082



>>>>  000418894      5290082      EOP      06/16/08      15:00      DATE PRINTED:   06/16/08      80

# Shoulder Injury (4)

TIME SEEN: 3:00 ☐ on arrival   ROOM: 8   *EMS Arrival*

HISTORIAN: patient  spouse  paramedics _____

HX / _____ EXAM LIMITED BY: _____

## HPI

**chief complaint:** Injury to: right / left  shoulder  arm  neck

| **duration / occurred:** | **where:** | |
|---|---|---|
| just prior to arrival | home | school |
| today _____ | neighbor's | park |
| yesterday _____ | work | street |
| _____ days ago | | |

**severity of pain:** | worse / persistent since _____
mild  moderate  severe | pain intermittent / lasting _____

**context:** fell  direct blow  dislocated while raising arm

_____

**associated symptoms:** tingling / numbness  diaphoresis
shortness of breath

## ROS  neck pain  blow to head  chest pain  head / neck injury
other _____

**PAST HX** _____ negative  R / L HANDED  prior injury _____
diabetes  Type I  Type 2  diet / oral / insulin _____

Meds= _____ none / see nurses note
Allergies= _____ NKDA / see nurses note

☐ Nursing Assessment Reviewed  ☐ Vitals Reviewed  ☐ Tetanus Immun. UTD
V/S  BP _____ P _____ R _____ RR _____ Temp _____

## PHYSICAL EXAM
**General Appearance**  __ c-collar ( PTA / in ED ) / backboard
__ no acute distress   __ mild / moderate / severe distress
__ alert   __ anxious

**SHOULDER**   __ see diagram
__ normal inspection   __ tenderness  soft-tissue / bony
__ full ROM   __ swelling
__ no dislocation   __ ecchymosis
__ deformity
    clavicular deformity   AC drop-off
    anterior fullness
__ limited ROM
    held in: __ adduction  __ abduction
    __ internal rotation  __ external rotation
    limited: __ adduction  __ abduction
    __ internal rotation  __ external rotation
    __ flexion  __ extension

**UPPER EXTREM.**   __ see diagram
__ uninjured below   __ tenderness  soft-tissue / bony
shoulder   __ swelling
    __ limited elbow ROM

**NEURO**   __ sensory / motor deficit _____
__ sensation intact
__ motor intact   __ weak arm abduction (deltoid) _____

    __ abnormal reflexes _____

**VASCULAR**   __ abnml color / warmth / cap refill _____
__ no vascular   __ brachial pulse deficit _____
compromise   __ radial pulse deficit _____

**SKIN**   __ see diagram
__ warm, dry   __ diaphoretic / cool / cyanotic _____

T=Tenderness  PT=Point Tenderness  S=Swelling  E=Ecchymosis  B=Burn
C=Contusion  L=Laceration  A=Abrasion  M=Muscle spasm  PW=Puncture Wound
(0 = without  mnemonics  mod=moderate  sy=severe)
*Example:  Ta =  Tenderness on palpation (severe)*

✚ **Galesburg Cottage Hospital**
695 N. Kellogg Street, Galesburg, IL 61401 • 309-343-3131

**EMERGENCY PHYSICIAN RECORD**

SHIELDS EARNEST D
Patient #: 3290082  HSV: EOP
Adm date: 2008-06-16  Medical Rec#: 418894
Adm Dr.: BOMMIASAMY VEERASIKKU MD
DOB: 1971-02-19  Age: 37  Sex: M

**HEAD / ENT**
- nml inspection
- pharynx nml
  - ___tenderness
  - ___swelling
  - ___ecchymosis

**NECK / BACK**
- nml inspection
- non-tender
- painless-ROM
  - ___tenderness
  - ___swelling
  - ___ecchymosis
  - ___vertebral point-tenderness

**RESPIRATORY**
- chest non-tender
- no resp. distress
- breath snds nml
  - ___tenderness
  - ___ecchymosis / abrasions
  - ___crepitus / subcutaneous emphysema
  - ___wheezes / rales / rhonchi

**CVS**
- heart sounds nml
- reg rate & rhythm
  - ___tachycardia / bradycardia

**ABDOMEN**
- non-tender
- no organomegaly
  - ___tenderness
  - ___guarding

## PROCEDURES

**REDUCTION OF SHOULDER DISLOCATION**
- ☐ IV sedation
- ☐ Traction / Counter Traction
- ☐ Kocher maneuver
- ☐ Weights ( ___ lbs)
- ☐ Scapular manipulation
- ☐ Other
- ☐ See Conscious Sedation Sheet

**X-RAYS** ☐ Interp. by me ☑ Reviewed by me ☐ Discd w/ radiologist

**R/L Shoulder    Clavicle**
- ___normal / NAD
- ___nml alignment
- ___no fracture
- ___nml soft tissue
  - ___shoulder dislocation ( anter / poster )
  - ___AC joint separation  1° 2° 3°
  - ___fracture  non-displaced  displaced
    - clavicular  Hill-Sachs  humeral
    - transverse  oblique  comminuted  angulated
    - impacted  torus

other    study:

See separate report

**POST-REDUCTION X-RAY**
- ___nmal ( anatomic position )
- ___reduced ___Hill-Sachs fx

**CHECK POST-REDUCTION:**

*SLING*

- ___somnolent

**OTHER**
- ___ / shoulder immobilizer / clavicle strap

**PROGRESS**

Time ___    unchanged    (improved)    (re-examined)

Rx given

___referred to / discussed with Dr. ___    Time ___
will see patient in:  ED / hospital / office in ___ days

## CLINICAL IMPRESSION  Fall    Alleged Assault

| | | | |
|---|---|---|---|
| Contusion / Hematoma / Sprain / Strain / Laceration | | | |
| | R/L | shoulder | forearm | wrist |
| | | arm | elbow | hand |
| Fracture | R/L | clavicle | scapula | humerus | head / neck / shaft |
| | stabilized / restorative | | | |
| Shoulder Separation | R/L | 1st | 2nd | 3rd degree |
| Dislocated Shoulder | R/L | anterior | posterior |
| Rotator Cuff Tear | | | |

**DISPOSITION**- ☐ home  ☐ admitted  ☐ transferred
Time ___
**CONDITION**- ☐ unchanged  ☐ improved  ☐ stable

___ MD / DO

☐ Dictated Addendum    ☑ Template Complete

SHIELDS EARNEST D
Patient #: E290062  HSV: EDP
Adm date: 2008-05-16  Medical Rec#: 416694
Adm Dr.: BOMMIASAMY VEERABIKKU MD
DOB: 1971-02-19  Age: 37  Sex: M

COPY NOT FOR PATIENT USE

PATIENT NAME

O.P. NUMBER | DATE

**Galesburg Cottage Hospital**
695 N. Kellogg Street • Galesburg, IL 61401 • 309-343-8131

## FOLLOW UP INSTRUCTIONS

- [ ] Follow-up & Re-evaluation in _____ Hours, _____ days, _____ weeks.
- [ ] Call for appointment.
- [ ] Appointment has been made for _____
  - PHYSICIAN _____
  - ADDRESS _____
  - PHONE _____
- [ ] OP Tests _____

- [ ] Call your MD's office in 72 hours for your final culture report.
- [ ] X-rays do not always show injury or disease, and fractures may not be revealed on the initial x-ray. If the problem persists or worsens, additional x-rays or tests may be required. If this occurs, you should contact your physician or return to the ER. Your initial x-ray reading is a preliminary report. The radiologist will make a final reading. You will be informed if there is any significant difference from the preliminary reading.
- [x] For Workmens Compensation patients see company MD within 24 hours for follow-up.

  The physician services in the Galesburg Cottage Hospital Emergency Department are provided by Advanced Emergency Specialists, an independent contractor. The physicians comprising this group are not agents or employees of Cottage Hospital. The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only, and is not intended to be a substitute for, nor an effort to provide complete medical care. Because it is impossible to recognize and treat all elements of an injury or illness in a single emergency visit, it is important that you follow-up with your physician or the referral physician for your safety. Follow the instructions outlined below. If your present condition persists or worsens please contact the physician listed below. If unable to contact this physician you may return to the Emergency Department at any time.

## PROVISIONAL DIAGNOSIS

## OTHER SPECIFIC INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO FOLLOW-UP AS DIRECTED, ESPECIALLY IF YOUR CONDITION PERSISTS, OR WORSENS, OR YOU DEVELOP NEW SYMPTOMS.**

I HEREBY ACKNOWLEDGE RECEIPT OF AND UNDERSTAND THE PRINTED AND VERBAL INSTRUCTIONS.

SIGNATURE OF PATIENT OR RESPONSIBLE PERSON

_Carla Selber_     1900     SIGNATURE OF NURSE

## GENERAL INSTRUCTIONS

Persistent pain or disability for more than 72 hours are caution signs; notify your physician for further evaluation.
- [ ] Your eye has been patched. Please remove the patch in _____ hours. DO NOT DRIVE, as your ability to perceive depth will be impaired and your field of vision restricted.
- [ ] Ace/Splint
- [ ] Keep injured part at rest and elevated as much as possible.
- [ ] Ice intermittently to injured area for 24 hours. (On for 20 minutes then off for 20 minutes, etc.) Place cloth between ice bag to protect skin.
- [ ] Use heat.
- [ ] No weight bearing until okayed by your own physician, use crutches as directed.

## MEDICATIONS

- [ ] Medications per reconciliation process.
- [ ] Due to medication you have been given in the emergency department, your alertness may be impaired and you may be drowsy. Do not drive, operate potentially dangerous machinery, or climb heights for 6 hours.
- [ ] Ibuprofen (Motrin, Advil) Adults: _____ milligrams, # _____ every _____ hours. Please stop ibuprofen if you should develop abdominal pain, blood in your stools or black stools. DO NOT USE IF ALLERGIC.
- [ ] Acetominophen (Tylenol) Adults: _____ milligrams, # _____ every _____ hours. DO NOT USE IF ALLERGIC.
- [ ]
- [ ]

## WOUND CARE INSTRUCTIONS

Follow-up with your own MD within 1 to 2 days for wound check. Call for appointment.
- [x] Keep dressing clean and dry.
- [x] Observe for signs of possible infection which include: Redness, swelling, heat, red streaks, pus and/or drainage, increased pain, unexplained fever. CONTACT YOUR DOCTOR IMMEDIATELY IF THESE OCCUR.
- [ ] Arrange for suture removal in _____ days.

## SPECIAL CARE INSTRUCTIONS

- [ ] Drink lots of cool fluids, water and juices etc. # Ounces _____ Per _____
- [ ] Take temperature every 2 - 4 hours.
- [ ] Extra rest.
- [ ] Get physician immediately if seizures or convulsions occur or if a rash develops.

## OTHER FOLLOW-UP

- [ ] Cold/flu, sore throat, cough
- [x] Orthopedic Injury care
- [ ] STD Instructions
- [ ] Burn Care
- [ ] Respiratory care, croup, asthma
- [ ] Fever care Instructions
- [ ] Head Injury Sheet
- [ ] Antibiotics
- [ ] Post Nosebleed Information

- [ ] Vomiting
- [ ] Back pain
- [ ] Heartburn
- [ ] Heat and Cold emergencies
- [ ] Vomiting/diarrhea in adults
- [ ] Urinary tract infection
- [ ] Bites
- [ ] General pediatric instructions
- [ ] Fever/Med Sheet

- [ ] Otitis Media Sheet
- [ ] Animal Bite Sheet
- [ ] Immunization Card Given

Form # 8600133 (Rev. 3/00)

---

COPY NOT FOR PATIENT USE

**Galesburg Cottage Hospital**
309-343-8131          695 N. Kellogg St.
Galesburg, IL 61401

FOR _____     DATE _____

ADDRESS _____

Rx

- [ ] May Substitute
- [ ] May Not Substitute     DEA NO. _____
- [ ] May Be Refilled  [ ]1  [ ]2  [ ]3  [ ] NR

---

**Galesburg Cottage Hospital**
309-343-8131          695 N. Kellogg St.
Galesburg, IL 61401

FOR _____     DATE _____

The above was seen, treated, and released from our Emergency Department. I recommend:

- [ ] Release from usual/all employment responsibilities for _____ days.
- [ ] Release from participation in school classes/physical education / athletics for _____ days.
- [ ] Immediate return to work/school.
- [ ] Restrictions: _____

_____ M.D.

83