## PATIENT DISPOSITION PAGE

Patient: **SHIELDS, EARNEST**

DOB: 02/19/1971    AGE: 37YRS    Sex: M

EDP: **BOMMIASAMY, VEERASIKKU**

PCP: ***NON STAFF PHYSICIAN**

DATE: 06/16/2008

P#: 5290082

MR#: 000418894

Worker's Comp:
Emp. Referred:

| Patient Disposition: DC - HOME ER | Acuity: 3 |
|---|---|

**Presenting Complaint:**    *SHOULDER INJURY (MOD-SEVERE)*    PI Topics:

**Discharge Diagnosis:**    Rotator cuff tear of left shoulder

*Primary Nurse:* CJS

**Follow-up / Admitting Phys:**    STACHNIW, MYRON

**Physician Consulted:**    No

**Services Rendered:** EXAM

Label70

**Presentation Time:** 14:57

**Triage Time:** 15:00

**Assess:** 14:58

**Exam:** 15:45

**Initial Vital Signs**

T: 97.3    PO
P: 64    regular
R: 16    unlabored
BP: 101/064
O2    100 % RA
Pain Intensity Scale: 8 / 10
Pain Location:    shoulder

**Discharge Vital Signs**

T: 97.2    PO
P: 65    regular
R: 18    unlabored
BP: 118/072
O2    98 % RA
Pain Intensity Scale: 2 / 10
Pain Location:    shoulder

Admit Ready for Room:

**Disposition Date/Time:** 6/16/08 19:00    Payor Type:    ER Patient: Yes

# INITIAL ASSESSMENT FORM

**Galesburg Cottage Hospital**

PRIORITY: **3**

Patient: **SHIELDS, EARNEST**   Pt#: 5290082

## Semi-Urgent

DOB: 02/19/1971   AGE: 37YRS   Sex: M   MR#: 000418894

EDP: **BOMMIASAMY, VEERASIKKU**

DATE: 06/16/2008   PCP: *NON STAFF PHYSICIAN

Worker's Comp:
Emp. Referred:

---

Presentation Time: 14:57   Triage Time: 15:00   Arrival Mode: WALK - POV

---

Height: 5 ' 8 "   Weight: 200.0 lbs. 90.9 kgs. LMP: NA   Last Tetanus:   Acc By: GUARDS

| | | | |
|---|---|---|---|
| Chief Complaint: | SHOULDER INJURY (MOD-SEVERE) | | **Vital Signs** |
| | | | T: 97.3 PO |
| Brief Assessment: | PT. STATES THAT HE INJURED HIS LEFT SHOULDER LIFTING WAITS. WAS GIVEN TORADOL 60 MG AT HENRY HILL. HE WAS BENCH PRESSING 345 POUNDS AND HE STATES THAT THE WEIGHTS WENT BACKWARDS AGAINST HIS ARMS. | | P: 64 regular |
| | | | R: 16 unlabored |
| | | | BP: 101/064 |
| | | | O2: 100 % RA |

Pain Intensity Scale: 8 / 10
Pain Location: shoulder

| | | | | |
|---|---|---|---|---|
| NIGHT SWEATS | NO | HEMOPTYSIS | NO | |
| WEIGHT LOSS | NO | FEVER | NO | |
| ANOREXIA | NO | | | |

| | |
|---|---|
| DOMESTIC ABUSE SUSPECTED | NO |
| PNEUMONIA | NO |
| FLU SHOT | NO |
| NUMBNESS | YES |
| DECREASED SENSATION | YES |
| ROM INTACT | NO |
| PULSE DISTAL TO INJURY ABSENT | NO |
| CAP REFILL > 2 SECONDS | NO |

---

Sudden Onset:

Pre-Hospital Treatment:

Pediatric Assessment:   N/A

Past Medical History:   SHOT IN LOW BACK

**Allergies: NONE**

Medicines:   NONE

Nurse Signature: *Carla Sibbin RN*   CJS

Additional Notes:

(Includes herbals, OTC meds, vitamins, neutraceuticals)

| ADMISSION | DISCHARGE |
|---|---|
| Source □Patient □Nursing Home □Previous Admission □H&P<br>□Copied from Patient's Labeled Meds □ Patient's Pharmacy:_____<br>□Other: _____ (name) □Patient Provided & Verified Medication List<br>Personal Meds: □ Sent to Pharmacy  □Sent home with _____ (name) | If Personal Meds Stored in Pharmacy,<br>Obtained and Sent Home With □ Patient<br>or □Other: _____ (name) |

| Medication Name<br>Dosage / Frequency / Route<br><br>Patient is Knowledgeable About Home Meds:□Yes □No | Date/Time<br>Last Taken<br>U=Unknown<br>T=Today<br>Or Record Date | Continue<br>In<br>Hospital | Continue<br>At<br>Discharge | Next Dose<br>Due At: | Reason for<br>Medication<br>Verified and<br>Teaching Sheets<br>Provided |
|---|---|---|---|---|---|
| NONE | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |

### List New Medications to be Taken

_____
_____
_____
_____

**Hospital Pharmacy Order:** Compare Pre-Admission Medications with Formulary Medications. Formulary medications that are identical in form and content may be dispensed for the pre-admission medications continued in the hospital, EXCEPT, do NOT dispense substitutions for the following medications: _____

Vaccination Decision (Risk Assessment completed on admission)
□Pneumococcal vaccine    □Indicated    □Not Indicated    □Administer vaccine per protocol
□Influenza vaccine        □Indicated    □Not Indicated    □Administer vaccine per protocol

| ADMISSION RECONCILIATION | DISCHARGE RECONCILIATION |
|---|---|
| Date/Time          □ READ BACK of a: ○ Telephone ○Verbal Order | Date/Time          □ READ BACK of a: ○ Telephone ○Verbal Order |
| Physician Name/Nurse Signature & Title<br>*Carla Sibben RN* | Physician Name/Nurse Signature & Title |
| Date/Time/Ordering Physician Signature: | Date/Time/Ordering Physician Signature: |
| Transcribed: Date/Time/Signature/Title: | Transcribed: Date/Time/Signature/Title: |
| Noted: Date/Time/Admission Nurse/Title/Initials: | Noted: Date/Time/Admission Nurse/Title/Initials: |

| Height:<br>5ft, 8in. | Weight: 90.9 kg<br>□ Stated □ Actual | Allergies: NONE |
|---|---|---|

# Medication Reconciliation
# Galesburg Cottage Hospital

NAME: SHIELDS, EARNEST
MR#: 000418694    PT#: 5290082
EDP     BOMMIASAMY, VEERASIKKU
PCP     *NON STAFF PHYSICIAN
Referral Physician

AGE:  37
DATE IN: 6/16/2008

Offender Name: _Shield Crairt_     ID#: _R6611_

Date of medical examination: _6/16/08_ Time: _1320_ ☐ am ☒ pm Physician Contacted: ☒ Yes ☐ No

S (Subjective Findings): _I/M we'ght lifting (b) heard something pop._
_C/o severe pain (R) shoulder_

O (Objective Findings): _____

Vitals: T _98°_ P _72_ R _20_ BP _102/78_ S02 98 Tetanus ____
_noted (R) shoulder w/bony pain "8-10" 1-5 scale noted (R) shoulder_
_not in alignment, pulses → strong, capillary refill <3 sec_
_unable to raise (R) shoulder or arm. Dr. B see pt._

A (Evaluation of Injury): _R/O dislocation of_
_soft tissue injury_

P (Treatment and Follow-up): ① _Toradol 60 mg Im (L) Deltoid w/o complications_
② _see x2min_
③ _Sling_
④ _x-ray (R) shoulder / chest_

Disposition of patient
☐ Return to assignment    ☐ Housing Unit    ☐ Lay In    ☐ Infirmary    ☐ Segregation
☐ Off-site referral for treatment (Destination) _____

_Jane Crairt R/N_
Print Name of Person Completing Form      Signature

_RN_
Title      _6/16/08_ Date

---

## To Be Completed By Physician

I have reviewed this report and would like to see this offender: ☐ Immediately ☐ Next Sick Call ☐ PRN

_M. Eliopulos_
Print Physician Name      Physician's Signature      _6/16/08_ Date

Side 2

## Offender Injury Report

Offender Name: Shields Ernest          ID#: R66161

Age: 39     Date of Birth: 8/9/71     Sex: M     Race: BLK

Date of Injury: 6/16/08   Time of Injury: 13¹⁵   ☐am ☒pm Location: Lyard

How did the injury occur?

Lifting 180 345 lbs

Was it witnessed by staff? ☒ No  ☐ Yes (If yes, please list names)

**Location in facility:**

☐ LTA (gym, basketball, football, etc.)

☐ Group (therapy)

☐ Housing Unit (cell, dayroom, tv room, etc.)

☐ School (classroom, library)

☐ Kitchen

☒ Other _Lyard_

**Type of injury:**

☐ Sports

☐ Assault

☐ Job Related

☐ Non-Job Related

☐ Self-Inflicted

☐ Fight

_____          _____          6/16/08
Signature                         Title           Date

**(Medical Report on Reverse Side)**

Side 1

## WEXFORD HEALTH SOURCES, INC.

## ILLINOIS
### MEDICAL DIRECTOR QA EMERGENCY REPORTING FORM

FACILITY: _Hill_     PHYSICIAN NAME: _Ml GLIA BLM_

INMATE NAME: _SHIELDS, EARNEST_     PHYSICIAN SIGNATURE: _____

DOC #: _B66161_     DOB: _2/19/7_

DATE: _6/11/08_

**TIME OF EMERGENCY EVENT**
TIME OF DAY: _1321_

**PATIENT INFORMATION**

1) Medical History: _Lifting weights, lead deltz pop in shoulder & list_
_GSW (L) AM + ankle_

2) Current Medications: _Mbn_

3) Psych History (if applicable) ☐ Yes ☑ No:
   a) When was the patient last seen by Mental Health: _____
   b) Is the patient compliant with his/her psychotropic medications: _____
4) Emergency Medical History: _SOB / HA_
5) Emergency Physical Findings (pertinent PE and Lab findings): _____
T _98_ P _72_ BP _107/88_ R _20_ Physical Exam: _____

## PROVISION OF ONSITE EMERGENCY MEDICAL CARE

1) If the emergency occurred after hours, was the on-call physician notified? _N/A_
   ) Name of on-call physician: _____
2) What emergency medical care was rendered? _Sling, ice, Analgesia_

3) Did the patient respond to emergency treatment? _____
4) Why was the patient transferred to the ER? _Possible shoulder dis/luxation_
5) Is this medical condition a result of:
   ☑ Sports Injury     ☐ Result of an altercation

## DISPOSITION

1) Name of ER physician spoken to: _____
2) Was the patient returned to the facility? _____
3) Was the patient admitted to the hospital? _____
4) What services necessitated hospital admission? _____
5) Type of Transportation ____ Ambulance ____ State Vehicle ____ Air Ambulance
6) Other _____

Appropriateness (Completed by Wexford UM Physician):
ER Referral: Yes _____ No _____
Was referral preventable? Yes _____ No _____

**This form must be submitted to Dr. Funk
no later than 12 Noon EST on the next working day
Fax: 312-346-3622**

## WEXFORD HEALTH SOURCES, INC.

## EMERGENCY / HOSPITALIZATION NOTIFICATION FORM

CORRECTIONAL FACILITY: Hill cc,

DATE: 6/16/08

REFERENCE NUMBER: B66161

INMATE NAME: Shield Earnest

SSN:

INMATE NUMBER: B66161

DOB: 2-19-71

ADVANCE DIRECTIVES: ☐ YES  ☒ NO

REFERRING PHYSICIAN:

TYPE OF SERVICE:

☒ ER
☐ DIRECT ADMIT
☐ STAT LAB
☐ OTHER

☐ ADMIT THROUGH ER
☐ HOSPITAL-TO-HOSPITAL TRANSFER
☐ URGENT OFFICE

☐ ER TO OBSERVATION
☐ SCHEDULED ADMISSION
☐ URGENT RADIOLOGY/X-RAY

FACILITY/PLACE OF SERVICE: Catherine Hospital

ADDRESS: Davesbury 200 1401

TELEPHONE: 343-8131

TREATING PHYSICIAN:

TRANSPORTATION: ☐ AMBULANCE  ☒ STATE VEHICLE  ☐ OTHER

## SPECIFIC REASON FOR EMERGENCY TREATMENT OR ADMISSION

**DIAGNOSIS**

R/O (L) Shoulder Dislocation

DATE OUT: 6/16/08                TIME: 1415

RETURN DATE:                     TIME:

ADMISSION DATE:                  TIME:

TRANSMITTAL DATE:                TIME:

BY:

AFTER HOURS NOTIFIED: ☐ YES  ☐ NO

90

☐ Reception History
☐ Periodic History

Date 2 / 26 / 08

Time 1035 ☐ a.m. ☑ p.m.

**Offender Information:**

Last Name: Shields    First Name: Earnest    MI: ___    ID#: B66616

Race: ☐ White  ☑ African American  ☐ Asian American  ☐ Hispanic  ☐ Native American  ☐ Other___

Gender: ☑ Male  ☐ Female    Date of Birth: ___ / ___ / ___

**Subjective:**

| Condition | Yes | No | Family History | Explanation |
|---|---|---|---|---|
| Allergies | | ✓ | | |
| Smoking | | ✓ | | |
| Pediculosis | | ✓ | | |
| Seizures | | ✓ | | |
| Asthma | | ✓ | | |
| Cardiac/HTN | | ✓ | | |
| Diabetic | | ✓ | | |
| Communicable Disease | | | | |
|   a. Hepatitis/Jaundice | ☐ | ☑ | | |
|   b. Hx + PPD/Active TB | ☐ | ☑ | | |
|   c. STD | ☐ | ☑ | | |
|   d. HIV +/AIDS | ☐ | ☑ | | |
| Surgeries | ☐ | ☑ | | |
| Hx of Psych TX | ☐ | ☑ | | |
|   a. Past Suicide Attempt | ☐ | ☑ | | |
|   b. Current Suicidal Ideation | ☐ | ☑ | | |
| Recent Drug/ETOH use | ☐ | ☑ | | |
| Mobility Problems | | | | |
|   a. Assistive Devices | ☐ | ☑ | | |
|   b. Prosthetics | ☐ | ☑ | | |
|   c. Specialized Equipment | ☐ | ☑ | | |
| Other Medications | | ✓ | | |
| History of Sexual Abuse or Predator | | ✓ | | |
| Oriented x3 | ✓ | | | |
| Other: | | | | |

Past Medical History / History of Present Illness / Family History

**Objective:** T: 97.7  P: 70  ☑ regular  ☐ irregular   R: 18  ☑ regular  ☐ irregular   B/P: 122/80

Height: 5'8"  Weight: 187  Vision: RT 20/___  LT 20/___  Corrected: RT 20/___  LT 20/___

Behavioral appearance and mental status, Evidence of deformity, trauma, and skin conditions: Ø

**Assessment:** _____

**Plan:** (Check and complete as appropriate)

1. Physical Examination:      ☐ Urgent  ☐ Routine
2. Mental Health Referral:    ☐ Urgent  ☐ Routine
3. Health Information Given:  ☐ Yes    ☐ Refused
4. PPD Results:              ☐ Positive ☐ Negative
5. Chest X-ray performed:    ☐ N/A  ☐ Yes  ☐ No
6. Other: _____

Date PPD Administered: 2/26/08  Date PPD Read: ___/___

Reading: _____ mm  By: _____

K. Zehriler
Print Name of Interviewer          Signature

**R & C Use Only**

LAB: _____  Sickle Cell: ☐ Yes  ☐ No  Dental: _____  Pancrex: _____

EKG: _____  CXR: _____  Female Only:  PAP: _____  Mamo: _____

**Offender Information:**

Last Name _____ First Name _____ MI _____ ID#: _____

Date: 2 , 26 , 08

Time: 10:30  ☐ a.m. ☐ p.m.

Race: ☐ White  ☐ African American  ☐ Asian American  ☐ Hispanic  ☐ Native American  ☐ Other _____

Gender: ☐ Male  ☐ Female     Date of Birth: ___ / ___ / ___

| Objective: System | Normal | ABN | Explanation: |
|---|---|---|---|
| Head, Neck, Face, & Scalp | | | Normocephalic Normal of head |
| Nose and Sinuses | | | non red or crusts |
| Mouth and Throat | | | Oral Condition: cont. No Missing teeth. |
| Ears | | | Drums intact Normal |
| Eyes | | | Pupils: Reaction C w/    Fundoscopic: Normal |
| | | | Accommodation: N D |
| Lungs and Chest Including Breast | | | Auscultation: clear |
| Heart | | | Rate: 72 /m    Size: N-F |
| Vascular | | | Rhythm: dmrs    Murmurs: no |
| Abdomen | | | Consistency: N-md    Tenderness: nontender |
| Anus, Rectum | | | Masses:    Scars: n a |
| (Prostate – 40+ Male Only) | | | Visual: No feces |
| Genito-Urinary System | | | Digital: Guaiac +/- (R) Discharge |
| Upper Extremities | | | Strength: 5/5    No tenderness/trauma |
| | | | ROM: |
| Lower Extremities | | | Strength: 5/5 |
| Spine and Musculo-Skeletal | | | ROM:    No crepitus 5-7 L |
| Skin and Lymphatics | | | Three Dalmata chest |
| Neurologic DTR's | | | Romberg: |
| | | | Biceps: L v L |
| Mental Status | | | Patella: |
| Pelvis (Female Only) | | | Cervix:    Vaginal Canal: |
| | | | Fundus:    PAP: ☐ Y  ☐ N  ☐ R |

**Assessment:** Problem # N/A

On Qutcrd

S/P GSW (LA ankle

**Plan:** (Check box as appropriate and complete plan)

Placement Consideration: ☐ Yes  ☒ No

Hx: ☐ Yes  ☒ No

Food Handler Status:

Pt educated about his
Health problem

**Examiners Signature:**

Vocc MD

Print Name _____    Signature _____    Date: 2 , 26 , 08

## Offender Physical Examination
Pontiac Center

**Offender Information:**

Date: 2-26-08

Time: 1025  ☐ a.m. / ☐ p.m.

Last Name: *Shields*  First Name: *Earnest*  MI: ___  ID#: B60161

Race: ☐ White  ☑ African American  ☐ Asian American  ☐ Hispanic  ☐ Native American  ☐ Other

Gender: ☑ Male  ☐ Female  Date of Birth: ___ / ___ / ___

| | Yes | No | Explanation: |
|---|---|---|---|
| Hx reviewed | ☑ | | |
| Lab reviewed | ☑ | | *lab reviewed on coumadin 10(?)* |

| Subjective: Condition | Yes | No | Explanation: |
|---|---|---|---|
| Allergy | | ☑ | |
| Substance Abuse | | | |
| a. Alcohol | ☐ | ☑ | |
| b. IV Drugs | ☐ | ☑ | |
| c. Other Drugs | ☐ | ☑ | |
| d. Hx. drug/alcohol withdrawal | ☐ | ☑ | |
| Shared Needles | | ☑ | |
| Sexual Contact with: | | | |
| a. IV drug user | ☐ | ☑ | |
| b. Prostitute(s) | ☐ | ☑ | |
| c. Multiple Partners | ☐ | ☑ | |
| Homosexual Activity | | ☑ | |
| STD | | ☑ | |
| HIV+/AIDS | | ☑ | |
| Blood Transfusions | | ☑ | |
| Three or more months of: | | | |
| a. Fever | ☐ | ☑ | |
| b. Diarrhea | ☐ | ☑ | |
| c. Night Sweats | ☐ | ☑ | |
| d. Persistent URI | ☐ | ☑ | |
| Weight Loss (>16 Lbs.) | | ☑ | |
| Lymphadenopathy | | ☑ | |
| Fatigue | | ☑ | |
| Other (Female) | | | |
| a. Mammography | ☐ | ☐ | G ___ P ___ AB ___ LNMP ___ Date/Results: ___ |
| b. Family Hx Breast Cancer | ☐ | ☐ | If yes, family member: ___ |
| c. PAP Smear | ☐ | ☐ | Date/Results: ___ |

Past Hospitalizations:

Diagnosis: ___  Diagnosis: ___

Date(s): ___  Date(s): ___

___ : ___  Hospital: ___

Location: ___  Location: ___

Distribution: Offender's Medical Record

Side 1

DOC 0099 [Eff. 8/2002]

**Transferring Facility:** Will _____ Center

**Offender Information:** Shields (Last Name) Earnest (First Name) MI ___ ID#: B6616l

**Date:** 6/16/08  **Time:** 215  ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** _____  **Food Handler Approved:** _____

**Current / Acute Conditions / Problems:** (L) Shoulder surgery

**Chronic Conditions / Problems:** _____

**Current Medications** (name, dosage, frequency, and duration):

**Acute Short-term:** none

**Chronic Long-term:** _____

**Chronic Psychotropic:** _____

**Current Treatments:** IM 60 mg Im 1300 (R) deltoid

**Therapeutic Diets:** (Reg.) _____

**Follow-Up Care:** (L) Shoulder _____

**Chronic Clinics:** _____

**Specialty Referrals:** Cortizone, etc, Upper end PT

**Significant Medical History:** (L) Shoulder Guild, Ghost ankle, Jaw Bone, PPD ppm 8/26/08

**Physical Disabilities / Limitations:** _____

**Assistive Devices / Prosthetics:** _____   ☐ Glasses   ☐ Dentures

**Mental Health Issues:** ☐ Hx Suicide Attempt Date: / /   ☐ Hx Psych Med ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol ☐ Drugs

☐ CBC w/ Diff ☐ TAB ☐ EKG ☐ CXR ☐ Dental ☐ MPD ☐ U/A ☐ Other ☐ Packet Complete

_Tina Crawford RN_ (Print Name and Title)  _Tina Crawford_ (Signature)  6/16/08 (Date)

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** _____  **Date:** / /  **Time:** _____ ☐ a.m. ☐ p.m.

**Subjective:**

**Current Complaint:** _____

**Current Medications/Treatment:** _____

**Assessment:** _____

**Objective:**

**Physical Appearance/Behavior:** _____

**Deformities: Acute/Chronic:** _____

T: ___ P: ___ R: ___ B/P: /

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call: Urgent / Routine
  ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
  ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
☐ Infirmary Placement: _____
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): _____

_____ (Printed Name and Title)  _____ (Signature)  / / (Date)

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_____ (Offender's Signature)  _____ (Date)  _____ (Time)  ☐ a.m. ☐ p.m.

I understand that I have a right to spiritual counseling while a patient in the facility.

☒ **I DO NOT CONSENT** to the facility notifying any clergy of my presence in the facility.

(NOTE: I understand that if a member of the clergy identifies me by name and asks for my room / bed number, this information will be provided pursuant to the facility's general policy on release of patient information.)

☐ **I DO CONSENT** to the facility notifying my clergy of my presence in the facility as noted below:

| Name of Clergy |
| --- |
| Name of Church |
| Telephone No. |

☐ **PLEASE CONTACT** the community clergy for religion _____

(NOTE: If you do not have a specific clergy, the facility will contact the community clergy of the religion specified above.)

☐ **PLEASE CONTACT** the facility clergy (if applicable).

The undersigned certifies that he / she has read the foregoing, understands it, accepts its terms, has received a copy of it and is the patient or is duly authorized by the patient as his / her agent to execute the above.

| Patient's Signature or Legal Representative | Date | Time | |
| --- | --- | --- | --- |
| *Earnest Shields* | 6-16-08 | 1503 | ☐am ☒pm |
| Relationship to Patient | Interpreter, if utilized | | |

ADDRESSOGRAPH

SHIELDS EARNEST D
Patient #: 5290082 HSV: EOP
Adm date: 2008-06-16 Medical Rec#: 418894
Adm Dr.: BOMMIASAMY VEERASIKKU MD
DOB: 1971-02-19 Age: 37 Sex: M

ADMISSIONS
**Consent for Disclosure of Information to Clergy**

# GALESBURG COTTAGE HOSPITAL

190-ADM-1702  1/08

MRI I WAS CALLED FOR MRI TO BE DONE ON LEFT SHOULDER. CALLED AT 1545. MRI
STATES CAN NOT BE DONE UNTIL 1800. THIS WAS CLEARED AND IT WAS OKAY. [CJS:
6/16/2008 3:41:58 PM]

**Adult Assessment** 06/16/2008 17:02 CJS

**Room Assignment:** Patient assigned to room ROOM 8. Time to room 14:58.

**Psychosocial:** Patient's behavior is appropriate to the current situation. Support systems include Prison
guards.. Patient ambulates independently. Appears to be normally interacting with care giver(s) or
others that are present. Pt. appears to be pleasant and does cooperate with staff.

**Safety:** Call light is within reach and patient or family was instructed on use. Bed height is at the lowest
position. Patient is not at risk for fall as evidenced by: being alert and oriented at presentation, blood
pressure within normal limits, no known physical impairments, no predisposing medical history,
normal gait observed, < 60 years of age.

**Pain:** Patient rates pain as 8 on a one-to-ten scale with ten as the worst pain ever. Pain is located in the
left shoulder. Patient describes the pain as sharp, throbbing, constant.

**Brief Assessment: Mental Status:** Patient is alert and oriented x 3.

**Respiratory Status:** Respirations are unlabored.

**Vascular Status:** Skin is warm and dry, vascular status intact.

**Musculoskeletal:** Patient rates pain as 8 on a one-to-ten scale with ten as the worst pain ever. Pain or
injury is located where illustrated -

96



Pt. was lifting 375 pounds of weight while bench pressing and his shoulder went back and he injured it.

1647 PT. TAKEN TO MRI [CJS: 6/16/2008 5:02:33 PM]

Reassessment: 06/16/2008 17:00 CJS
Physician: Physician was at the bedside at
15:45. Physician seeing patient was
BOMMIASAMY, VEERASIKKU.
Radiology: Patient was transported to radiology
at 16:47. Patient was transferred by wheelchair.

Pt. refused Norflex stating his pain is much better. He
stated he doesn"t want the shot, but the he would let
the nurse know if he needed the medication. [CJS:
6/16/2008 5:45:56 PM]

Reassessment: 06/16/2008 17:37 CJS
Radiology: Returned from radiology at 17:37.
Patient: Plan of care discussed with patient.
Comfort: Nourishment was offered - dinner.

Reassessment: 06/16/2008 17:56 CJS
Comfort: Nourishment was offered - ate all food given.

**Flowsheets** 06/16/2008 17:56 CJS
Vital Signs

| Time | Temp | Route | Pulse | BP | Resp | O2 SAT | EKG | Pain Scale |
|------|------|-------|-------|-----|------|--------|-----|-----------|
| 17:58 | 97.4 | PO | 65 | 111/060 | 14 | 99 | normal sinus rhythm | 2 |

**Treatments** 06/16/2008 20:03 CJS
**IM Dilaudid 1 mg done at 16:30 by CJS. [VEB]:**
Reassessed at 06/16/2008 17:20 [CJS] - No adverse drug reaction noted. States that pain is completed relieved, and is 2 on a one-to-ten scale following the pain medicine. - CJS

**Disposition** 06/16/2008 20:04 CJS
**Discharge:** Patient left the department at 06/16/2008 19:00. Patient's disposition is: DC - HOME ER. Discharge instructions were given to the patient. The patient, person accompanying patient verbalizes understanding of the discharge instructions. The condition at discharge is improved. Vital signs taken at 18:50 were: T: 97.2 PO, P: 65 and is regular, R: 18 and unlabored, BP: 118/72, O2 Sat: 98 on RA, pain level is 2 on a 1-10 scale in the left shoulder. Pain has improved. Pt. stated that the dilaudid did "the trick" and that he did not want any other medication while here. Pain was tolerable for him.

CARLA SEBBEN RN _Carla Sebben RN_

# ORDER PROCEDURE FORM
## ORTHOPEDIC EMERGENCIES

**Galesburg Cottage Hospital**

Name: **SHIELDS, EARNEST**  PI#:**5290082**
Age: 37YRS  DOB: 02/19/1971  Sex: M  MR#:000418894
EDP: BOMMIASAMY, VEERASI  PCP: *NON STAFF PHYSICIAN

Date In: 6/16/2008  Time: _____

## Laboratory Tests

| Order Time | | Drawn Sent | By | Order Time | Radiology | Drawn Sent | By |
|---|---|---|---|---|---|---|---|
| | CBC | | | | CXR (PA/LAT – Portable) | | |
| | BMP  CMP | | | | | | |
| | Sed Rate | | | | C-Spine (X-table) (Complete) | | |
| | Uric Acid | | | | | | |
| | RA Factor | | | | | | |
| | | | | | | | |
| | Drug screen (serum), (urine) | | | | | | |
| | ETOH | | | | Cardiopulmonary | | |
| | Type & Screen or Cross # ___ Units | | | | EKG | | |
| | UA | | | | ABG | | |
| | Beta HCG | | | | O2      LPN | | |
| | | | | | | | |
| | Misc. Orders | | | | Medical Records Information | | |
| | Previous Medical Records | | | | | | |
| | Physical Therapy - Eval & Tx | | | | | | |

Weight:
lbs: 200
kgs: 90.9

Allergies: NONE

| Order Time | Medication / Dosage / Route | | | | | Resp to Med | Pain Initial |
|---|---|---|---|---|---|---|---|
| Pt. | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | |
| Refused | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | |
| | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | |
| | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | |
| | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | |

| Order Time | IV Solution / Added Medication | Start Time / Device / Size / Location | Amount Absorbed | Start IV by | D/C Time | Amt Infused | D/C by |
|---|---|---|---|---|---|---|---|
| | ☐ KVO Device: | | | | | | |
| | ☐ IV Fluid: | Dilaudid one mg IM | | | | | |
| | | VOR Dr. Bommiasamy | | | | | |

## Procedures / Nursing Assessment

| | | |
|---|---|---|
| ☐ Cardiac Monitor  Rate ___ Rhythm ___ | ☐ Splint Application | ☐ (Local), (Regional) Anesthesia |
| ☐ NIBP Monitor ___ Pulse Oximetry | ☐ Ace Bandage Application | ☐ Conscious Sedation |
| ☐ (Cold), (Heat) Application | ☐ Sling Application | ☐ Laceration Repair |
| ☐ Wound Irrigation | ☐ C-Spine Immobilization | ☐ Cast Application |
| ☐ Dressings | ☐ Foreign Body Removal | ☐ Fracture Care (open), (closed) |

## Discharge Instructions

Initials/Signature: _Paula Sebben RN_
PA/ARNP:

Initials/Signature:

Initials/Signature:
Physician's Signature:

Initials/Signature:

(Continued from Front)

6. **WEAPON / EXPLOSIVES / DRUGS:**
*I understand and agree that if the Facility at any time believes there may be a weapon, explosive device, biohazard material, any type of illegal substance or drug, or any alcoholic beverage in my room or with my belongings, the Facility may search my room and belongings, confiscate any of the above items that are found, and dispose of them as it determines appropriate including delivery of any item to law enforcement authorities.*

7. **PRIVATE ROOM DIFFERENCE (Inpatient):**
I agree and understand that if I request and receive a private room, I am responsible for the difference between the entire room rate and the semi private room rate.

8. **ADVANCE DIRECTIVE ACKNOWLEDGEMENT:**
Federal law requires that patients be provided information about their rights to make advance health care decisions, including a Living Will, Durable Medical Power of Attorney or designation of a surrogate decision maker for healthcare decisions. If you have already completed any of these documents, please inform your physician and the Facility.

*Please check one:*
- ❏ I have executed an advance directive and have supplied a copy to the Facility.
- ❏ I have executed an advance directive and have been requested to supply a copy to the Facility.
- ❏ I have reviewed the directive(s) on file with this Facility and it is / they are my current directive(s).
- ❏ I have not executed any advance directives, but have received information about advance directives from this Facility.
- ❏ I have not executed any advance directives, but I have requested information about advance directives from this Facility.
- ☑ I have not executed any advance directives and I do not wish to receive information about advance directives from this Facility.

9. **NOTICE OF PRIVACY PRACTICES:**
Required pursuant to Health Insurance Portability and Accountability Act of 1996 (HIPAA) I acknowledge that I have received a copy of the Facility's Notice of Privacy Practices that provides information about how the Facility may use and disclose my protected health information.

❏ Yes, I am an organ donor
☑ No, I am not an organ donor
❏ Yes, I would like to become an organ donor

10. **RESEARCH STUDIES:**
*Please check one:*
Are you currently a participant in any research study or project:
- ❏ No
- ❏ Yes    *If yes, please briefly describe what is being studied (drug, medical device or other)* _____

Who can the Facility contact with questions about the study? _____

11. **SMOKING CESSATION INFORMATION:**
☑ Upon admission, I received the Smoking Cessation Information Packet, which includes information on: health risks associated with smoking, community resources for smoking cessation programs and health risks associated with second hand smoke. If I have further interest in smoking cessation programs and education, I will request additional information from the facility staff or my physician.

The undersigned certifies that s/he has read the foregoing, understands it, accepts its terms, has received a copy of it and is the patient or is duly authorized by the patient as their agent to execute the above.

| Patient's Signature or Legal Representative *Ernest Shields* | Date 10-16-08 | Time 1503 |
|---|---|---|
| Relationship to Patient | Interpreter, if utilized | |
| Witness Signature | If Telephone Consent, Second Witness' Signature | |

**ADMISSIONS**
**Inpatient / Outpatient Conditions of Admission and Consent to Medical Treatment**
ADM-1701G - Back    (Rev 02/08)

Patient Label

SHIELDS EARNEST D
Patient #: 5290082 HSV: EOP
Adm date: 2008-06-16 Medical Rec#: 418894
Adm Dr.: BOMMIABAMY VEERASIKKU MD
DOB: 1971-02-19 Age: 37 Sex: M

100

1. **GENERAL CONSENT FOR TESTS, TREATMENT, PHOTO, VIDEO, AND SERVICES:**

I hereby voluntarily consent for treatment / admission to the Facility. I permit the Facility and its employees, physicians and others involved in my care to treat me in ways they judge to be beneficial to me. I understand that I have the right to ask questions and to receive information about my care and treatment, and the right to with draw my consent for treatment or tests.

I consent to examinations, blood tests (including blood tests for communicable diseases such as hepatitis and HIV/AIDS when healthcare personnel have been exposed to my blood and/or body fluids), laboratory and imaging procedures, medications, infusions, nursing care and other services or treatments rendered by my physician, consulting physicians and their associates and assistants, or rendered by Facility personnel under the instructions, orders or direction of such physician(s).

I agree and understand that all physicians, dentists, oral surgeons, and podiatrists involved in my care in any way are responsible and liable for their own acts and omissions, and the Facility is not responsible or liable for the acts or omissions of the aforementioned. Some services may be performed by independent contractors who are not employed by the Facility. I am aware that the practice of medicine is not an exact science and further understand that no guarantee has been or can be made as to the results of the treatments, care or examinations in the Facility.

I consent to the photographing or videotaping including appropriate portions of my body, for medical and medical record documentation purposes, provided said photographs or videotapes are maintained and released in accordance with protected health information regulations.

2. **NURSING CARE:**

The Facility provides only routine nursing care. Private duty nursing is not provided but may be arranged directly between an agency and me at my expense. The Facility is hereby released from any and all liability arising from the fact that I am not provided private duty care by the Facility.

3. **PERSONAL VALUABLES:**

I understand that the Facility maintains a safe for the safekeeping of money and valuables, and the Facility shall not be liable for the loss or damage to any articles of personal property unless said articles are deposited with the Facility in the safe and receipts are issued describing said items. At no time shall Facility be responsible for more than $500 for said deposited items.

4. **ASSIGNMENT OF INSURANCE BENEFITS / PROMISE TO PAY:**

I hereby assign and authorize payment directly to the Facility, and to any facility-based physician, all insurance benefits, sick benefits, injury benefits due because of liability of a third-party, or proceeds of all claims resulting from the liability of a third party, payable by any party, organization, et cetera, to or for the patient unless the account for this Facility, outpatient visit or series of outpatient visits is paid in full upon discharge or upon completion of the outpatient series. If eligible for Medicare, I request Medicare services and benefits. I further agree that this assignment will not be withdrawn or voided at any time until the account is paid in full. I under stand that I am responsible for any charges not covered by my insurance company.

I understand that I am obligated to pay the account of the Facility in accordance with the regular rates and terms of the Facility. If I fail to make payment when due and the account becomes delinquent or is turned over to a collection agency or an attorney for collection, I agree to pay all collection agency fees, court costs and attorney's fees. I also agree that any patient or guarantor overpayments on the above Facility visit may be applied directly to any delinquent account for which I or my guarantor is legally responsible at the time of the collection of the overpayment.

5. **EMTALA:**

The Facility is obligated to treat medical emergencies regardless of my ability to pay. Therefore, if I or my guarantor have a medical emergency or if I am a pregnant woman in labor, I have the right to receive, within the capabilities of this Hospital's staff and facilities, an appropriate medical screening examination, necessary stabilizing treatment, and, if medically necessary, an appropriate transfer to another hospital, even if I cannot pay or do not have medical insurance or am not eligible to receive Medicare or Medicaid.

(Continued on Back)

ADMISSIONS

**Inpatient / Outpatient Conditions of Admission and Consent to Medical Treatment**

ADM-1701G - Front    (Rev 02/08)

Patient Label

SHIELDS EARNEST O
Patient #: 6299062  HSV: EOP
Adm date: 2008-06-18
Adm Dr.: BOMMASAMY   Medical Rec#: 416964
DOB: 1971-02-19  Age: 37  Sex: M
VEERASIKKU MD

101

WEXFORD HEALTH SOURCES, INC.

# ILLINOIS
## MEDICAL DIRECTOR QA EMERGENCY REPORTING FORM

FACILITY: _Hill_          PHYSICIAN NAME: _Mi Guis Gior_

INMATE NAME: _Shields Earnest_    PHYSICIAN SIGNATURE: _RML_

DOC #: _B66161_          DOB: _2/19/71_

DATE: _6/16/08_          **TIME OF EMERGENCY EVENT**

                         TIME OF DAY: _1321_

### PATIENT INFORMATION
1) Medical History: _Lofty wrigh(t), head + delta pop in shoulder at lt_
   _GSW (L) ft + ankle_

2) Current Medications: _NKA_

3) Psych History (if applicable) ☐ Yes ☒ No:
   a) When was the patient last seen by Mental Health _____
   b) Is the patient compliant with his/her psychotropic medications: _____
4) Emergency Medical History _Sports Inj_
5) Emergency Physical Findings (pertinent PE and Lab findings):
   T _98_ P _72_ BP _107/73_ R _20_  Physical Exam _____

### PROVISION OF ONSITE EMERGENCY MEDICAL CARE
1) If the emergency occurred after hours, was the on-call physician notified? _N/a_
   ) Name of on-call physician? _____
2) What emergency medical care was rendered? _Sling, Ice, Analgesics_

3) Did the patient respond to emergency treatment? _____
4) Why was the patient transferred to the ER? _Possible shoulder dislocation_
5) Is this medical condition a result of:
   ☒ Sports Injury      ☐ Result of an altercation

### DISPOSITION
1) Name of ER physician spoken to: _____
2) Was the patient returned to the facility? _____
3) Was the patient admitted to the hospital? _____
4) What services necessitated hospital admission? _____
5) Type of Transportation ___ Ambulance ___ State Vehicle ___ Air Ambulance
6) Other _____

Appropriateness (Completed by Wexford UM Physician):
ER Referral: Yes _____          No _____
Was referral preventable? Yes _____    No _____

**This form must be submitted to Dr. Funk**
**no later than 12 Noon EST on the next working day**
**Fax: 312-545-3622**



**Illinois**
Department of
**Corrections**

Rod R. Blagojevich
*Governor*

Roger E. Walker Jr.
*Director*

Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL 61401 / Telephone: (309) 343-4212 / TDD: (800) 526-0844

*MEMORANDUM*

**DATE:**   August 19, 2008

**TO:**   Infirmary Staff

**FROM:**   Lois Mathes, RN/HCUA

Medical Furlough has been scheduled as delineated below:

**NAME:** Shields, Earnest   **IDOC#:** B66161   **D.O.B:** 2-19-71
**DATE:** 8-26-08   **LEAVE TIME:** 6:15a.m.

**REFERRING PHYSICIAN:** Dr. Miglorino/Dr. Funk
**REASON FOR FURLOUGH:** Ortho. Eval. (Pectoralis Tendon Rupture Left Shoulder).

**LOCATION:** Dr. Olysav's Office
**STREET:** 747 N. Rutledge/Baylis Building 5th Floor
**CITY/STATE/ZIP:** Springfield, IL 62703
**TELEPHONE NUMBER:** (217) 545-5878

**SAME DAY RETURN:** X   **ADMISSION:**   **EMERGENCY:**
   **AMBULANCE:**

1. Complete HS Report – Given to SA
2. MAR'S to Infirmary
3. Sign consent for TX/Operation Form
4. T.P./Admit to Infirmary

Prep Needed: Bring copies of all reports and x-ray film to appt. that is
   pertaining to problem.

Cc:   Records Office
   7/3 Shift Commanders
   Medical File
   X-Ray
   File

103



**Illinois**
**Department of**
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL 61401 / Telephone: (309) 343-4212 / TDD: (800) 526-0844

## MEMORANDUM

DATE:     October 15, 2008

TO:        Infirmary Staff

FROM:    Lois Lindorff, RN/HCUA

*New Date & Time*

Medical Furlough has been scheduled as delineated below:

NAME: Shields, Earnest     NUMBER: B66161     D.O.B.- 2/19/71
DATE: 10/22/08     LEAVE TIME: 7:45 a.m.

PHYSICIAN: Dr. Miglorino/Dr. Funk
REASON FOR FURLOUGH: 2nd Visit for Physical Therapy.

LOCATION:   Cottage Rehab & Physical Therapy
STREET:   765 N. Kellogg Street/ Suite 300
CITY/STATE/ZIP:  Galesburg, IL  61401
PHONE NUMBER:  (309) 343-3434

SAME DAY RETURN: X      ADMISSION:        EMERGENCY:
                                          AMBULANCE:

1. Complete HS Report – Given to SA
2. MAR'S to Infirmary
3. Sign consent for TX/Operation Form
4. T.P./Admit to Infirmary

Prep Needed: **None.**

Cc:     7/3 Shift Commanders
          Records Office
          x-ray
          medical file
          file

104

## SHOULDER - 63  Progressive Resisted: Flexion (Supine)



Holding 0-1 pound weight, raise your left arm over head and lower toward floor. Go as far as possible without pain.

Repeat __20__ times per set.  Do __2__ sets per session.
Do __1-2__ sessions per day.

## SHOULDER - 57  Scapular: Protraction – 90° of Flexion



Holding __0-5__ pound weights, attempt to push arms up toward ceiling, keeping elbows straight and back against floor.

Repeat __20__ times per set.  Do __2__ sets per session.
Do __1__ sessions per day.

## CHEST - 20  Bench Press: Narrow Grip (Barbell)



With a stick or cane in both hands, press up as in doing a bench press.

Do 2 sets.  Complete 20 repetitions.  Do 1-2 times per day.

## CHEST - 12  Fly (Dumbbell)



Lower arms out to the side as far as comfortable and then back up.

Do 2 sets.  Complete 20 repetitions.  Do 1-2 sessions per day.

ICE:  15 MINUTES ON, 1 HOUR OFF

AS NEEDED FOR PAIN RELIEF AND SWELLING



**Illinois**
**Department of**
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL 61401 / Telephone: (309) 343-4212 / TDD: (800) 526-0844

## MEMORANDUM

DATE:     October 6, 2008

TO:       Infirmary Staff

FROM:     Lois Lindorff, RN/HCUA

Medical Furlough has been scheduled as delineated below:

NAME: Shields, Earnest     NUMBER: B66161     D.O.B.- 2/19/73
DATE: 10/9/08     LEAVE TIME: 8:30a.m.

REFERRING PHYSICIAN: Dr. Miglorino/Dr. Funk
REASON FOR FURLOUGH: Physical Therapy (PT visit).

LOCATION: Cottage Rehab & Physical Therapy
STREET: 765 N. Kellogg Street/Suite 300
CITY/STATE/ZIP: Galesburg, Il 61401
PHONE NUMBER: (309) 343-3434

SAME DAY RETURN: X     ADMISSION:     EMERGENCY:
                                        AMBULANCE:

1. Complete HS Report – Given to SA
2. MAR'S to Infirmary
3. Sign consent for TX/Operation Form
4. T.P./Admit to Infirmary
Prep Needed: **None.**

Cc:   7/3 Shift Commanders
      Records Office
      x-ray
      medical file
      file

106

REF ID:                  PV:  DO340
DOS:  08/26/08
MR#:  820246
PT:       EARNEST
            SHIELDS
DOB:  02/19/1971

Subject: [Fwd: [Fwd: Wexford Health Sources]]
From: Lynn Singleton <lsingleton@siumed.edu>
Date: Fri, 22 Aug 2008 10:45:37 -0500
To: Janice Herman <jherman@siumed.edu>

--------- Original Message ---------
Subject:    [Fwd: Wexford Health Sources]
Date:       Tue, 19 Aug 2008 09:22:37 -0500
From:       Judie Riech <jriech@siumed.edu>
To:         Lynn Singleton <lsingleton@siumed.edu>


Lynn -- Forwarding e-mail sent to you last Friday.  Just received a
call from the Call Center saying they did not have authorization to make
this appointment and transferred the call to me.  Can you rectify?
I have confirmed approval with correctional center for EARNEST SHIELDS,
#B-66161 and asked them to call the CALL CENTER back in 30 minutes.
Thank you,
--------- Original Message ---------
Subject:    Wexford Health Sources
Date:       Fri, 15 Aug 2008 15:53:20 -0500
From:       Judie Riech <jriech@siumed.edu>
To:         Lynn Singleton <lsingleton@siumed.edu>, Cheryl McGill
<cmcgill@siumed.edu>


SIU P&S has signed an agreement to provide medically necessary and
authorized evaluation, treatment, and follow up care for the following:

Earnest Shields -- #B-66161 -- by Orthopaedic Surgery -- for Pectoralis
Rupture

Original agreement is being forwarded to Patient Billing Services

Thank you,
Judie Riech
SIU P&S Admin. Office
545-8850

107

SIU HealthCare
Page 1
217-545-8000  Fax:    Chart Document

| EARNEST SHIELDS | MRN #: 820246 | Home: (309)999-9999  Office: (309)343- |
|---|---|---|
| 4212373 | | |
| 39 Years Old Male (DOB: 02/19/1971) | 452216-2155001 | Ins: WEXFORD  (W25) |

09/12/2008 - Phone Note
Provider: David J Olysav, MD
Location of Care: SIU HealthCare

Ok for PT to instruct 2-3 times for home PT per Dr. Olysav

Rx and note faxed to Natalie.

---- Converted from flag ----
---- 09/05/2008 4:25 PM, Katherine McMullin wrote:
Returned call and they had left already will return call again  Monday am

---- 09/04/2008 2:08 PM, Katherine McMullin wrote:

---- 09/04/2008 1:55 PM, Beth Ann Peters wrote:
Is it for one time or does he have to go 2 to 3 times a week. Please call back by tomorrow. they need to know because he has collegial. Please call Natalie w/ Henry Hill Correction Center at 309-343-4212 ext 373 and she leaves at 4. Thanks
-----------------------------------

Clinical Lists Changes

Signed by Katherine McMullin on 09/12/2008 at 4:37 PM
Signed by David J Olysav, MD on 09/16/2008 at 7:57 AM

SIU HealthCare                                                                 June 30, 2010
Page 1
217-545-8000  Fax:      Chart Document

| EARNEST SHIELDS | MRN #: 820246 | Home: (309)999-9999  Office: (309)343- |
|---|---|---|
| 4212373 | | |
| 39 Years Old Male (DOB: 02/19/1971) | 452216-2155001 | Ins: WEXFORD  (W25) |

08/26/2008 - Transcription: EMDAT  Clinic Note
Provider: John Froelich, M.D.
Location of Care: SIU HealthCare

EMDAT  Clinic Note

CHIEF COMPLAINT:  Left pectoralis major rupture.

HISTORY OF PRESENT ILLNESS:  This is a 37-year-old gentleman who is a member of the Corrections Institution who was bench pressing on June 18, 2008, felt a sudden pain in his left arm and had a audible popping sound.  Noted some numbness in his arm.  He was evaluated in the local emergency room.  Then MRI of the shoulder showed no significant injury other than a mild supraspinatus tear per a written documentation as the MRI is not here.  He states that he continues to have numbness and night pain as well as discomfort.  He had seen orthopedic surgeons who said they would not treat this injury on him.  The patient is here for another opinion.  He has not been doing any physical therapy or activity.  He has been using a sling for sometime.

PAST MEDICAL HISTORY:  History of meningitis as a child.

PAST SURGICAL HISTORY:
1. Repair of the left ankle after GSW.
2. History of multiple spinal taps.

MEDICATIONS:  None.

ALLERGIES:  NO KNOWN DRUG ALLERGIES.

SOCIAL HISTORY:  He is currently under the correctional system.  Denies use of tobacco.

PHYSICAL EXAMINATION:
General:  The patient is in no acute distress.  Answers questions appropriately.  Alert and oriented and appears stated age.
HEENT:  Normocephalic, atraumatic.  Gross extraocular movements are intact.
Cardiovascular:  Regular.
Pulmonary:  Unlabored.
Abdomen:  Soft.
Musculoskeletal:  Examination of the left shoulder shows no tenderness to palpation of the AC joint, the distal acromion, or the anterior biceps.  He has forward flexion of 90 degrees active, passive 130 degrees, abduction active 75 degrees, passive 110 degrees, external 25 degrees active with 5-/5 strength.  He has 5/5 strength to the supraspinatus and 5-/5 internal rotation.  He is unable to get his arm to the back pocket position.
Digital examination of the shoulder shows palpable and visual defect in the pectoralis distribution.  He is tender to palpation over the anterior chest with retraction of the pectoralis.  When the patient does internally rotate the pectoralis does fire on his chest but in view there is a obvious palpable and visual defect and it does not insert on to the humerus at this time.  There is no excessive swelling on that  109

SIU HealthCare
    Page 1
217-545-8000  Fax:    Chart Document

| EARNEST SHIELDS | MRN #: 820246 | Home: (309)999-9999  Office: (309)343- |
| 4212373 | | |
| 39 Years Old Male (DOB: 02/19/1971) | 452216-2155001 | Ins: WEXFORD  (W25) |

side versus the right.

IMAGING: MRI is not obtainable in the office today.  The patient has plain films of the arm.  Two views of the shoulder AP and oblique which show no fracture noted.

ASSESSMENT AND PLAN:   This is a 37-year-old gentleman with a ruptured left pectoralis major. At this time, we will encourage the patient to do aggressive PT with strengthening as he has deconditioned the area as well as has lost range of motion in that arm.

Electronically Signed By:
John M. Froelich, M.D.


Resident

The following text was appended to the transcription:
 I saw and personally examined the patient and discussed the case with the resident. I have reviewed the resident's note and agree with the content and plan as written except as follows: none.


Electronically Signed By:
David J. Olysav, M.D.

Associate Professor of Clinical Surgery


Signed before import by John Froelich, M.D.
Filed automatically on 09/02/2008 at 12:08 PM