| | | | |
|---|---|---|---|
| Patient Name: | SHIELDS, EARNEST D | Room Number: | EOP |
| Medical Record #: | 418894 | Patient Number: | 5290082 |
| Date of Service: | 06/16/2008 | DOB/SEX: | 2/19/1971 / M |
| Ordering Physician: | BOMMIASAMY VEERASIKKU MD | Admitting Physician: | BOMMIASAMY VEERASIKKU MD |

## RADIOLOGY REPORT

## MAGNETIC RESONANCE IMAGING OF THE LEFT SHOULDER

HISTORY: The patient was weight-lifting today and heard a "pop" resulting in limited range of motion and pain in the shoulder joint.

TECHNIQUE: Sequences as listed.

FINDINGS: There is moderate increase in signal intensity within the distal supraspinatus - rotator cuff tendon, compatible with moderate tendinosis and/or partial tear. There was no abnormal fluid within the glenohumeral joint or subacromial - subdeltoid bursa. The glenoid labrum appears intact. Marrow space signal intensity of the visualized humeral head and glenoid process appear within normal limits. The bicipital tendon appeared within the bicipital groove.

**SUMMARY:**

**MODERATE TENDINOSIS AND/OR PARTIAL THICKNESS TEAR SUPRASPINATUS - ROTATOR CUFF TENDON. MILD DEGENERATIVE CHANGES LEFT ACROMIOCLAVICULAR JOINT WITH MINIMAL INDENTATION ON THE ROTATOR CUFF MUSCULOTENDINOUS STRUCTURES.**

STEPHEN LEHNERT MD

Electronically Signed on 6/17/2008 1:40:38 PM by Stephen Lehnert MD

06/23/08     EARNEST SHIELDS     111453.0

This 34 year old is a prisoner at Henry Hill Correctional Center. He was lifting weights on 06/18/08 when a weight dropped and he injured his left chest. He felt something snap. He has had ecchymosis of the left proximal humeral area and lateral chest near the axilla on the left side. He is complaining of constant pain, worse with activity.

Past Medical History: The patient has had a gunshot wound in the past.
Medications: Motrin.
Allergies: None.
Family History:  Not contributory to this problem.
Social History: Habits: tobacco and alcohol – none.  The patient is a prisoner.
Review of Systems: No other complaints voiced.

Physical Examination: The patient is 5'8" and weighs 185 pounds.  The left shoulder shows ecchymosis of the proximal humerus and the axilla.  There is tenderness of the pectoralis insertion.  There is an obvious rupture of the pectoralis tendon.  The patient has weakness of adduction of the left shoulder.  He has pain with passive abduction.

Assessment: Pectoralis tendon rupture left shoulder.

Plan:  This injury requires treatment by a shoulder specialist.  I do not have the expertise to perform the surgery necessary to treat this problem.

Gregory A. Schierer, M.D./jlh



**GALESBURG ORTHOPEDIC** SERVICES, LTD

MICHAEL L. GERNANT, M.D.
GREGORY A. SCHIERER, M.D.
KENNETH L. BUSSEY, M.D.

June 23, 2008

Henry Hill Correctional Center
Dr. Shute
600 Linwood Road
Galesburg, IL 61401

REF: EARNEST SHIELDS *1B6491*

Dear Dr. Shute:

Enclosed are my office notes of 06/23/08 concerning Earnest Shields. He has a pectoralis tendon rupture of the left chest and shoulder. He needs to see a shoulder specialist for surgery. I have not performed this surgery in the past.

If you have any questions, please contact me.

Sincerely,

Gregory A. Schierer, M.D.
GAS/jlh

Enclosure                    0

DATE: _7/11/08_
TIME REC: _____
INITIAL DATE: _m_

Ex 4

06/23/08    EARNEST SHIELDS    111453.0

This 34 year old is a prisoner at Henry Hill Correctional Center. He was lifting weights on 06/18/08 when a weight dropped and he injured his left chest. He felt something snap. He has had ecchymosis of the left proximal humeral area and lateral chest near the axilla on the left side. He is complaining of constant pain, worse with activity.

Past Medical History: The patient has had a gunshot wound in the past.
Medications: Motrin.
Allergies: None.
Family History: Not contributory to this problem.
Social History: Habits: tobacco and alcohol – none. The patient is a prisoner.
Review of Systems: No other complaints voiced.

Physical Examination: The patient is 5'8" and weighs 185 pounds. The left shoulder shows ecchymosis of the proximal humerus and the axilla. There is tenderness of the pectoralis insertion. There is an obvious rupture of the pectoralis tendon. The patient has weakness of adduction of the left shoulder. He has pain with passive abduction.

Assessment: Pectoralis tendon rupture left shoulder.

Plan: This injury requires treatment by a shoulder specialist. I do not have the expertise to perform the surgery necessary to treat this problem.

Gregory A. Schierer, M.D./jlh

 **GALESBURG ORTHOPEDIC SERVICES, LTD**

MICHAEL L. GERNANT, M.D.
GREGORY A. SCHIERER, M.D.
KENNETH L. BUSSEY, M.D.

June 23, 2008

Henry Hill Correctional Center
Dr. Shute
600 Linwood Road
Galesburg, IL 61401

REF: EARNEST SHIELDS *IB6 6/91*

Dear Dr. Shute:

Enclosed are my office notes of 06/23/08 concerning Earnest Shields. He has a pectoralis tendon rupture of the left chest and shoulder. He needs to see a shoulder specialist for surgery. I have not performed this surgery in the past.

If you have any questions, please contact me.

Sincerely,

Gregory A. Schierer, M.D.
GAS/jlh

Enclosure          0

DATE: _7/14/08_
TIME REC: _____
INITIAL DATE: _m_

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Health Status Transfer Summary

**...sferring Facility:** _12/Kill_ Center

**Offender Information:**
Last Name: _Shields_   First Name: _Earnest_   MI: ___   ID#: _B6/18_

_10.7.08_   **Time:** _8_   ☐ a.m. ☑ p.m.

**...sfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**...ies:** _NKA_    **Food Handler Approved:** _____

**...nt / Acute Conditions / Problems:** _w/shoulder pectoral tendon ruptures_

**...nic Conditions / Problems:** _____

**...nt Medications** (name, dosage, frequency, and duration):

**...ute Short-term:** _6_

**...ronic Long-term:** _6_

**...ronic Psychotropic:** _6_

**...nt Treatments:** _6_

**...peutic Diets:** _6_

**...w-Up Care:** _Proper med f/u bug_

**...ic Clinics:** _6_

**...lty Referrals:** _P.T.; Cottage Rehab_

**...icant Medical History:** _@ 16 SW 18 foot/ankle depression_

**...al Disabilities / Limitations:** _6_

**...ive Devices / Prosthetics:** _6_

**...l Health Issues:** ☐ Hx Suicide Attempt: Date: _/_/_   ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse ☐ Alcohol ☐ Drugs   ☐ Glasses  ☐ Dentures

**...Use Only:** ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other  ☐ Packet Complete

**Print Name and Title:** _D. Clark R.N._   **Signature:** _D. Clark_   **Date:** _10.7.08_

**...ion Screening** (completed by receiving facility health care staff):

**...ity:** _____   **Date:** _/_/_   **Time:** _____  ☐ a.m. ☐ p.m.

**...ive:** _____   **Assessment:** _____

**...ent Complaint:** _____

**...ent Medications/Treatment:** _____

**...re:**
**...ical Appearance/Behavior:** _____

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral:
☐ Sick Call: Urgent / Routine
  ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
  ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify):
☐ Infirmary Placement:
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify):

**...mities: Acute/Chronic:** _____
**P:** ___  **R:** ___  **B/P:** _/_

**Printed Name and Title:** _____   **Signature:** _____   **Date:** _/_/_

**...lt Transition Center transfers only:**

...and that medical and dental care is my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford ... it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

**Offender's Signature:** _____   **Date:** _____   **Time:** _____  ☐ a.m. ☐ p.m.



GAL

## PATIENT REGISTRATION FORM

| PATIENT INFORMATION | | REGISTRATION DATE: 10908 |

**Name:** First name: Ernest D. Last name: Shields    Sex: (M) F

**Address:** 600 Linwood Rd    Spouse's name: None

**City:** Galesburg    State: IL    Zip Code: 61401

**Employer:** Incarcerated Hill C.C.    Occupation

**Address:**    Employer phone #: (  ) -

**City:**    State:    Zip Code:

**Home Phone** (  ) -    **Work Phone** (  ) -

**Date of Birth** 2/19/73    **Social Security #** unKnown

**Drivers License #:** unKnown    **State of Issue:**

**REASON FOR VISIT** Shoulder + Chest Inj.    **DATE OF INJURY:** 7/16/8

**Referring Physician:** Dr. Migliorino

| Type of Injury | ( ) General Health | ( ) Personal Liability | ( ) Work Comp | ( ) Motor Vehicle | ( ) Other |

Did the Injury Occur at Your Workplace?    If So, has Your Employer Been Notified?

Are you represented by an attorney?    If so, Name of attorney

Have You Received Therapy Services during the Current Calendar Year?    If so, who provided services

Have You Received Any In-Home Services Within the last 30 Days?    If so, who provided services

## RESPONSIBLE PARTY INFORMATION    *PERSONS RESPONSIBLE FOR BILL*

**Name** Wexford Services

**Relationship to Patient**

**Date of Birth**    Social Security #

**Address:**

**City:**    State:    Zip Code:

**Home Phone** (  ) -    Work Phone (  ) -

## INSURANCE INFORMATION    *PLEASE MAKE AVAILABLE THE APPLICABLE INSURANCE CARDS*

**Primary Insurance Carrier:**    ( ) Private Policy    ( ) Group Policy w/ Employer

**Group #**    Policy or Subscriber Id#

**Name of Insured**    Insured Date of Birth    /    /

**Secondary Insurance Carrier:**    ( ) Private Policy    ( ) Group Policy w/ Employer

**Group #**    Policy or Subscriber Id#

**Name of Insured**    Insured Date of Birth    /    /

The above information is true to the best of my knowledge. I authorize my insurance benefits to be paid directly to Advanced Physical Therapy Service, Ltd for their services. I understand that I am financially responsible for any balances, including Attorney and Collection fees in the event of my default.

X Ernest Shields

Patient / Guardian Signature    Date 10/9/8

117



**SENT TO DOCTOR**

765 North Kellogg Street
Galesburg, IL 61401
Phone: (309) 343-3434
Fax: (309) 343-3456

## PHYSICAL THERAPY INITIAL EVALUATION

Name: _Ernest Shields_                Physician: _Dr. Migliorino_
Diagnosis: _tear of L Pectoralis_     Onset Date: _7/16/08_
D.O.B.: _2/19/1973_                   Medications: _Pain med, FB_
Physician Orders: _PT Eval and Treat x 3 visits_

### SUBJECTIVE INFORMATION:

History:   Medical: _No other PMH noted._

Previous Functional Level: _unl functional level pre-injury_

Mechanism / History of Injury: _The pt reports that he tore his L pectoralis muscle while attempting to bench 365#. He feels that therapy is not going to help_
Vocational Considerations: _and he needs surgery_

Current Complaints: _pain + to chest, numbness L side of chest + to entire arm from_
Functional Limitations: _overhead, weakness ō ADL's, pain at night,_  _movement_
Pain Level (0-10 Scale): _10/10 Worst_       Location: _L pec_
Previous Treatments: _N/A per pt report_
Test Results: _Prior MRI + x-ray confirmed diagnosis._
Patient Goals: _The pt wants surgery to fix the pec muscle and respectfully does not feel that PT will benefit him significantly_

### OBJECTIVE INFORMATION:

Appearance: _Obvious atrophy of L pec mm near the shoulder/insertion_
Palpation: _Elicits tenderness L pec mm mid belly ō significant tightness._
AROM: _Sh Flexion L 132° R 164° Sh ABD L 142° R 164°_
PROM: _Sh Flexion L ⌐100° guarding Sh ABD L 100° guarding Sh IR R 78° Sh ER L 86°_
Strength: _Sh Flexion L 4/5 Sh ABD L 4/5 Sh ER L 4/5 Sh IR L 4/5 Pec L 3½/5_
          _R 5/5       R 5/5        R 5/5        R 5/5        R 5/5_

Gait: _WFL_
Posture: _Abducted, downwardly rotated scapula L; forward R & L shoulder_
Sensation: _Not formally assessed._
Special Tests:
_N/A_



## PHYSICAL THERAPY INITIAL EVALUATION (CONTINUED)

Name: Earnest Shields

### ASSESSMENT:

35 y.o. O̅ c̄ diagnosis of (L) Pectoralis tear demonstrating an obvious deformity in the (L) pec muscle, pain/elicited tenderness as noted, limited PROM, ↓'d strength and ↓'d functional activity tolerance. The pt. would benefit from control Px x more visits per MD order to address the above noted defurts and below stated goals.

### TREATMENT PLAN:

Goals:

STG: 1-2 visits
1. (L) c̄ HEP as appropriate.
2. ↓ pain at worst to ≤5/10 at worst

LTG: 3 visits
1. Demo L = R Shoulder AROM
2. Demo ≥4/5 strength (L) pec and ≥4/5 Sh flexion.
3. Demonstrate functional movement of the (L) Sh/UE.
4. ≤3/10 (L) chest/pec pain to at worst

Rehab Potential:     ☐ Excellent     ☐ Good     ☒ Fair (for Above goals)     ☐ Poor

Treatment Orders: Therex, NT, Modalities PRN

Today's Treatment: NT including PROM Sh Flex, ABD, Ext and Int to tolerance, TE/HEP issued per 10/9/08 HHs c̄ pt performance.

Procedure/Mins: TEX 17          Total Treatment Mins: 17

Treatment Frequency: 1x (every 2 weeks)   Expected Duration: 3 visits (6 weeks)

Certification Period (Medicare): N/A

Discharge Plan: When PT goals are met

Therapist's Signature: [signature] MS PT          Date: 10/9/08

- Medicare recipients require signature of physician. Non-Medicare recipients require print of physician's name.

Physician: _____          Date: _____

119



# Illinois
## Department of
# Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL 61401 / Telephone: (309) 343-4212 / TDD: (800) 526-0844

## MEMORANDUM

DATE:           October 6, 2008

TO:             Infirmary Staff

FROM:           Lois Lindorff, RN/HCUA

Medical Furlough has been scheduled as delineated below:

NAME: Shields, Earnest        NUMBER: B66161        D.O.B.- 2/19/73
DATE: 10/9/08        LEAVE TIME: 8:30a.m.

REFERRING PHYSICIAN: Dr. Miglorino/Dr. Funk
REASON FOR FURLOUGH: Physical Therapy (1st visit).

LOCATION: Cottage Rehab & Physical Therapy
STREET: 765 N. Kellogg Street/Suite 300
CITY/STATE/ZIP: Galesburg, Il 61401
PHONE NUMBER: (309) 343-3434

SAME DAY RETURN: X        ADMISSION:        EMERGENCY:
                                            AMBULANCE:

1. Complete HS Report – Given to SA
2. MAR'S to Infirmary
3. Sign consent for TX/Operation Form
4. T.P./Admit to Infirmary
Prep Needed: **None.**

Cc:     7/3 Shift Commanders
        Records Office
        x-ray
        medical file
        file

120



# The DASH

## DISABILITIES OF THE ARM, SHOULDER, AND HAND

Patient Name **Ernest Shields**     Date **10/9/8**

**INSTRUCTIONS:** This questionnaire asks about your symptoms as well as your ability to perform certain activities. Please answer *every question*, based on your condition in the last week, by circling the appropriate number. If you have not had the opportunity to perform an activity in the past week, please make your *best estimate* on which response would be the most accurate. It doesn't matter which hand or arm you use to perform the activity; please answer based on your ability regardless of how you perform the task.

Please rate your ability to do the following activities in the last week by circling the number below the appropriate response.

|  |  | NO DIFFICULTY | MILD DIFFICULTY | MODERATE DIFFICULTY | SEVERE DIFFICULTY | UNABLE |
|---|---|---|---|---|---|---|
| 1. | Open a tight or new jar. | 1 | 2 | ③ | 4 | 5 |
| 2. | Write. | ① | 2 | 3 | 4 | 5 |
| 3. | Turn a key. | ① | 2 | 3 | 4 | 5 |
| 4. | Prepare a meal. | ① | 2 | 3 | 4 | 5 |
| 5. | Push open a heavy door. | 1 | ② | 3 | 4 | 5 |
| 6. | Place an object on a shelf above your head. | 1 | 2 | 3 | 4 | ⑤ |
| 7. | Do heavy household chores (e.g., wash walls, wash floors). | 1 | 2 | 3 | 4 | ⑤ |
| 8. | Garden or do yard work. | 1 | 2 | 3 | 4 | ⑤ |
| 9. | Make a bed. | 1 | ② | 3 | 4 | 5 |
| 10. | Carry a shopping bag or briefcase. | 1 | 2 | 3 | 4 | ⑤ |
| 11. | Carry a heavy object (over 10 lbs.) | 1 | 2 | 3 | ④ | 5 |
| 12. | Change a lightbulb overhead. | 1 | 2 | 3 | 4 | ⑤ |
| 13. | Wash or blow dry your hair. | 1 | 2 | ③ | 4 | 5 |
| 14. | Wash your back. | 1 | 2 | 3 | 4 | ⑤ |
| 15. | Put on a pullover sweater. | 1 | 2 | 3 | ④ | 5 |
| 16. | Use a knife to cut food. | ① | 2 | 3 | 4 | 5 |
| 17. | Recreational activities which require little effort (e.g., cardplaying, knitting, etc.). | ① | 2 | 3 | 4 | 5 |
| 18. | Recreational activities in which you take some force or impact through your arm, shoulder or hand (e.g., golf, hammering, tennis, etc.). | 1 | 2 | 3 | 4 | ⑤ |
| 19. | Recreational activities in which you move your arm freely (e.g., playing Frisbee, badminton, etc.). | 1 | 2 | 3 | 4 | ⑤ |
| 20. | Manage transportation needs (getting from one place to another). | 1 | 2 | 3 | ④ | 5 |
| 21. | Sexual activities. | 1 | ② | 3 | 4 | 5 |

121



# The DASH

## DISABILITIES OF THE ARM, SHOULDER, AND HAND

Patient Name __Ernest Shields__                Date __10/9/8__

**INSTRUCTIONS:** This questionnaire asks about your symptoms as well as your ability to perform certain activities. Please answer *every question*, based on your condition in the last week, by circling the appropriate number. If you have not had the opportunity to perform an activity in the past week, please make your *best estimate* on which response would be the most accurate. It doesn't **matter which hand or arm you use to perform the activity**; please answer based on your ability regardless of how you perform the task.

**Please rate your ability to do the following activities in the last week by circling the number below the appropriate response.**

|   |   | NO DIFFICULTY | MILD DIFFICULTY | MODERATE DIFFICULTY | SEVERE DIFFICULTY | UNABLE |
|---|---|---|---|---|---|---|
| 1. | Open a tight or new jar. | 1 | 2 | (3) | 4 | 5 |
| 2. | Write. | (1) | 2 | 3 | 4 | 5 |
| 3. | Turn a key. | (1) | 2 | 3 | 4 | 5 |
| 4. | Prepare a meal. | (1) | 2 | 3 | 4 | 5 |
| 5. | Push open a heavy door. | 1 | (2) | 3 | 4 | 5 |
| 6. | Place an object on a shelf above your head. | 1 | 2 | 3 | 4 | (5) |
| 7. | Do heavy household chores (e.g., wash walls, wash floors). | 1 | 2 | 3 | 4 | (5) |
| 8. | Garden or do yard work. | 1 | 2 | 3 | 4 | (5) |
| 9. | Make a bed. | 1 | (2) | 3 | 4 | 5 |
| 10. | Carry a shopping bag or briefcase. | 1 | 2 | 3 | 4 | (5) |
| 11. | Carry a heavy object (over 10 lbs.) | 1 | 2 | 3 | (4) | 5 |
| 12. | Change a lightbulb overhead. | 1 | 2 | 3 | 4 | (5) |
| 13. | Wash or blow dry your hair. | 1 | 2 | (3) | 4 | 5 |
| 14. | Wash your back. | 1 | 2 | 3 | 4 | (5) |
| 15. | Put on a pullover sweater. | 1 | 2 | 3 | (4) | 5 |
| 16. | Use a knife to cut food. | (1) | 2 | 3 | 4 | 5 |
| 17. | Recreational activities which require little effort (e.g., cardplaying, knitting, etc.). | (1) | 2 | 3 | 4 | 5 |
| 18. | Recreational activities in which you take some force or impact through your arm, shoulder or hand (e.g., golf, hammering, tennis, etc.). | 1 | 2 | 3 | 4 | (5) |
| 19. | Recreational activities in which you move your arm freely (e.g., playing Frisbee, badminton, etc.). | 1 | 2 | 3 | 4 | (5) |
| 20. | Manage transportation needs (getting from one place to another). | 1 | 2 | 3 | (4) | 5 |
| 21. | Sexual activities. | 1 | (2) | 3 | 4 | 5 |

122

# The DASH
## DISABILITIES OF THE ARM, SHOULDER, AND HAND

| | NOT AT ALL | SLIGHTLY | MODERATELY | QUITE A BIT | EXTREMELY |
|---|---|---|---|---|---|
| 22. During the past week, to what *extent* has your arm, shoulder, or hand problem interfered with your normal social activities with family, friends, neighbors, or groups? *(circle number)* | 1 | 2 | (3) | 4 | 5 |

| | NOT LIMITED AT ALL | SLIGHTLY LIMITED | MODERATELY LIMITED | VERY LIMITED | UNABLE |
|---|---|---|---|---|---|
| 23. During the past week, were you limited in your work or other regular daily activities as a result of your arm, shoulder, or hand problem? *(circle number)* | 1 | 2 | (3) | 4 | 5 |

Please rate the severity of the following symptoms in the last week. *(circle number)*

| | NONE | MILD | MODERATE | SEVERE | EXTREME |
|---|---|---|---|---|---|
| 24. Arm, shoulder, or hand pain. | 1 | 2 | 3 | (4) | 5 |
| 25. Arm, shoulder, or hand pain when you performed any specific activity. | 1 | 2 | 3 | (4) | 5 |
| 26. Tingling (pins and needles) in your arm, shoulder, or hand. | 1 | 2 | 3 | (4) | 5 |
| 27. Weakness in your arm, shoulder, or hand. | 1 | 2 | 3 | 4 | (5) |
| 28. Stiffness in your arm, shoulder, or hand. | 1 | 2 | 3 | (4) | 5 |

| | NO DIFFICULTY | MILD DIFFICULTY | MODERATE DIFFICULTY | SEVERE DIFFICULTY | SO MUCH DIFFICULTY I CAN'T SLEEP |
|---|---|---|---|---|---|
| 29. During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder, or hand? *(circle number)* | 1 | 2 | 3 | (4) | 5 |

| | STRONGLY DISAGREE | DISAGREE | NEITHER AGREE NOR DISAGREE | AGREE | STRONGLY AGREE |
|---|---|---|---|---|---|
| 30. I feel less capable, less confident, or less useful because of my arm, shoulder, or hand problem. *(circle number)* | 1 | 2 | 3 | 4 | (5) |

DASH DISABLITIY/SYMPTOM SCORE = [(sum of n responses) − 1] x 25, where n is equal to the number of completed responses.
$$\frac{}{n}$$

A DASH score may <u>not</u> be calculated if there are greater than 3 missing items.

Rod R. Blagojevich, Governor
Barry S. Maram, Director

201 South Grand Avenue East
Springfield, Illinois 62763-0002

Telephone: (217) 785-0710
TTY: (800) 526-5812

DATE:

TO: Participating Hospitals: Chief Executive Officers, Chief Financial Officers, and Patient Accounts
Managers; and Physicians

RE: Medical Services Provided to IDOC Inmates.

Effective Dec. 17, 2005, hospital providers should direct bill HFS for certain hospital services provided to inmates at IDOC
facilities. These services include all Categories of service 20, 22, 24 and 29. It is the intent of HFS and IDOC to allow
hospital providers to submit bills in accordance with current billing practices as outlined in the hospital handbook. Until
such time as system changes are in place we are requesting that hospital providers submit bills for services rendered to
IDOC inmates via the hardcopy (UB-92) method outlined in the hospital handbook.

We are requesting that when a bill is prepared, the bottom portion of this document accompanies the bill to allow HFS staff
to identify and handle these claims appropriately. In the event that an HFS RIN is not available at the time of billing, please
submit the fully completed hardcopy (UB-92) without the RIN and HFS will assist in assigning a correct RIN to the claim in
order to process it. As soon as system changes are in place to electronically process IDOC claims all providers will be
notified and the hard copy claim process will end. Hospital providers will then utilize their current system of billing.

It is the intent of HFS and IDOC to expedite payment for services rendered to IDOC inmates. It is the intent to cycle for
payment once a month, all clean claims received during the month for IDOC inmates. This should allow for an average
payment cycle of approximately 30 days.

Your patience and participation with this interim process is greatly appreciated.

Please mail your completed bills to (and direct any questions to):

Healthcare and Family Services
Attn: Dan Jenkins
Bureau of Rate Development and Analysis
201 South Grand Ave. East, 2nd Fl.
Springfield, Illinois 62763-0001

PH: 217-785-0710

RETURN WHEN SUBMITTING BILL TO HFS FOR PAYMENT
(To be completed by IDOC prior to arrival)

Date of Service: 10-9-08

Inmate Name (As provided by IDOC staff): Shields, Earnest 1B64161

124



ILLINOIS DEPARTMENT OF
**Healthcare and
Family Services**

*10-15-08
B/um weyford
OP therapy
x81*

**Rod R. Blagojevich, Governor
Barry S. Maram, Director**

201 South Grand Avenue East
Springfield, Illinois 62763-0002

**Telephone:** (217) 785-0710
**TTY:** (800) 526-5812

DATE:

TO: Participating Hospitals: Chief Executive Officers, Chief Financial Officers, and Patient Accounts
Managers; and Physicians

RE: Medical Services Provided to IDOC inmates.

Effective Dec. 17, 2005, hospital providers should direct bill HFS for certain hospital services provided to inmates at IDOC
facilities. These services include all Categories of service 20, 22, 24 and 29. It is the intent of HFS and IDOC to allow
hospital providers to submit bills in accordance with current billing practices as outlined in the hospital handbook. Until
such time as system changes are in place we are requesting that hospital providers submit bills for services rendered to
IDOC inmates via the hardcopy (UB-92) method outlined in the hospital handbook.

We are requesting that when a bill is prepared, the bottom portion of this document accompanies the bill to allow HFS staff
to identify and handle these claims appropriately. In the event that an HFS RIN is not available at the time of billing, please
submit the fully completed hardcopy (UB-92) without the RIN and HFS will assist in assigning a correct RIN to the claim in
order to process it. As soon as system changes are in place to electronically process IDOC claims all providers will be
notified and the hard copy claim process will end. Hospital providers will then utilize their current system of billing.

It is the intent of HFS and IDOC to expedite payment for services rendered to IDOC inmates. It is the intent to cycle for
payment once a month, all clean claims received during the month for IDOC inmates. This should allow for an average
payment cycle of approximately 30 days.

Your patience and participation with this interim process is greatly appreciated.

Please mail your completed bills to (and direct any questions to):

Healthcare and Family Services
Attn: Dan Jenkins
Bureau of Rate Development and Analysis
201 South Grand Ave. East, 2nd Fl.
Springfield, Illinois 62763-0001

PH#: 217-785-0710

---

**RETURN WHEN SUBMITTING BILL TO HFS FOR PAYMENT**
(To be completed by IDOC prior to arrival)

Date of Service: _10/9/08_

Inmate Name (As provided by IDOC Staff): _SHIELDS, EARNEST_

HFS RIN (if known): _950172288_          SSN (if known): _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_

IDOC Site Name: _Hill Corr. Center_      IDOC Inmate #: _B66161_



**DAILY TREATMENT NOTE**

765 North Kellogg Street
Galesburg, IL 61401
Phone: (309) 343-3434
Fax: (309) 343-3456

Patient Name: _Ernest Shields_

Treatment #: _Refused_
Time Code/ Mins:
Service Code: Mhp/Ice (97010) ___ Unatt E-Stim (97014) ___ Paraffin (97018) ___ Mech Trctn (97012) ___ Wpl/Fluido (97022) ___
Assessment/Plan: _Refused due to thinking trip was to have surgery_

Date of Treatment: _10-22-08_
Total Timed Mins/Units: _1_
Total Service Code Units:

Signature: _Mss_

Treatment #: _2_
Time Code/ Mins:
Service Code: Mhp/Ice (97010) ___ Unatt E-Stim (97014) ___ Paraffin (97018) ___ Mech Trctn (97012) ___ Wpl/Fluido (97022) ___
Assessment/Plan: _See PT Progress Report. OK PT_

Date of Treatment: _10/28/08_
Total Timed Mins/Units: _1_
Total Service Code Units: _PLMau x1_

Signature: _Juan Frenshne MD PT_

Treatment #: _____
Time Code/ Mins:
Service Code: Mhp/Ice (97010) ___ Unatt E-Stim (97014) ___ Paraffin (97018) ___ Mech Trctn (97012) ___ Wpl/Fluido (97022) ___
Assessment/Plan:

Date of Treatment:
Total Timed Mins/Units: _1_
Total Service Code Units:

Signature:

Treatment #: _____
Time Code/ Mins:
Service Code: Mhp/Ice (97010) ___ Unatt E-Stim (97014) ___ Paraffin (97018) ___ Mech Trctn (97012) ___ Wpl/Fluido (97022) ___
Assessment/Plan:

Date of Treatment:
Total Timed Mins/Units: _1_
Total Service Code Units:

Signature:

Treatment #: _____
Time Code/ Mins:
Service Code: Mhp/Ice (97010) ___ Unatt E-Stim (97014) ___ Paraffin (97018) ___ Mech Trctn (97012) ___ Wpl/Fluido (97022) ___
Assessment/Plan:

Date of Treatment:
Total Timed Mins/Units: _1_
Total Service Code Units:

Signature:

Current Goals:

| | Met Unmet |
| --- | --- |
| | |
| | |
| | |
| | |

Measurement or New Goal:

| 1 Unit= 8 to 22 mins | 2 Units= 23 to 37 mins | 3 Units= 38 to 52 mins | 4 Units= 53 to 67 mins |
| --- | --- | --- | --- |

*Medicare based billing

126


**Cottage**
*Rehabilitation & Sports Medicine*

765 North Kellogg Street
Galesburg, IL · 61401
Phone: (309) 343-3434
Fax: (309) 343-3456

# DAILY TREATMENT NOTE

Patient Name: _Ernest Shields_

Treatment #: _Refused_

Time Code/ Mins: _____

Date of Treatment: _10-22-08_

Total Timed Mins/Units: _____ / _____

Service Code: Mhp/Ice (97010) ___ Unatt E-Stim (97014) ___ Paraffin (97018) ___ Mech Trctn (97012) ___ Wpl/Fluido (97022) ___ Total Service Code Units: _____

Assessment/Plan: _Refused due to thinking trip was to have surgery_

Signature: _Mss_

---

Treatment #: _2_

Time Code/ Mins: _____

Date of Treatment: _10/28/08_

Total Timed Mins/Units: _____ / _____

Service Code: Mhp/Ice (97010) ___ Unatt E-Stim (97014) ___ Paraffin (97018) ___ Mech Trctn (97012) ___ Wpl/Fluido (97022) ___ Total Service Code Units: _Plreau x1_

Assessment/Plan: _See PT Progress Report. OK BT_

Signature: _John Trendine MS PT_

---

Treatment #: _____

Time Code/ Mins: _____

Date of Treatment: _____

Total Timed Mins/Units: _____ / _____

Service Code: Mhp/Ice (97010) ___ Unatt E-Stim (97014) ___ Paraffin (97018) ___ Mech Trctn (97012) ___ Wpl/Fluido (97022) ___ Total Service Code Units: _____

Assessment/Plan: _____

Signature: _____

---

Treatment #: _____

Time Code/ Mins: _____

Date of Treatment: _____

Total Timed Mins/Units: _____ / _____

Service Code: Mhp/Ice (97010) ___ Unatt E-Stim (97014) ___ Paraffin (97018) ___ Mech Trctn (97012) ___ Wpl/Fluido (97022) ___ Total Service Code Units: _____

Assessment/Plan: _____

Signature: _____

---

Treatment #: _____

Time Code/ Mins: _____

Date of Treatment: _____

Total Timed Mins/Units: _____ / _____

Service Code: Mhp/Ice (97010) ___ Unatt E-Stim (97014) ___ Paraffin (97018) ___ Mech Trctn (97012) ___ Wpl/Fluido (97022) ___ Total Service Code Units: _____

Assessment/Plan: _____

Signature: _____

---

Current Goals: | Met Unmet

Measurement or New Goal:

| 1 Unit= 8 to 22 mins | 2 Units= 23 to 37 mins | 3 Units= 38 to 52 mins | 4 Units= 53 to 67 mins |

*Medicare based billing

127



**Patient Name:** Ernest D. Shields

| √ | Activities | Reps (Type & #)/ Time | LBS/ Resist | Date: 10/20/08 | Date: 10/28/08 | Date: | Date: | Date: |
|---|---|---|---|---|---|---|---|---|
| | **Upper Body Bike** | | | | | | | |
| | | | | Refused | See Progress report | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Manual Therapy Techniques | | Area | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| Therapeutic Activities/ADL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Service Based Modalities | Area | Rate | Level | Time | | | | |
|---|---|---|---|---|---|---|---|---|
| Hot/Cold Pack | | | | | | | | |
| Mechanical Traction | | | | | | | | |
| Electrical Stim- Unat | | | | | | | | |
| Paraffin | | | | | | | | |
| Whirlpool/Fluido | | | | | | | | |
| *Time Based* | | | | | | | | |
| Electrical Stim- Man | | | | | | | | |
| Iontophoresis | | | | | | | | |
| Contrast Bath | | | | | | | | |
| Ultrasound | | | | | | | | |
| **Supplies** | | | | | | | | |
| **Therapist's Initials/ Professional Title** | | | | | | | | |



**Illinois**
**Department of**
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL 61401 / Telephone: (309) 343-4212 / TDD:
(800) 526-0844

## MEMORANDUM

DATE:        October 15, 2008

TO:          Infirmary Staff                    *New Date*
                                                *& Time*

FROM:        Lois Lindorff, RN/HCUA


Medical Furlough has been scheduled as delineated below:

NAME: Shields, Earnest        NUMBER: B66161        D.O.B.- 2/19/71
DATE: 10/24/08                LEAVE TIME: 7:45 a.m.

PHYSICIAN: Dr. Miglorino/Dr. Funk
REASON FOR FURLOUGH: 2nd Visit for Physical Therapy.


LOCATION: Cottage Rehab & Physical Therapy
STREET: 765 N. Kellogg Street/ Suite 300
CITY/STATE/ZIP: Galesburg, IL 61401
PHONE NUMBER: (309) 343-3434

SAME DAY RETURN: X        ADMISSION:        EMERGENCY:
                                            AMBULANCE:


1. Complete HS Report -- Given to SA
2. MAR'S to Infirmary
3. Sign consent for TX/Operation Form
4. T.P./Admit to Infirmary

Prep Needed: **None.**


Cc:    7/3 Shift Commanders
       Records Office
       x-ray
       medical file
       file

129

## SHOULDER - 63  Progressive Resisted: Flexion (Supine)



Holding 0-1 pound weight, raise your left arm over head and lower toward floor. Go as far as possible without pain.

Repeat __20__ times per set. Do __2__ sets per session. Do __1-2__ sessions per day.

## SHOULDER - 57  Scapular: Protraction – 90° of Flexion



Holding __0-5__ pound weights, attempt to push arms up toward ceiling, keeping elbows straight and back against floor.

Repeat __20__ times per set. Do __2__ sets per session. Do __1__ sessions per day.

## CHEST - 20  Bench Press: Narrow Grip (Barbell)



With a stick or cane in both hands, press up as in doing a bench press.

Do 2 sets.  Complete 20 repetitions.  Do 1-2 times per day.

## CHEST - 12  Fly (Dumbbell)



Lower arms out to the side as far as comfortable and then back up.

Do 2 sets.  Complete 20 repetitions.  Do 1-2 sessions per day.

ICE:  15 MINUTES ON, 1 HOUR OFF

AS NEEDED FOR PAIN RELIEF AND SWELLING

Copyright© 1999 VHI



**Cottage**
Rehabilitation & Sports Medicine

765 North Kellogg Street
Galesburg, IL 61401
Phone: (309) 343-3434
Fax: (309) 343-3456

# PHYSICAL THERAPY PROGRESS REPORT

Name: Ernest Shields                     Physician: Dr. Miglortwo
Diagnosis: Tear of ® Pectoralis          Onset Date: 7/16/08

## SUMMARY

Treatment Orders: Thera-ex, MT, Modalities PRN
Today's Treatment: Re-assessment.

Current Complaints / Changes: The pt. reports no improvement in ® Shoulder ROM and reports pain is worse c̄ attempting HEP activities. He continues to state that he would believes that he needs surgery to repair the muscle.

Pain Level (0-10 Scale): 10/10 at rest     Location: ® pec mm
Palpation: Elicits marked tenderness ® pec muscle belly c̄ palpable tightness.
Gait: WFL

| Initial | | | | | | |
|---|---|---|---|---|---|---|
| Movement | ROM | | | | Strength | |
| | A | L | P | A R | L | R |
| Shoulder Flexion | 133° | 100° (standing) | | 164° | 4/5 | 5/5 |
| " ABD | 143° | 110° (standing) | | 164° | 4+/5 | 5/5 |
| " ER | NT | 86° | NT | | 4+/5 | 5/5 |
| " IR | NT | 74° | NT | | 4/5 | 5/5 |
| | | | | | (pec 3/5!) | 5/5 |

| Current | | | | | | |
|---|---|---|---|---|---|---|
| Movement | ROM | | | Strength | | |
| | A | P | | L | R | |
| ⓛ Shoulder Flexion | 121° | 99° p! | | Strength not re-assessed today 2° pain | | |
| ⓛ Sh ABD | 99° | 108° p! | | | | |
| ⓛ Sh ER | NT | 84° p! | | | | |
| ⓛ Sh IR | NT | 70° | | C̄LD | | |

## ASSESSMENT

The pts PROM is unchanged since initial eval and AROM is decreased 2° to pain. The pt. has been unable to progress toward PT goals for pain relief and improved ROM, 2° pain c̄ attempted HEP performance.

## PLAN

Current Goals:
1. ↓ ® c̄ HEP as appropriate — Met
2. ↓ pain at rest to ≤ 5/10 — Unmet
3. ↑ Demo c̄ R Sh AROM — Unmet
4. Demo functional movement of the ® Sh p̄ ut — Unmet

Met / Unmet: Met, Unmet, Unmet, Unmet

Status or Goal Upgrade:
Demo ≥ 4/5 ® pec strength and ≥ 4/5 Sh Flexion + 10/10 as reported
See above
Unable to tolerate reaching out/overhead

Service Dates: 10/9/08 - 10/28/08     Total Number of Visits: 2     Cert Dates: N/A

Recommendations: Dc PT at this time 2° the pt receiving no benefit from HEP c̄ further course of action for ® pec tear as deemed appropriate by the MD. Thanks

Therapist Signature: Jason Sandoe MS, PT     Date: 10/28/08
Physician Signature: _____     Date: _____

## Medical Special Services Referral and Report

_____ C. C.
(Facility)

Offender's Name: _Shields, Earnest_  ID# _B66161_

Reason for Referral:
- [ ] Consult
- [ ] Evaluation
- [ ] Procedure/service (specify) _____
- [x] Other (specify) _____
- [ ] Non-Formulary Medications
- [ ] Management
- [ ] Medical Equipment

Urgent: [ ] Yes  [ ] No

Referred to: _Cottage Rehab & P.T._

Rationale for Referral: _3rd Visit for Physical Therapy._

_____ | _____ | _____
Print Referring Practitioner's Name | Referring Practitioner's Signature | Date

### Report of Referral (Use Reverse Side, if necessary)

Findings: _Pt continues to demonstrate obvious injury to the (L) rec non c apparent atrophy and elicited tenderness/tightness in the (L) rec fed muscle belly._

Assessment: _The pt's AROM is unchanged compared to the initial evaluation. AROM is not decreased compared to the initial evaluation c the pt continuing to c/o significant pain c AROM. Strength testing was deferred today 2° pt's pain/limited AROM._

Recommendations/Plans: _The pt has not benefited from PT and has been unable to progress toward pain relief and AROM goals. D/C PT at this time c further course of action re: rec injury per the MD. The pt will benefit from eval by orthopedic MD (if this has not been done already)._

_Jason Crawlowe_ | _Jason Crawlowe MS PT_ | _10/28/08_
Print Practitioner's Name | Practitioner's Signature | Date

### Facility Medical Director Use Only

I have reviewed the recommendations and:

- [ ] Approve.

- [ ] Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

_____ | _____ | _____
Print Facility Medical Director's Name | Facility Medical Director's Signature | Date

 ILLINOIS DEPARTMENT OF
**Healthcare and
Family Services**

Rod R. Blagojevich, Governor
Barry S. Maram, Director

201 South Grand Avenue East
Springfield, Illinois 62763-0002

Telephone: (217) 785-0710
TTY: (800) 526-5812

DATE: 10/28/08

TO:     Participating Hospitals: Chief Executive Officers, Chief Financial Officers, and Patient Accounts
         Managers; and Physicians

RE:     Medical Services Provided to IDOC inmates.

Effective Dec. 17, 2005, hospital providers should direct bill HFS for certain hospital services provided to inmates at IDOC
facilities. These services include all Categories of service 20, 22, 24 and 29. It is the intent of HFS and IDOC to allow
hospital providers to submit bills in accordance with current billing practices as outlined in the hospital handbook. Until
such time as system changes are in place we are requesting that hospital providers submit bills for services rendered to
IDOC inmates via the hardcopy (UB-92) method outlined in the hospital handbook.

We are requesting that when a bill is prepared, the bottom portion of this document accompanies the bill to allow HFS staff
to identify and handle these claims appropriately. In the event that an HFS RIN is not available at the time of billing, please
submit the fully completed hardcopy (UB-92) without the RIN and HFS will assist in assigning a correct RIN to the claim in
order to process it. As soon as system changes are in place to electronically process IDOC claims all providers will be
notified and the hard copy claim process will end. Hospital providers will then utilize their current system of billing.

It is the intent of HFS and IDOC to expedite payment for services rendered to IDOC inmates. It is the intent to cycle for
payment once a month, all clean claims received during the month for IDOC inmates. This should allow for an average
payment cycle of approximately 30 days.

Your patience and participation with this interim process is greatly appreciated.

Please mail your completed bills to (and direct any questions to):

Healthcare and Family Services
Attn: Dan Jenkins
Bureau of Rate Development and Analysis
201 South Grand Ave. East, 2nd Fl.
Springfield, Illinois 62763-0001

PH#: 217-785-0710

---

### RETURN WHEN SUBMITTING BILL TO HFS FOR PAYMENT
#### (To be completed by IDOC prior to arrival)

Date of Service: 10/28/08

Inmate Name (As provided by IDOC Staff): Shields Earnest

HFS RIN (if known): 950172288          SSN (if known): 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

IDOC Site Name: Hill Corr. Center     IDOC Inmate #: B66161

E-mail: hfswebmaster@illinois.gov                    Internet: http://www.hfs.illinois.gov    133